**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

ARCTIC CAT, INC., a Minnesota corporation,

Plaintiff,

v.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Defendants.

Civil Action No.: 01-CV-543 MJD/RLE

**STIPULATION AND ORDER EXTENDING TIME PERIOD TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

The above-entitled parties, by and through their respective counsel, hereby agree and stipulate that the Defendants, Injection Research Specialists, Inc. and Pacer Industries, Inc., shall each have until May 25, 2001, or 20 days after service of the Complaint, whichever is later, to serve their Answer and/or otherwise respond.

WINTHROP & WEINSTINE, P.A.

Dated: April 25, 2001

Steven C. Tourek (#110565)
60 South Sixth Street
3000 Dain Rauscher Plaza
Minneapolis, MN 55402
Telephone: (612) 347-0700
Facsimile: (612) 347-0600

and

APR 26 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Anthony de Alcuaz
MCDERMOTT, WILL & EMERY
2700 Sand Hill Road
Menlo Park, CA 94025-7020
Telephone: (650) 233-5500
Facsimile: (650) 233-5599

ATTORNEYS FOR DEFENDANTS
INJECTION RESEARCH SPECIALISTS, INC.
AND PACER INDUSTRIES, INC.

Dated: April 23, 2001

MERCHANT & GOULD P.C.

John D. Gould (#36,444)
Alan G. Carlson (# 14,801)
J. Derek Vandenburgh (# 224,145)
Robert J. Glance (#258,027)
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-4131
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

ATTORNEYS FOR PLAINTIFF
ARCTIC CAT, INC.

IT IS SO ORDERED:

Dated: 4/26/01

BY THE COURT:

Magistrate Judge Raymond L. Erickson