RECEIVED
01 JUN -6 AM 10:38
U.S. DIST COURT
DULUTH, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ARCTIC CAT, INC., a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INJECTION RESEARCH SPECIALISTS, INC., a Colorado Corporation, and PACER INDUSTRIES, INC., a Missouri corporation,<br><br>Defendants. | Case No. 01-CV-543 MJD/REL<br><br>STIPULATION AND ORDER EXTENDING TIME PERIOD TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT |

The above-entitled parties, by and through their respective counsel, hereby agree and stipulate that the defendant Pacer Industries, Inc. shall have a further extension of time until Friday, June 8, 2001, to serve its Answer and/or otherwise respond to the Complaint of Arctic Cat, Inc. in the above-captioned matter.

Dated: 5/31/01

WINTHROP & WEINSTINE, P.A.

By ______________________
Steven C. Tourek (#110565)

60 South Sixth Street
3000 Dain Rauscher Plaza
Minneapolis, MN 55402
Phone: (612) 347-0700
Facsimile: (612) 347-0600

FILED JUN 06 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

and

Anthony de Alcuaz
MCDERMOTT, WILL & EMERY
2700 Sand Hill Road
Menlo Park, CA 94025-7020
Phone: (650) 233-5500
Facsimile: (650) 233-5599

ATTORNEYS FOR DEFENDANTS
INJECTION RESEARCH SPECIALISTS, INC.
AND PACER INDUSTRIES, INC.

Dated: May 31, 2001

MERCHANT & GOULD, P.C.

By ______________________
Alan G. Carlson (#14801)
J. Derek Vanderburgh (#224145)
Robert J. Glance (#258027)
John D. Gould (#36,444)

3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
Phone: (612) 332-5300
Facsimile: (612) 332-9081

ATTORNEYS FOR PLAINTIFF
ARCTIC CAT, INC.

IT IS SO ORDERED.

Dated: 6/6/01

BY THE COURT:

______________________
Magistrate Judge Raymond L. Erickson

idmsmpl:454075_1