420397

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-543 MJD/RLE **Case Title:** Arctic Cat, Inc. v. Injection Research Specialists, Inc. and Pacer Industries, Inc.

**Affidavit of Movant**

I, Steven C. Toure, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Robert J. Blanch, an attorney admitted to practice in the Northern District of California, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Injection Research Spec. & Pacer Industries in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

Signature: [signature] MN Attorney License # 110565 Date: 6/15/01

**Affidavit of Proposed Admittee**

I, Robert J. Blanch, am currently a member in good standing of the U.S. District Court for the Northern District of California, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Type/Print Name: ROBERT J. BLANCH
Signature: [signature]
Date: 6/6/01

Attorney License Number: 189632

Law Firm Name & Address: McDermott, Will & Emery
2700 Sand Hill Road
Menlo Park, CA 94025

Telephone: (650) 233-5500

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

Date: JUN 25 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED JUN 25 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK