# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ARCTIC CAT, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,<br><br>Defendants. | Civil Action No.: 01-CV-543 MJD/RLE<br><br>**STIPULATION AND ORDER** |

AND RELATED CROSS-ACTION

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED by and between the parties hereto, through their respective counsel, that Injection Research Specialists, Inc.'s ("IRS") and Pacer Industries, Inc.'s ("Pacer") time in which to move to strike with respect to Arctic Cat, Inc.'s Reply to Counterclaim for Patent Infringement and Affirmative Defenses is extended until November 26, 2001. The parties have agreed to this extension so that they may have the opportunity to discuss the sufficiency of the allegations pleaded in the Seventh Affirmative Defense of the Reply to the Counterclaim and resolve these issues informally, if possible.

IT IS SO STIPULATED.

Dated: Nov. 8, 2001

MERCHANT & GOULD P.C.

By: ____________________
John D. Gould (#36,444)
Alan G. Carlson (# 14,801)
J. Derek Vandenburgh (# 224,145)
Robert J. Glance (#258,027)

FILED NOV 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

ORIGINAL

Matthew A. Doscotch (#029973X)
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
Telephone: 612/332-5300
Facsimile: 612/332-9081

ATTORNEYS FOR PLAINTIFF
ARCTIC CAT, INC.

Dated: Nov 9, 2001

WINTHROP & WEINSTINE, P.A.

By ______________________
Steven C. Tourek (#110565)
David P. Pearson (#84712)

60 South 6th Street
3000 Dain Rauscher Plaza
Minneapolis, MN 55402
Telephone: 612-347-0700

And

Anthony de Alcuaz
David W. Slaby
Robert J. Blanch
Peter Van Mieghem
McDERMOTT, WILL & EMERY
2700 Sand Hill Road
Menlo Park, CA 94025-7020
Telephone: 650-233-5500

ATTORNEYS FOR DEFENDANTS
INJECTION RESEARCH SPECIALISTS, INC.
and PACER INDUSTRIES, INC.

The parties having stipulated to an extension of the time in which IRS and Pacer may move to strike all or a portion of the Reply to the Counterclaim, and the Court concurring in that stipulation, IT IS SO ORDERED that IRS's and Pacer's time within which to move to strike is extended until November 26, 2001, as set forth in the parties' stipulation.

Dated: 11-16-01

______________________
THE HONORABLE MICHAEL J.DAVIS
UNITED STATES DISTRICT JUDGE

C:\NRPORTBL\MPK\kferreira\44734_1.DOC