**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

ARCTIC CAT, INC., a Minnesota corporation,

Plaintiff,

v.

Civil Action No.: 01-CV-543 MJD/RLE

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Defendants.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Counterclaimants,

v.

ARCTIC CAT, INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,

Counterdefendants.

**STIPULATION AND ORDER EXTENDING TIME FOR SUZUKI MOTOR CORPORATION TO RESPOND TO COUNTERCLAIM OF INJECTION RESEARCH SPECIALISTS, INC.**

**IT IS HEREBY AGREED** by the undersigned parties and Ordered by the Court that the deadline for Suzuki Motor Corporation to respond to the claims of Injection Research Specialists, Inc. is extended to and including January 3, 2002.

FILED DEC 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. _____
DEPUTY CLERK _____

Dated: December 20, 2001.

HENSON & EFRON, P.A.

By ______________________________

William F. Forsyth, 31070
Neil M. Kliebenstein, 0268859
1200 Title Insurance Building
400 Second Avenue South
Minneapolis, Minnesota 55401
Telephone: 612-339-2500

and

Bruce C. Zotter
Finnegan, Henderson, Farabow,
Garrett & Dunner, L.L.P.
1300 I Street, N.W.
Washington, DC 20005-3315
Telephone: 202-408-4094

Attorneys for Suzuki Motor Corporation

Dated: Dec 20, 2001.

WINTHROP & WEINSTINE, P.A.

By ______________________________

Steven C. Tourek, 110565
David P. Pearson, 84712
60 South 6th Street
3000 Dain Rauscher Plaza
Minneapolis, MN 55402
Telephone: 612-347-0700

and

Anthony de Alcuaz
Robert J. Blanch
Peter Van Mieghem
McDermott, Will & Emery
2700 San Hill Road
Menlo Park, CA 94025-7020
Telephone: 650-233-5500

Attorneys for Defendants/Counterclaimants
Injection Research Specialists, Inc. and
Pacer Industries, Inc.

Dated: 12/20, 2001.

MERCHANT & GOULD P.C.

By [signature]
John D. Gould, 36444
Alan G. Carlson, 14801
J. Derek Vandenburgh, 224145
Robert J. Glance, 258027
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-4131
Telephone: 612-332-5300

Attorneys for Plaintiff Arctic Cat, Inc.

**ORDER**

**IT IS HEREBY ORDERED**, that the above Stipulation of the parties shall constitute the Order of this Court.

Dated this 26th day of December, 2001.

BY THE COURT
[signature]
MAGISTRATE JUDGE
RAYMOND L. ERICKSON

170007.WPD