Rec. # 139165

**UNITED STATES DISTRICT COURT**
DISTRICT OF MINNESOTA
Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-543 MJD/RLE    Case Title: Arctic Cat, Inc. v. Injection Research Specialists, Inc., et al.

Affidavit of Movant

I, William F. Forsyth, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Bruce C. Zotter, an attorney admitted to practice in the U.S. District Court for the Western District of Wisconsin, but not admitted to the bar of this court, who will be counsel for ☒ plaintiff : defendant Suzuki Motor Corporation in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature]
Signature

31070
MN Attorney License #

1-30-02
Date

Affidavit of Proposed Admittee

I, Bruce C. Zotter, am currently a member in good standing of the U.S. District Court for the Western District of Wisconsin, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Bruce C. Zotter
Type/Print Name

[signature]
Signature

1/25/02
Date

Attorney License Number: Virginia # 15322
District of Columbia # 230045

Law Firm Name & Address: Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005

Telephone: 202-408-4000

Motion Granted:
For the Court: [signature]
Richard D. Sletten, Clerk
AMC

FEB 14 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

172130.WPD

FILED FEB 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______