**UNITED STATES DISTRICT COURT**
DISTRICT OF MINNESOTA
Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-543 MJD/RLE

Case Title: Arctic Cat, Inc. v. Injection Research Specialists, Inc., et al.

Affidavit of Movant

I, William F. Forsyth, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Naoki Yoshida, an attorney admitted to practice in the U.S. District Court for the Western District of Wisconsin, but not admitted to the bar of this court, who will be counsel for ☒ plaintiff ☐ defendant Suzuki Motor Corporation in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

William F. Forsyth (signature) — Signature
31070 — MN Attorney License #
3-21-02 — Date

Affidavit of Proposed Admittee

I, Naoki Yoshida, am currently a member in good standing of the U.S. District Court for the Western District of Wisconsin, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Naoki Yoshida — Type/Print Name
(signature) — Signature
3/19/02 — Date

Attorney License Number: District of Columbia # 460631
Law Firm Name & Address: Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005
Telephone: 202-408-4000

Motion Granted: (signature)
For the Court: Richard D. Sletten, Clerk MMC
MAR 26 2002 — Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

175291.WPD

MAR 26 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK