UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Arctic Cat, Inc., a
Minnesota Corporation,

Plaintiff,

vs. MINUTE ORDER

Injection Research
Specialists, Inc., a
Colorado Corporation, and
Pacer Industries, Inc., a
Missouri Corporation,

Defendants.

and

Injection Research
Specialists, Inc. a
Colorado Corporation, and
Pacer Industries, Inc, a
Missouri Corporation,

Counterclaimants,

vs.

Arctic Cat, Inc. a
Minnesota Corporation, and
Suzuki Motor Corporation,
a Japanese Corporation,

* * *

Counterdefendants. Civ. No. 01-543 (MJD/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 29th day of May, 2002.

* * *

FILED MAY 29 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

On May 15, 2002, we issued an Order which, among other matters, granted the Defendants' Motion for an extension of time in which to respond to the four Motions for Summary Judgment which had been filed by the Plaintiff. Pursuant to Local Rule 7.1(g), the Plaintiff now requests leave of the Court to file a Motion for Reconsideration of that part of our Order which stayed the Defendants' response to the Plaintiff's invalidity Summary Judgment Motion.[1]

In support of this request, the Plaintiff does not offer any pertinent authorities, nor does the Plaintiff identify any of the points or contentions which the Court had previously failed to consider, and which are germane to this discovery issue. In fact, the Plaintiff expressly states that its request for reconsideration is not based upon a belief that we erred in our earlier ruling. Instead, the Plaintiff contends that "circumstances have changed since" the time we issued our Order, and that these new circumstances warrant a reconsideration. These new circumstances involve the filing, by the Defendants, of a Partial Motion to Dismiss, which is based upon covenants not to sue as to two of the patents

[1]Local Rule 7.1(g), provides, in pertinent part:

> Motions to reconsider are prohibited except by express permission of the Court, which will be granted only upon a showing of compelling circumstances.

at issue. According to the Plaintiff, since the Court's decision to extend the time, within which the Defendants had to respond to all four of the Plaintiff's Summary Judgment Motions, was based on our concern that the District Court should not be required to hear dispositive Motions on a piecemeal basis, and since the District Court is prepared to hear the Defendants' dispositive Motion on July 12, 2002, the Plaintiff sees no reason to delay a Hearing on its invalidity Summary Judgment Motion. Specifically, the Plaintiff asserts that its invalidity dispositive Motion raises only legal issues, so no discovery would need to be conducted in order to respond to the Motion and, given the distance of the Hearing date, the Defendants have adequate time to respond to the Motion.

Notwithstanding the Plaintiff's urgings, it has failed to show the compelling circumstances which would warrant a reconsideration of our prior ruling. We do not second-guess the scheduling of dispositive Motions by the District Court. We considered the Plaintiff's argument, that its invalidity dispositive Motion was solely one of law, when we issued our prior Order and, frankly, we understood the Plaintiff to accede to our imposition of a stay, as to that Motion, notwithstanding its view that no stay was necessary. What has changed, since our prior Order, is an allowance by the District Court to hear the Defendant's dispositive Motions concerning the covenants not to sue. We are not positioned, by

purposeful design, to dictate to a superior Court what Motions it should hear, and when it should hear them. Such matters are properly left to the discretion of the Superior Court.

Therefore, finding no compelling circumstances raised in the Plaintiff's request for reconsideration, we deny the request as being without merit.

NOW, THEREFORE, It is --

ORDERED:

That the Plaintiff's informal request for permission to file a Motion for Reconsideration is DENIED.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION

In connection with
The Federal Judiciary

# *28th Annual Federal Court Practice Seminar*

June 19, 2002
8:00 am—5:15 pm

Minneapolis Convention Center
1301 Second Avenue South
Room 208
Minneapolis, MN 55402
(612) 335-6000

**The Minnesota Chapter of the Federal Bar Association**

c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
**PAID**
Minnespolis, MN
Permit No. 2657

**Application Pending for 7.5 CLE Credits including 2 Ethics and 1 Bias Credit**

## *Featured Speakers Include:*

**District of Minnesota**

Judge David S. Doty

Judge Donovan W. Frank

Judge Paul A. Magnuson

Judge Ann D. Montgomery

Judge John R. Tunheim

Chief Magistrate Judge Jonathan Lebedoff

Magistrate Judge Arthur J. Boylan

**United States Bankruptcy Court**

**District of Minnesota**

Judge Robert J. Kressel

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | **Registration** |
| 8:00-8:15 | **Opening Remarks and Welcome,** ***Judge Ann D. Montgomery*** |
| 8:15-9:00 | **Securities Law Issues in the Wake of Enron,** ***Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)*** |
| 9:00-9:45 | **Current Issues in Employment Law,** ***Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)*** |
| 9:45-10:00 | **Morning Break** |
| 10:00-10:45 | **Current Initiatives in the U.S. Attorneys' Office,** ***Tom Heffelfinger (U.S. Attorneys Office)*** |
| 10:45-11:45 | **Discovery Disputes: Professionalism in the Practice of Law?,** ***Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,*** |
| 11:45-12:45 | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | **The Clerk's Office Can Be Your New Best Friend,** ***Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon*** |
| 1:30-2:15 | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** ***Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)*** |
| 2:15-3:15 | **Issues in the Wake of 9/11: Racial Profiling --** ***Daniel M. Scott (U.S. Federal Public Defenders' Office)*****; Response by the Department of Justice --** ***Tony Brown (U.S. Attorneys Office)*** |
| 3:15:3:30 | **Afternoon Break** |
| 3:30-4:15 | **Update on Technology Tools for Litigating in Federal Court,** ***Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)*** |
| 4:15-5:15 | **Ethics in "Real Life" Practice Situations,** ***Martin A. Cole (Lawyers Professional Responsibility Office)*** |

## *Seminar Registration*

☐ Member $195.00

☐ Non-Member $225.00

Name ______________________

Firm/Employer ______________________

Address ______________________

______________________

Phone ______________________

E-Mail ______________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building