**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| ARCTIC CAT, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,<br><br>Defendants.<br><br>INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,<br><br>Counterclaimants,<br><br>v.<br><br>ARCTIC CAT, INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,<br><br>Counterdefendants. | Civil Action No.: 01-CV-543 MJD/RLE |

**STIPULATION AND ORDER OF DISMISSAL OF ARCTIC CAT'S DECLARATORY JUDGMENT ACTION REGARDING U.S. PATENT NO. Re 34,079**

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, that in view of Injection Research Specialists, Inc.'s and Pacer Industries, Inc.'s covenant not to sue Arctic Cat, Inc., no present case or controversy exists with respect to U.S. Patent No. Re. 34,079. Therefore, Counts X and XI of the First Amended Complaint are dismissed without prejudice.

IT IS SO ORDERED:

Dated: June 6, 2002

THE HONORABLE MICHAEL DAVIS
UNITED STATES DISTRICT COURT JUDGE

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

MERCHANT & GOULD P.C.

Dated: May 31, 2002 ______________________________

John D. Gould (#36,444)
Alan G. Carlson (# 14,801)
J. Derek Vandenburgh (# 224,145)
Jeffer Ali (#247,947)
Matthew A. Doscotch (#029973X)
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-4131
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

ATTORNEYS FOR PLAINTIFF
ARCTIC CAT, INC.

WINTHROP & WEINSTINE, P.A.

Dated: May 31, 2002 ______________________________

Steven C. Tourek (#110565)
David A. Pearson (#84712)
60 South Sixth Street
3000 Dain Rauscher Plaza
Minneapolis, MN 55402
Telephone: (612) 347-0700
Facsimile: (612) 347-0600

and

Anthony de Alcuaz
Robert J. Blanch
Peter Van Mieghem
MCDERMOTT, WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

ATTORNEYS FOR DEFENDANTS AND
COUNTERCLAIMANTS
INJECTION RESEARCH SPECIALISTS, INC.
AND PACER INDUSTRIES, INC.