(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-543 MJD/RLE Case Title: Arctic Cat v Injection Research Specia

### Affidavit of Movant

I, Steven C. Tourek ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Jill M. Kastner , an attorney admitted to practice in the Northern District of California ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Injection Research Specialists in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 110565 Date: October 25, 2002

### Affidavit of Proposed Admittee

I, Jill M. Kastner , am currently a member in good standing of the U.S. District Court for Northern District of California , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Jill M. Kastner Signature: [signature] Date: October 23, 2002

Attorney License Number: 211363
Law Firm Name & Address: McDermott Will & Emerv
3150 Porter Drive. Palo Alto. CA 94304

Telephone: 650.813.5000

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk
amc

Date: OCT 25 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

OCT 25 20..
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK