UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

MINUTE ORDER

* * * * * * * * * * * * * * * * * * *

Arctic Cat, Inc., a Minnesota Corporation,

Plaintiff,

vs.

Injection Research Specialists, Inc., a Colorado corporation, and Pacer Industries, Inc., a Missouri corporation,

Defendants.

and

Injection Research Specialists, Inc., a Colorado corporation, and Pace Industries, Inc., a Missouri corporation,

Counterclaimants,

vs.

Arctic Cat, Inc., a Minnesota corporation, and Suzuki Motor Corporation, a Japanese Corporation,

Counterdefendants. Civ. No. 01-543(MJD/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 15th day of November, 2002.

FILED NOV 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

* * *

By Order dated August 28, 2002, we scheduled a Status Conference in this matter to be conducted on October 28, 2002, in order to determine the propriety of any further extension in the Defendants' briefing of the dispositive Motions, which were previously filed by the Plaintiff, and which currently pend. At the time of the Status Conference on October 28, 2002, the Plaintiff appeared by Jeffer Ali, Esq.; the Defendants appeared by Robert J. Blanch, Esq.; and the Counterdefendant Suzuki Motor Corporation ("Suzuki") appeared by Thomas H. Jenkins, Esq. At the close of the Conference, we deferred a ruling, on the Defendants' request for a further continuance of their briefing on the Plaintiffs' dispositive Motions, until we resolved the Defendants' pending discovery Motions. Those Motions now having been resolved, at least insofar as Court intervention is concerned, we grant the Defendants an additional sixty days, from the date of this Order, before they must brief the pending dispositive Motions.

We have continued the Defendants' briefing schedule on prior occasions, in view of the discovery disputes, and logistical considerations, which have delayed the completion of the Defendants' discovery. Parties, other than the Defendants, are not entirely to blame for the delays occasioned. The Defendants have been content to serve expansive discovery requests, which are wholly untethered

to relevance, and they persist in characterizing every aspect of the pending dispositive Motions as fact-intensive, whether they are or not. While our patience dwindles, we cannot fault the Defendants for all of the impasses which have burdened this Court with seemingly endless requests for Court attention. On one occasion, we sanctioned the Plaintiff for engaging in less than adequate discovery, and we remain convinced that the parties regard their obligation to responsibly "meet and confer," as a mandate to "meet and differ." This shall end.

Considering all the circumstances presented, we conclude that another sixty days of discovery will be sufficient to allow the Defendants to competently address the pending dispositive Motions. In part, the Motions are legal in nature and, to the extent that the Motions involve discrete issues of fact, the discovery that the Defendants have undertaken, for the past many months, should allow them an adequate opportunity to convince the Court that the operative facts are both materially, and genuinely, in dispute, so as to properly avert the imposition of a Summary Judgment. We caution the Defendants that our indulgence in sweeping characterizations, as to the nature of the pending dispositive Motions, and to the unresponsiveness of the opposing parties to legitimate discovery, nears an end.

In advance of the expiration of the sixty days of deferral we allow, counsel for the parties should meet and confer as to an appropriate briefing schedule for the service and filing of briefs by the Defendants, and by Suzuki -- if Suzuki has an interest in briefing those Motions -- and for the service and filing of reply briefs by the Plaintiff. The parties should also obtain a Hearing date from the District Court, on the dispositive Motions, so as to minimize any further delay.

NOW, THEREFORE, It is --

ORDERED:

That the Defendants' informal Motion for a further continuance in their briefing of the Plaintiffs' pending dispositive Motions is GRANTED, to the limited extent of sixty (60) days from the date of this Order.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE