**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| ARCTIC CAT, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,<br><br>Defendants,<br><br>INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,<br><br>Counterclaimants,<br><br>v.<br><br>ARCTIC CAT, INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,<br><br>Counterdefendants. | Civil Action No.: 01-CV-543 MJD/RLE |

**ORDER**

Plaintiff, Arctic Cat, Inc., has requested that this Court extend the time to appeal this Court's November 12, 2002, Order. THE COURT HEREBY ORDERS that Plaintiff's time to appeal this Court's November 12, 2002, Order is extended to an appeal date for this Court's

(129)



FILED DEC 0 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Order relative to the In Camera Declaration of Ole Tweet and attached Exhibit A, and the In Camera Declaration of J. Derek Vandenburgh and attached Exhibits 1-7.

SO ORDERED

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

Dated: December 2, 2002
At Duluth, Minnesota