UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

MINUTE ORDER

* * * * * * * * * * * * * * * * * * *

Arctic Cat, Inc., a Minnesota Corporation,

Plaintiff,

vs.

Injection Research Specialists, Inc., a Colorado corporation, and Pacer Industries, Inc., a Missouri corporation,

Defendants.

and

Injection Research Specialists, Inc., a Colorado corporation, and Pace Industries, Inc., a Missouri corporation,

Counterclaimants,

vs.

Arctic Cat, Inc., a Minnesota corporation, and Suzuki Motor Corporation, a Japanese Corporation,

Counterdefendants. Civ. No. 01-543(MJD/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 16th day of January, 2003.

* * *

(142)

JAN 16 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD

On December 12, 2002, we issued an Order directing the Plaintiff Arctic Cat, Inc. ("Arctic Cat"), to produce two documents, which we had identified in that Order, as well as in our prior Order of November 12, 2002, concluding that their production to the Defendants was required under the waiver of privilege occasioned by Arctic Cat's assertion of an advice-of-counsel defense. We did, however, permit Arctic Cat to make certain, identified, redactions to those documents, prior to their production. "So as to assure compliance," with our redaction instructions, we instructed Arctic Cat that, "at such time as the disclosures are made, copies of the redacted documents should also be transmitted to this Court, for our review." Docket No. 134, at 10-11.

Arctic Cat has complied with this instruction, and we have now reviewed the redacted documents. We find that Arctic Cat has made proper redactions in the documents it has produced, consistent with our Order of December 12, 2002. However, we note that, rather than to identify each area from which information was redacted, Arctic Cat has simply stamped "REDACTED" on each page that contains redactions. While, frankly, we are not certain that, substantively, it makes much difference, we think it nonetheless preferable to stamp "REDACTED" at each location that a redaction has occurred, rather than merely generally marking the page as containing one or more redactions. As a result, we direct Arctic Cat

to so mark the specific redactions made, and forward a copy of those documents to the Court, and to the Defendants.

NOW, THEREFORE, It is --

ORDERED:

That the Plaintiff shall produce the documents we have identified in this Order, and in our prior Order of December 12, 2002, after first indicating, on each document, each location from which material has been redacted.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500

## NOTICE

The District of Minnesota is pleased to announce the offering of a service called New Cases System (NCS) on our web site at www.mnd.uscourts.gov. The NCS lists new civil and criminal cases filed in St. Paul, Minneapolis or Duluth each day. It indicates the date assigned, case number, case name, the city in which the case was filed, and the District and Magistrate Judge assigned to the case.

The web NCS is available free of charge. The NCS may also be accessed from the public terminals located in the clerk's offices at the addresses above.