ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

ARCTIC CAT, INC.,
a Minnesota corporation,

Plaintiff,

v.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Defendants.

Civil Action No. 01-CV-543 (MJD/RLE)

---

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Counterclaimants,

v.

ARCTIC CAT, INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,

Counterclaim Defendants.

---

**SECOND AMENDED PRETRIAL ORDER**

In accordance with the Stipulated Motion filed by the parties on February 18, 2003, the Court establishes and adjusts the remaining pretrial deadlines as follows:

1. The period during which the parties may conduct discovery shall terminate on June 13, 2003.

2. All nondispositive motions shall be filed, and the hearing thereon completed, prior to June 30, 2003.

FILED FEB 21 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK



154

3. The party with the burden of proof as to a claim or defense will serve its expert disclosures by May 1, 2003. The parties will serve responsive expert disclosures by May 27, 2003.

4. All dispositive motions shall be briefed, submitted, and argued, on or before August 15, 2003.

Summary judgment motions that are not dependent upon claim construction may be filed on or after February 21, 2003. With respect to any summary judgment motion filed by Arctic Cat or Suzuki that raises a laches defense, IRS's opposition brief will be due no sooner than three weeks after its pending Rule 30(b)(6) depositions of Arctic Cat and Suzuki are completed.

The procedure for filing *Markman* briefs and summary judgment motions that are dependent upon claim construction shall be as follows:

| | |
|---|---|
| February 21, 2003 | The parties will exchange lists of claim terms that they wish the Court to construe. |
| February 28, 2003 | The parties will have met and conferred regarding the claim terms that will be the subject of the anticipated briefing, and the structure of such briefing in light of the Court's page limits and other procedural considerations. |
| March 17, 2003 | The parties will exchange *Markman* briefs construing the claim terms at issue. |
| May 2, 2003 | The parties will exchange *Markman* briefs responding to the opposition's principal brief, and file the opening and responding briefs. |
| June 23, 2003 | The parties will file summary judgment motions that depend upon claim construction. |
| July 14, 2003 | The parties will file opposition briefs to summary judgment motions that depend upon claim construction. |
| July 28, 2003 | The parties will file reply briefs. |

5. This case shall be "Ready for Trial" on September 15, 2003, or 30 days after the Court issues its Order on any then-pending dispositive motion.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

February 21, 2003

195313.DOC