**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

ARCTIC CAT, INC., a Minnesota corporation,

Plaintiff,

v.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Defendants.

Civil Action No.: 01-CV-543 MJD/RLE

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Counterclaimants,

v.

ARCTIC CAT, INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,

Counterdefendants.

## THIRD AMENDED PRETRIAL ORDER

In accordance with the Stipulated Motion filed by the parties on April 24th, 2003, the Court establishes and adjusts the remaining pretrial deadlines as follows:

1. The period during which the parties may conduct discovery shall terminate on July 7, 2003.

2. All nondispositive motions shall be filed, and the hearing thereon completed, prior to July 21, 2003.

FILED APR 2 4 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK mb

177

3. The party with the burden of proof as to a claim or defense will serve its expert disclosures by May 22, 2003. The parties will serve responsive expert disclosures by June 17, 2003.

4. All dispositive motions shall be briefed, submitted, and argued, on or before September 5, 2003.

Summary judgment motions that are not dependent upon claim construction may be filed on or after February 21, 2003. With respect to any summary judgment motion filed by Arctic Cat or Suzuki that raises a laches defense, IRS's opposition brief will be due no sooner than three weeks after its pending Rule 30(b)(6) depositions of Arctic Cat and Suzuki are completed.

The procedure for filing *Markman* briefs and summary judgment motions that are dependent upon claim construction shall be as follows:

| | |
|---|---|
| May 23, 2003 | The parties will exchange *Markman* briefs responding to the opposition's principal brief, and file the opening and responding briefs. |
| July 14, 2003 | The parties will file summary judgment motions that depend upon claim construction. |
| August 4, 2003 | The parties will file opposition briefs to summary judgment motions that depend upon claim construction. |
| August 18, 2003 | The parties will file reply briefs. |

This case shall be "Ready for Trial" on October 6, 2003, or 30 days after the Court issues its Order on any then-pending dispositive motion.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE



MPK 61585-1.054249.0012