IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

ARCTIC CAT, INC.,
a Minnesota corporation,

Plaintiff,

v.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and
PACER INDUSTRIES, INC.,
a Missouri corporation,

Defendants.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and
PACER INDUSTRIES, INC.,
a Missouri corporation,

Counterclaimants,

v.

ARCTIC CAT, INC.,
a Minnesota corporation, and
SUZUKI MOTOR CORPORATION,
a Japanese corporation,

Counterdefendants.

Civil Action No. 01-CV-543 (MJD/RLE)

**STIPULATION AND ORDER TO AMEND PROTECTIVE ORDER TO CHANGE SUZUKI PERSONNEL PERMITTED TO VIEW "HIGHLY CONFIDENTIAL" MATERIALS**

**STIPULATION AND ORDER TO AMEND PROTECTIVE ORDER TO CHANGE SUZUKI PERSONNEL PERMITTED TO VIEW "HIGHLY CONFIDENTIAL" MATERIALS**

To accommodate recent changes at Suzuki Motor Corporation ("SMC") and American Suzuki Motor Corporation ("ASMC") in personnel and/or in the corporate positions of certain individuals specifically named in the Protective Order entered June



239 240

FILED MAY 21 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

20, 2002, as having access to "Highly Confidential" materials, as defined therein, the parties hereby further stipulate and agree to amend the Protective Order as follows:

In paragraph 13, subparagraph b.,

Koji Atsumi, Staff Member, Legal Department, SMC to replace Takeshi Miyashita; and

Yutaka Takayama, now Technical Manager, Legal Office, ASMC to replace Hisashi Takayanagi.

These changes are necessary due to the retirement of Mr. Miyashita and changes in the positions and responsibilities of Mr. Takayama and Mr. Takayanagi.

Also, although not added or replaced, Suzuki advises that Yasunari Suzuki, formerly Staff Member, Legal Department, SMC, is now Legal Office Director, Legal Office, ASMC.

SO STIPULATED:

Dated this 14th day of May, 2003

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By [signature]

Annamarie A. Daley (MN Atty ID #158112)
Andrew W. Horstman (MN Atty ID #47259)
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

ATTORNEYS FOR PLAINTIFF ARCTIC CAT, INC.

Dated this 14 day of May, 2003

McDERMOTT, WILL & EMERY

By ____________________

Anthony de Alcuaz
Robert J. Blanch
Peter Van Mieghem
McDERMOTT, WILL & EMERY
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

And

David P. Pearson
WINTHROP & WEINSTINE, P.A.
60 South 6th Street
3000 Dain Rauscher Plaza
Minneapolis, MN 55402
Telephone: (612) 347-0700
Facsimile: (612) 347-0600

ATTORNEYS FOR DEFENDANTS
INJECTION RESEARCH SPECIALISTS, INC.
AND PACER INDUSTRIES, INC.

Dated this 15th day of May, 2003

**FINNEGAN, HENDERSON, FARABOW GARRETT & DUNNER, L.L.P.**

By ______________________

Thomas H. Jenkins (Pro Hac Vice)
Bruce C. Zotter (Pro Hac Vice)
Naoki Yoshida (Pro Hac Vice)
Finnegan, Henderson, Farabow
Garrett & Dunner L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005-3315
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

And

William F. Forsyth
Neil M. Kliebenstein
HENSON & EFRON, P.A.
220 South Sixth Street
Suite 1800
Minneapolis, MN 55402-4503
Telephone: (612) 339-2500
Facsimile: (612) 339-6364

ATTORNEYS FOR COUNTERCLAIM DEFENDANT SUZUKI MOTOR CORPORATION

IT IS SO ORDERED:

Dated: May 21, 2003

Raymond L. Erickson
United States Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| ARCTIC CAT, INC.,<br>a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and<br>PACER INDUSTRIES, INC.,<br>a Missouri corporation,<br><br>Defendants.<br>______________________<br>AND RELATED CROSS -ACTION<br>______________________ | Civil Action No. 01-CV-543 (MJD/RLE)<br><br>**CONSENT TO BE BOUND BY SUPPLEMENT TO PROTECTIVE ORDER** |

I, ______________________, declare:

1. My address is ______________________________. My present occupation is ______________________________.

2. I have received a copy of the Supplement To Protective Order in this action. I have carefully read and understand the provisions of the Supplement To Protective Order.

3. I will comply with all of the provisions of the Supplement To Protective Order. I will hold in confidence, will not disclose to anyone other than those persons specifically authorized by the Supplement To Protective Order, and will not copy or use except for purposes of this action, any Confidential Material which I receive in this action. I understand that any unauthorized use or disclosure of the Confidential Material

I receive constitutes a violation of this Supplement To Protective Order which may be redressed by an appropriate remedy, including, but not limited to, contempt of court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this _______ day of ______, ________, at ______________________________.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 700
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

## *Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

## ***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.

FORMS\PROTECOR.NOT
Rev. 8/10/01