**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

ARCTIC CAT, INC.,
a Minnesota corporation,

Plaintiff,

v.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and
PACER INDUSTRIES, INC., a Missouri corporation,

Defendants.

---

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and
PACER INDUSTRIES, INC., a Missouri corporation,

Counterclaimants,

v.

ARCTIC CAT, INC., a Minnesota corporation, and
SUZUKI MOTOR CORPORATION, a Japanese corporation,

Counterdefendants.

Civil Action No. 01-CV-543 (MJD/RLE)

**STIPULATION AND ORDER TO SUPPLEMENT PROTECTIVE ORDER**

## STIPULATION AND ORDER TO SUPPLEMENT PROTECTIVE ORDER DATED JUNE 20, 2002

To facilitate discovery and protect the confidentiality of and rights to certain documents that may subsequently be produced in the captioned litigation by Kokusan Denki Co., Ltd. (hereinafter "Kokusan") and Hitachi Unisia Automotive, Ltd., formerly Unisia JECS Corporation (hereinafter "JECS") relating to proprietary computer source code information, and supplementing the Protective Order entered June 20, 2002, the



241

FILED MAY 21 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

provisions of which are hereby incorporated by reference, the parties hereby further stipulate and agree as follows:

1. The only individuals who will have access to the said produced source code documents are:

(a) For Injection Research Specialists, Inc. and Pacer Industries, Inc., Dr. William Ribbens, consultant; Mark Frappier, consultant; Anthony de Alcuaz, Robert Blanch, Peter Van Miegham, Jill Kastner, and Michael Wilcox, attorneys; and Angela Rodriguez (support staff).

(b) For Suzuki Motor Corporation, Dr. Bernard Cuzzillo, consultant; Thomas Jenkins, Bruce Zotter, Naoki Yoshida, Mark Dailey, and John Walsh, attorneys; and Julia Lewis (support staff).

(c) For Arctic Cat, Inc., Roger Berry, consultant; Annamarie Daley, Andrew Horstman, Christopher Sorenson, and Aaron Myers, attorneys; Tim Storsved (staff scientific advisor), and Carol Peterman (support staff).

2. Except as set forth below at paras. 4 and 5, the parties hereby affirm on their own behalf and specifically on behalf of the individuals named above that no further copies of the produced source code documents will be made beyond the documents to be produced by each of Kokusan and JECS, which produced source code documents will be individually numbered and stamped "Attorney's Eyes Only" by the producing entity.

3. All numbered copies of the produced source code documents will be returned to the respective producing entity, Kokusan or JECS, at the conclusion of the lawsuit.

4. No trial exhibit shall include the entirety of any produced source code document, and the parties will mutually request the Court to clear the courtroom whenever a trial exhibit containing any portion of a produced source code document is shown or is the subject of testimony or examination.

5. To the extent that an index of the source code is provided with or as part of the produced source code documents,

   (a) the index will be designated as such by the producing entity, and

   (b) the index will not be used as any part of any filing, report, argument or exhibit, or to establish or refute a position of any party in the litigation.

6. Each of the above-named individuals who are consultants shall execute a copy of the Consent To Be Bound By Supplement To Protective Order attached hereto before receiving any of the produced source code documents. Additional consultants may be permitted subject to the prior written approval of all the parties, JECS, and Kokusan.

SO STIPULATED:

Dated this 14th day of May, 2003

ROBINS, KAPLAN, MILLER
& CIRESI L.L.P.

By ____________________

Annamarie A. Daley (MN Atty ID #158112)
Andrew W. Horstman (MN Atty ID #47259)
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

ATTORNEYS FOR PLAINTIFF ARCTIC CAT, INC.

Dated this _____ day of _____, 2003

McDERMOTT, WILL & EMERY

By ____________________

Anthony de Alcuaz
Robert J. Blanch
Peter Van Mieghem
McDERMOTT, WILL & EMERY
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

And

David P. Pearson
WINTHROP & WEINSTINE, P.A.
60 South 6th Street
3000 Dain Rauscher Plaza
Minneapolis, MN 55402
Telephone: (612) 347-0700
Facsimile: (612) 347-0600

ATTORNEYS FOR DEFENDANTS INJECTION RESEARCH SPECIALISTS, INC. AND PACER INDUSTRIES, INC.

**SO STIPULATED:**

Dated this _____ day of _____, 2003

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By ______________________________

Annamarie A. Daley (MN Atty ID #158112)
Andrew W. Horstman (MN Atty ID #47259)
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

ATTORNEYS FOR PLAINTIFF ARCTIC CAT, INC.

Dated this 13 day of May, 2003

**McDERMOTT, WILL & EMERY**

By [signature]

Anthony de Alcuaz
Robert J. Blanch
Peter Van Mieghem
McDERMOTT, WILL & EMERY
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

And

David P. Pearson
WINTHROP & WEINSTINE, P.A.
60 South 6th Street
3000 Dain Rauscher Plaza
Minneapolis, MN 55402
Telephone: (612) 347-0700
Facsimile: (612) 347-0600

ATTORNEYS FOR DEFENDANTS INJECTION RESEARCH SPECIALISTS, INC. AND PACER INDUSTRIES, INC.

Dated this 15th day of May, 2003

**FINNEGAN, HENDERSON, FARABOW GARRETT & DUNNER, L.L.P.**

By [signature]

Thomas H. Jenkins (Pro Hac Vice)
Bruce C. Zotter (Pro Hac Vice)
Naoki Yoshida (Pro Hac Vice)
Finnegan, Henderson, Farabow
Garrett & Dunner L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005-3315
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

And

William F. Forsyth
Neil M. Kliebenstein
HENSON & EFRON, P.A.
220 South Sixth Street
Suite 1800
Minneapolis, MN 55402-4503
Telephone: (612) 339-2500
Facsimile: (612) 339-6364

ATTORNEYS FOR COUNTERCLAIM DEFENDANT SUZUKI MOTOR CORPORATION

IT IS SO ORDERED:

Dated: 5-21-03

Raymond L. Erickson
Raymond L. Erickson
United States Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

ARCTIC CAT, INC.,
a Minnesota corporation,

Plaintiff,

v.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and
PACER INDUSTRIES, INC.,
a Missouri corporation,

Defendants.

AND RELATED CROSS -ACTION

Civil Action No. 01-CV-543 (MJD/RLE)

**CONSENT TO BE BOUND BY SUPPLEMENT TO PROTECTIVE ORDER**

I, ____________________________, declare:

1. My address is ________________________________________. My present occupation is ____________________________________________.

2. I have received a copy of the Supplement To Protective Order in this action. I have carefully read and understand the provisions of the Supplement To Protective Order.

3. I will comply with all of the provisions of the Supplement To Protective Order. I will hold in confidence, will not disclose to anyone other than those persons specifically authorized by the Supplement To Protective Order, and will not copy or use except for purposes of this action, any Confidential Material which I receive in this action. I understand that any unauthorized use or disclosure of the Confidential Material

I receive constitutes a violation of this Supplement To Protective Order which may be redressed by an appropriate remedy, including, but not limited to, contempt of court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this _______ day of ______, _________, at ______________________________.