**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Arctic Cat, Inc., a Minnesota corporation,

Plaintiff,

v.

Injection Research Specialists, Inc., a Colorado corporation, and Pacer Industries, Inc., a Missouri corporation,

Civ. No. 01-543(MJD/RLE)

Defendants.

and

**ORDER**

Injection Research Specialists, Inc., a Colorado corporation, and Pacer Industries, Inc., a Missouri corporation,

Counterclaimants,

v.

Arctic Cat, Inc., a Minnesota corporation, and Suzuki Motor Corporation, a Japanese corporation,

Counterdefendants.

---

This matter is before the Court upon Defendants' appeal of Magistrate Judge Raymond L. Erickson's Orders of November 12, 2002 and December 30, 2002. With respect to the Order of November 12, 2002, Defendants assert that the Magistrate Judge's ruling is clearly erroneous with respect to his ruling regarding the scope of Plaintiff's work product waiver and attorney-client privilege waiver. With respect to the Order of

JUN 02 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

December 30, 2002, Defendants ask the Court to review the reasonableness of the Magistrate Judge's restrictions on disclosure of two documents.

The Court must modify or set aside any portion of the Magistrate Judge's Order found to be clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.1(b)(2). Based on a review of the record and the submissions of parties, the Court concludes that the Magistrate Judge's Orders of November 12, 2002 and December 30, 2002 are neither clearly erroneous nor contrary to law.

Additionally, Plaintiff brings a Motion to File a Limited Cross Appeal with respect to the Order of December 30, 2002. Within 10 days of being served with a copy of the Magistrate Judge's ruling, a party may serve and file objections to the order. See Fed. R. Civ. P. 72(a); Local Rule 72.1(b)(2). Plaintiff's Motion was filed on February 24, 2002, and is thus time barred.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Order of November 12, 2002 is **AFFIRMED**.
2. The Order of December 30, 2002 is **AFFIRMED**.
3. Plaintiffs' Motion to File a Limited Cross-Appeal is **DENIED**.

Dated: ~~May~~ June 2, 2003

Michael J. Davis
United States District Court Judge