**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ARCTIC CAT INC., a Minnesota corporation,

Plaintiff,

vs.

INJECTION RESEARCH SPECIALISTS, INC.,a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Defendants,

and

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Counterclaimants,

vs.

ARCTIC CAT INC., a Minnesota corporation.

Counterdefendants.

Civ. No. 01-543 (MJD/RLE)

**STIPULATED MOTION AND ORDER TO MODIFY THE PRETRIAL SCHEDULE**

The parties hereby request and stipulate to modification of the Pretrial Order to extend certain deadlines in this case.

20050589.1

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The parties agree to the following extensions:

1. Depositions of fact witnesses which were noticed to occur on or before July 7, 2003 may be taken through July 25, 2003. The deposition of Dana Corporation, originally noticed by Suzuki, may be renoticed by Arctic Cat to take place on a mutually convenient date before July 25, 2003. Additionally, depositions taken or reopened pursuant to Orders of this Court or another Court as a result of decisions on pending motions may also be taken after July 7, 2003.

2. Depositions of expert witnesses may be taken through September 5, 2003.

3. The deadline for filing and hearing non-dispositive motions is extended to September 19, 2003.

4. The deadline for serving and filing opening briefs on dispositive motions is September 30, 2003. Briefs on dispositive motions shall be filed with the Court at the time of service. Pursuant to Judge Davis' earlier Order, such briefing shall be filed before Judge Erickson. As discussed with this Court on June 26, 2003, this is a variation from Local Rule 7.1. As provided in L.R. 7.1, however, the party responding to any dispositive motion served and filed on or before September 30, 2003 will have twenty-one (21) calendar days after service of the dispositive motion papers to respond, and the party replying will have seven (7) calendar days after service of the opposing papers to submit a reply memorandum. Service shall be by facsimile with copies by overnight service. Voluminous exhibits may be sent by overnight service only. No more than three (3) dispositive motions shall be filed or served by any party during any seven (7) day period. A party seeking more time to respond, or to otherwise vary this briefing schedule may apply to the Court for relief. Dispositive motions will be scheduled for hearing on a date or dates after all papers are submitted, as the Court's calendar permits.

Pursuant to Local Rule 16.3, the parties submit that the discovery of fact and expert witnesses is ongoing. The parties have exchanged expert reports, but expert depositions remain to be completed. The parties have completed numerous fact depositions, but specific fact depositions remain to be completed.

The parties believe that good cause exists for modifying the Court's prior Scheduling Order. In light of numerous discovery issues and issues surrounding scheduling of third-party depositions during the summer months, the parties do not believe they will be able to complete fact and expert discovery in compliance with the current schedule. The parties believe that the timing concerns will be resolved by extending the deadlines as described above. By granting the parties' request to modify the schedule in this case, the parties can proceed with discovery and the filing of non-dispositive and dispositive motions in an efficient and reasonable manner. Nothing in this stipulated motion is intended to affect the right of any party to seek further modification of the scheduling order through written motion to the Court.

**WHEREFORE,** for the foregoing reasons, the parties respectfully submit that good cause has been shown for modifying the Pretrial Schedule as requested.

Dated this 7th day of July, 2003.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Andrew W. Horstman

Annamarie A. Daley
Andrew W. Horstman
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: (612) 349-8500

ATTORNEYS FOR ARCTIC CAT INC.

Dated this 8 day of July, 2003.

MCDERMOTT, WILL & EMERY

Anthony de Alcuaz
Robert J. Blanch
Peter Van Mieghem
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000

-and-

David P. Pearson
WINTHROP & WEINSTINE, P.A.
60 South 6th Street
3000 Dain Rauscher Plaza
Minneapolis, MN 55402
Telephone: (612) 347-0700

ATTORNEYS FOR DEFENDANTS INJECTION RESEARCH SPECIALISTS, INC. AND PACER INDUSTRIES, INC.

Dated this _____ day of July, 2003.

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER L.L.P.

Thomas J. Jenkins
Bruce C. Zotter
1300 I Street N.W.
Washington, DC 20005-3315
202.408.4000

ATTORNEYS FOR SUZUKI MOTOR CORPORATION

Dated this _____ day of July, 2003.

McDERMOTT, WILL & EMERY

______________________________
Anthony de Alcuaz
Robert J. Blanch
Peter Van Mieghem
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000

-and-

David P. Pearson
WINTHROP & WEINSTINE, P.A.
60 South 6th Street
3000 Dain Rauscher Plaza
Minneapolis, MN 55402
Telephone: (612) 347-0700

ATTORNEYS FOR DEFENDANTS INJECTION RESEARCH SPECIALISTS, INC. AND PACER INDUSTRIES, INC.

Dated this 8 day of July, 2003.

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER L.L.P.

______________________________
Thomas J. Jenkins
Bruce C. Zotter
1300 I Street N.W.
Washington, DC 20005-3315
202.408.4000

ATTORNEYS FOR SUZUKI MOTOR CORPORATION

**IT IS SO ORDERED**

Dated this 14th day of July, 2003.

BY THE COURT:

Raymond L. Erickson

THE HONORABLE RAYMOND ERICKSON
UNITED STATES DISTRICT MAGISTRATE JUDGE