ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ARCTIC CAT INC., a Minnesota corporation,

Plaintiff,

vs.

INJECTION RESEARCH SPECIALISTS, INC.,a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Defendants,

and

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Counterclaimants,

vs.

ARCTIC CAT INC., a Minnesota corporation.

Counterdefendants.

Civ. No. 01-543 (MJD/RLE)

---

**SECOND STIPULATED MOTION AND**
**ORDER TO MODIFY THE PRETRIAL SCHEDULE**

---

The parties hereby request and stipulate to a further modification of the Pretrial Order to allow for the rescheduling of two depositions in this case.



FILED________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

The parties agree to the following extension:

1. Allowing the deposition of the Dana Corporation and the deposition of Glen Paton, an employee of Dana Corporation, to be completed during the week of August 4, 2003 in Toledo, Ohio.

Pursuant to Local Rule 16.3, the parties submit that two specific depositions remain to be completed, as advised in the prior stipulation, include depositions of the Dana Corporation and of Glen Paton, an employee of the Dana Corporation. Counsel for Dana Corporation advised on Monday, July 21, 2003, that the deposition of the Dana Corporation (which had been set for July 22, 2003 by subpoena and by agreement of the parties) could not proceed as scheduled. Counsel for Dana has, however, committed to producing a designee for the Corporation for deposition during the week of August 4, 2003, and will also make Mr. Paton available that week.

In order to allow the parties to accommodate the Dana Corporation, a further modification of the Stipulated Motion and Order to Modify the Pretrial Schedule, filed on July 8, 2003, and granted by the Court on July 14, 2003, is requested. The only modification requested is to allow for the completion of the Dana Corporation and the Glen Paton depositions during the week of August 4, 2003. All other deadlines are to remain in effect.

The parties believe that good cause exists for further modifying the Court's prior Scheduling Order. Nothing in this stipulated motion is intended to affect the right of any party to seek further modification of the scheduling order through written motion to the Court.

**WHEREFORE,** for the foregoing reasons, the parties respectfully submit that good cause has been shown for modifying the Pretrial Schedule as requested.

Dated this 22 day of July, 2003.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Annamarie A. Daley
Andrew W. Horstman
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: (612) 349-8500

ATTORNEYS FOR ARCTIC CAT INC.

Dated this _____ day of July, 2003.

McDERMOTT, WILL & EMERY

Anthony de Alcuaz
Robert J. Blanch
Peter Van Mieghem
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000

-and-

David P. Pearson
WINTHROP & WEINSTINE, P.A.
60 South 6th Street
3000 Dain Rauscher Plaza
Minneapolis, MN 55402
Telephone: (612) 347-0700

ATTORNEYS FOR DEFENDANTS INJECTION RESEARCH SPECIALISTS, INC. AND PACER INDUSTRIES, INC.

Dated this _____ day of July, 2003.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

______________________________
Annamarie A. Daley
Andrew W. Horstman
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: (612) 349-8500

ATTORNEYS FOR ARCTIC CAT INC.

Dated this 22 day of July, 2003.

McDERMOTT, WILL & EMERY

[signature]
Anthony de Alcuaz
Robert J. Blanch
Peter Van Mieghem
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000

-and-

David P. Pearson
WINTHROP & WEINSTINE, P.A.
60 South 6th Street
3000 Dain Rauscher Plaza
Minneapolis, MN 55402
Telephone: (612) 347-0700

ATTORNEYS FOR DEFENDANTS INJECTION RESEARCH SPECIALISTS, INC. AND PACER INDUSTRIES, INC.

Dated this 22 day of July, 2003.

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER L.L.P.

Thomas J. Jenkins
Bruce C. Zotter
1300 I Street N.W.
Washington, DC 20005-3315
202.408.4000

ATTORNEYS FOR SUZUKI MOTOR CORPORATION

**IT IS SO ORDERED**

Dated this ______ day of ______________, 2003.

BY THE COURT:

THE HONORABLE RAYMOND ERICKSON
UNITED STATES DISTRICT MAGISTRATE JUDGE

Dated this _____ day of July, 2003.

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER L.L.P.

______________________________

Thomas J. Jenkins
Bruce C. Zotter
1300 I Street N.W.
Washington, DC 20005-3315
202.408.4000

ATTORNEYS FOR SUZUKI MOTOR CORPORATION

**IT IS SO ORDERED**

Dated this 25th day of July, 2003.

BY THE COURT:

Raymond L. Erickson

THE HONORABLE RAYMOND ERICKSON
UNITED STATES DISTRICT MAGISTRATE JUDGE

**CERTIFICATION OF SERVICE**

I, Christopher J. Sorenson, being first duly sworn on oath, deposes and says, that I am an attorney in the office of Robins, Kaplan, Miller & Ciresi L.L.P., Attorneys at Law, 2800 LaSalle Plaza, 800 Avenue South, Minneapolis, MN 55402-2015. That on the 22nd day of July, 2003, I caused a true copy of the following:

**SECOND STIPULATED MOTION AND ORDER TO MODIFY THE PRETRIAL SCHEDULE**

to be served upon the following attorneys of record:

Robert J. Blanch, Esq. *Via Facsimile*
Anthony de Alcuaz, Esq.
Peter Van Mieghem, Esq.
Jill M. Kastner, Esq.
McDermott, Will & Emery
3150 Porter Drive
Palo Alto, CA 94304-1212

David P. Pearson, Esq. *Via Facsimile*
Steven C. Tourek, Esq.
Winthrop & Weinstine, P.A.
225 South Sixth Street
Suite 3500
Minneapolis, MN 55402

ATTORNEYS FOR INJECTION RESEARCH SPECIALISTS, INC. AND PACER INDUSTRIES, INC.

Thomas H. Jenkins, Esq. *Via Facsimile*
Bruce C. Zotter, Esq.
Naoki Yoshida, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
1300 I Street NW
Washington, DC 20005-3315

Neil M. Kliebenstein, Esq. *Via Facsimile*
William F. Forsyth, Esq.
Henson & Efron, P.A.
220 South Sixth Street
Suite 1800
Minneapolis, MN 55402-4503

ATTORNEYS FOR SUZUKI MOTOR CORPORATION

Christopher J. Sorenson