**ORIGINAL**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ARCTIC CAT INC., a Minnesota corporation,

Plaintiff,

vs.

INJECTION RESEARCH SPECIALISTS, INC.,a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Defendants,

and

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Counterclaimants,

vs.

ARCTIC CAT INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese Corporation,

Counterdefendants.

Civ. No. 01-543 (MJD/RLE)

---

**THIRD STIPULATED MOTION AND ORDER TO MODIFY THE PRETRIAL SCHEDULE**

---

WHEREAS, the Second Stipulated Motion and Order to Modify the Pretrial Schedule, filed on July 22, 2003 and signed by the Court on July 25, 2003, was based on the belief that the depositions both of A. Glenn Paton (an employee of Dana Corporation) and of a corporate designee



347

FILED SEP 3 0 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK JUS

of Dana Corporation would occur during the week of August 4, 2003, but then could not and did occur during the week of August 11, 2003; and

WHEREAS, the Federal District Court for the District of Alaska, on July 31, 2003, ordered the deposition of Conrad Bagne (an IRS board member) to proceed on September 2, 2003, and the Federal District Court for the District of Connecticut, on July 30, 2003, ordered the deposition of Wes Whitmeyer (patent counsel of IRS) to proceed; and

WHEREAS, all parties are diligently working towards establishing a schedule for the completion of expert depositions and the depositions ordered by the Court in its orders of August 26; and

WHEREAS, all parties agreed to the following schedule for the depositions of these witnesses:

| | | |
|---|---|---|
| A. | Deposition of Dana Corporation 30(b)(6) designee | August 13, 2003 |
| B. | Deposition of A. Glenn Paton | August 14, 2003 |
| C. | Deposition of Wesley Whitmyer, Esq. | August 27, 2003 |
| D. | Deposition of Conrad Bagne | September 2, 2003 |

and are still working on obtaining dates for the depositions of the parties' experts and other depositions required pursuant to the Court Order of August 26, 2003.

NOW, THEREFORE, in light of the recent rulings from this Court, the rulings from the Alaska and Connecticut Courts, the scheduling problems with Dana Corporation, the necessary scheduling coordination for expert depositions, and to allow for the fair and complete preparation and disposition of dispostive and non-dispositive motions, the parties hereby agree to modify the Court's July 14 , 2003 and July 25, 2003 Pretrial Schedules as follows:

A. Deposition of a 30(b)(6) designee of the Dana Corporation may proceed and has proceeded on August 13, 2003;

B. Deposition of Glenn Paton may proceed and has proceeded on August 14, 2003;

C. Deposition of Wesley Whitmyer, Esq. may proceed and has proceeded on August 27, 2003;

D. Deposition of Conrad Bagne may proceed and has proceeded on September 2, 2003;

E. Depositions of the parties' experts and those required pursuant to the Court's Orders of August 26, 2003, except that portion from which IRS appealed regarding testing, will be scheduled by the parties to be completed by November 14, 2003.

F. The deadline for filing and hearing non-dispositive motions is extended to December 1, 2003; and

G. The deadline for serving and filing opening briefs on dispositive motions is December 22, 2003.

All briefs supporting dispositive motions shall be filed in accordance with paragraph 4 of the Court's July 25, 2003 Order.

Pursuant to D. Minn. L. R. 16.3, the parties submit that good cause exists for further modifying the Court's Pretrial Schedule. Nothing in this stipulated motion is intended to affect the right of any party to seek further modification of the scheduling order through written motion to the Court. The parties currently are conferring about the scope of expert discovery and hope to resolve this issue in the near future. If the parties are unable to resolve this issue, they will have to seek the Court's assistance and this likely will require further modification of these deadlines.

Dated this 26th day of September, 2003.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Annamarie A. Daley (MN #158112)
Andrew W. Horstmann (MN #47259)
Christopher J. Sorenson (MN #270118)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: (612) 349-8500

ATTORNEYS FOR ARCTIC CAT INC.

Dated this 26th day of September, 2003.

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER L.L.P.

Thomas J. Jenkins
Bruce C. Zotter
1300 I Street N.W.
Washington, DC 20005-3315
202.408.4000

-and-

William F. Forsyth, Esq.
HENSON & EFRON, P.A.
220 South Sixth Street, Suite 1800
Minneapolis, MN 55402.4503

ATTORNEYS FOR SUZUKI MOTOR CORPORATION

Dated this 26 day of September, 2003.

McDERMOTT, WILL & EMERY

Anthony de Alcuaz
Robert J. Blanch
Peter Van Mieghem
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000

-and-

David P. Pearson
WINTHROP & WEINSTINE, P.A.
60 South 6th Street
3000 Dain Rauscher Plaza
Minneapolis, MN 55402
Telephone: (612) 347-0700

ATTORNEYS FOR DEFENDANTS INJECTION RESEARCH SPECIALISTS, INC. AND PACER INDUSTRIES, INC.

**IT IS SO ORDERED.**

Dated this 30th day of September, 2003.

BY THE COURT:

THE HONORABLE RAYMOND ERICKSON
UNITED STATES DISTRICT MAGISTRATE JUDGE