IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ARCTIC CAT, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>NJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,<br><br>Defendants. | Civil Action No.: 01-CV-543 MJD/RLE |
| INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,<br><br>Counterclaimants,<br><br>v.<br><br>ARCTIC CAT, INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,<br><br>Counterdefendants. | |

**STIPULATED MOTION AND ORDER**
**TO MODIFY THE PRETRIAL SCHEDULE RE: RESPONSE TO SUMMARY JUDGMENT MOTION SERVED NOVEMBER 6, 2003**

FILED NOV 2 0 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The parties hereby request and stipulate to modification of the Pretrial Order to extend the deadline for Injection Research Specialists, Inc. and Pacer Industries, Inc. (hereinafter "IRS") to respond to Arctic Cat's and Suzuki's Motion for Partial Summary Judgment Based on *Res Judicata* and Legal Estoppel to December 3, 2003.

WHEREAS, Arctic Cat's and Suzuki's Motion for Partial Summary Judgment Based on *Res Judicata* and Legal Estoppel was filed and served on November 6, 2003, which under the existing schedule order requires IRS to file its response to this motion on the day after Thanksgiving, November 28, 2003;

WHEREAS, the parties agree that the current scheduling order should be amended so that IRS's response to Arctic Cat's and Suzuki's Motion for Partial Summary Judgment Based on *Res Judicata* and Legal Estoppel is not due the day after that Holiday, a date upon which IRS's counsel's office is closed, and that the time for any Reply would likewise be extended;

NOW, THEREFORE, the parties hereby request and stipulate to modification of the Pretrial Order to extend the time for IRS to respond to Arctic Cat's and Suzuki's Motion for Partial Summary Judgment Based on *Res Judicata* and Legal Estoppel until Wednesday, December 3, 2003, and that Arctic Cat and Suzuki will have until December 12, 2003 to file any reply.

Pursuant to Local Rule 16.3, the parties submit that the parties have been diligent in complying with the Court's prior Scheduling Order, but the parties believe that good cause exists for modifying the Court's prior Scheduling Order in light of the upcoming Holidays.

**WHEREFORE**, for the foregoing reasons, the parties respectfully submit that good cause has been shown for modifying the Pretrial Schedule as requested.

Dated: November , 2003

McDERMOTT, WILL & EMERY

Anthony de Alcuaz
Robert J. Blanch
Richard Cauley
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000

and

David P. Pearson (#84712)
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3400
Minneapolis, MN 55402-4629
Telephone: (612) 604-6892

*Attorneys for Defendants and Counterclaimants Injection Research Specialists, Inc. and Pacer Industries, Inc.*

Dated: November 18, 2003

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Annamarie A. Daley
Andrew W. Horstman
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: (612) 349-8500

*Attorneys for Plaintiff and Counterdefendant Arctic Cat, Inc.*

Dated: November 14, 2003

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER L.L.P.

Thomas J. Jenkins
Bruce C. Zotter
1300 I Street, N.W.
Washington, DC 20005-3315
(202) 408-4000

*Attorneys for Defendant and Counterclaimant Suzuki Motor Corporation*

Dated: November , 2003

McDERMOTT, WILL & EMERY

______________________________
Anthony de Alcuaz
Robert J. Blanch
Richard Cauley
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000

and

David P. Pearson (#84712)
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3400
Minneapolis, MN 55402-4629
Telephone: (612) 604-6892

***Attorneys for Defendants and Counterclaimants Injection Research Specialists, Inc. and Pacer Industries, Inc.***

Dated: November ____, 2003

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

______________________________
Annamarie A. Daley
Andrew W. Horstman
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: (612) 349-8500

***Attorneys for Plaintiff and Counterdefendant Arctic Cat, Inc.***

Dated: November 14, 2003

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER L.L.P.

______________________________
Thomas J. Jenkins
Bruce C. Zotter
1300 I Street, N.W.
Washington, DC 20005-3315
(202) 408-4000

***Attorneys for Defendant and Counterclaimant Suzuki Motor Corporation***

Dated: November 17, 2003

McDERMOTT, WILL & EMERY

Anthony de Alcuaz
Robert J. Blanch
Richard Cauley
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000

and

David P. Pearson (#84712)
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3400
Minneapolis, MN 55402-4629
Telephone: (612) 604-6892

***Attorneys for Defendants and Counterclaimants Injection Research Specialists, Inc. and Pacer Industries, Inc.***

Dated: November ____, 2003

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

______________________________

Annamarie A. Daley
Andrew W. Horstman
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: (612) 349-8500

***Attorneys for Plaintiff and Counterdefendant Arctic Cat, Inc.***

Dated: November ____, 2003

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER L.L.P.

______________________________

Thomas J. Jenkins
Bruce C. Zotter
1300 I Street, N.W.
Washington, DC 20005-3315
(202) 408-4000

***Attorneys for Defendant and Counterclaimant Suzuki Motor Corporation***

IT IS SO ORDERED:

Dated: November ____, 2003

THE HONORABLE RAYMOND ERICKSON
UNITED STATES DISTRICT MAGISTRATE JUDGE

For Immediate Release
October 30, 2003

# PRESS RELEASE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
300 South Fourth Street, Suite 202, Minneapolis, Minnesota
Contact: Richard D. Sletten, Clerk, (612) 664-5026

## FEDERAL COURT AMENDS LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the approval, of amendments to its local rules of practice recommended by the Court's Federal Practice Committee chaired by Minneapolis Attorney Jeff Keyes of the Briggs and Morgan law firm.

Local Rules 67.1 and 83.11 amendments:

### LR 67.1 MONEY PAID INTO COURT

Unless otherwise ordered by the Court, all monies coming into the registry of this Court shall be deposited in an interest bearing account in a depository approved by the Treasurer of the United States, subject to withdrawl by checks drawn by the Clerk of Court pursuant to orders of the Court. The Clerk of Court shall deduct from the income earned on the investment a registry fee, as set by the Director of the Administrative Office of the United States Courts. The fee will be deducted when funds are withdrawn and distributed. For further registry fee information, refer to the Guide to Judiciary Policy and Procedures Chapter VII, Financial Management, Part I, Registry Funds.

### LR 83.11 DIVISIONS, OFFICES OF THE CLERK, CALENDARS

(a) Divisions. The State of Minnesota constitutes one judicial district, divided into six divisions. Cases in this District are assigned to particular divisions and particular judges pursuant to the Order for Assignment of Cases that has been adopted by the Judges of the District Court. The Order for Assignment of Cases may be modified from time to time as the District Court Judges see fit.

(b) Offices of the Clerk. The Clerk of Court maintains offices in St. Paul, Minneapolis, and Duluth. The St. Paul, Minneapolis and Duluth offices are open from 8:00 a.m. to 5:00 p.m. All offices are open Monday through Friday, with the following exceptions: New Year's Day; Martin Luther King, Jr.'s Birthday; President's Day; Memorial Day; Independence Day; Labor Day; Columbus Day; Veterans Day; Thanksgiving Day; and Christmas Day.

The files for matters pending before the Court are maintained in the office in the division to which the case is assigned. However, papers relative to any case may be filed in any office.

(c) Calendars. The Court operates on an individual calendar system. Judges in active service are assigned and assume responsibility for their proportionate

share of the total cases filed in the district. Inquiries as to motions, probable trial date, or other matters having to do with a particular case may be addressed to the deputy clerk serving as calendar clerk for the Judge to whom the case has been assigned.