# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

417 Federal Building
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

202 U.S. Courthouse
515 West. First Street
Duluth, MN 55802
(218) 529-3500

December 2, 2003

Ms. Jan Horbaly, Clerk
Court of Appeals for the Federal Circuit
National Courts Building
717 Madison Place NW, Room 401
Washington, DC 20439

RE: District Court Civil Case #: 01-543 MJD/RLE
Eighth Circuit Case #:
Case Caption: Arctic Cat, Inc. vs. Injection Research Specialists, Inc.

Dear Ms. Horbaly:

Enclosed, please find one certified copy of each of the following (except for the documents marked with an asterisk (*)):

☐ Federal Circuit Appeal Information Sheet *
x Notice of Appeal
x☐ Pleading(s) being appealed
x Docket entries
☐ Other:

The Statutory filing fee has:

x☐ been paid. Receipt number: 429767
☐ not been paid:
- ☐ USA appealed
- ☐ In Forma Pauperis
- ☐ Fee wasn't included with the appeal
- ☐ Motion Pending
- ☐ Other:

Please acknowledge receipt of these documents by returning the enclosed copy of this letter.

Sincerely,

RICHARD D. SLETTEN, CLERK

BY: Julie Rustad
Deputy Clerk

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

☒ United States District Court for the District of Minnesota

☐ United States Court of International Trade

☐ United States Court of Federal Claims

☐ United States Court of Appeals for Veterans Claims

Type of Case: Patent Infringement

Arctic Cat, Inc. v. Injection Research Specialist, Inc.
Pacer Industries, Inc.

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order or opinion.)

Docket No. 01-543 MJD/RLE Date of Judgment / Order 11/17/03 & 10/28/03

Cross or related appeal? No Date of Notice of Appeal 11/24/03

Appellant is: ☐ Plaintiff x Defendant ☐ Other defts.

FEES: Court of Appeals docket fee paid? ☐ Yes ☐ No

U.S. Appeal? ☐ Yes ☐ No

In forma pauperis? ☐ Yes ☐ No

Is this matter under seal? ☐ Yes ☐ No

COUNSEL: (List name, firm, address and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

| | | |
|---|---|---|
| Arctic Cat, Pltf. | Robins Kaplan Miller, & Ciresi 2800 LaSalle Plz; 800 LaSalle Ave.; Mpls., MN 55402-2015 (612) 349-8500 | Andrew Walter Horstman<br>Annamarie Audrey Daley<br>Stacie Elizabeth Oberts |
| Injection Research Specialists, Inc., Deft. | Winthrop & Winestine 225 S 6th St Ste 3500 Mpls., MN 55402-4629 (612) 604-6400 | Steven C. Tourek<br>David P. Pearson<br>Tiffany Ann Blofffield |
| Pacer Industries Inc., Deft. | Winthrop & Winestine (see above) | Same as above |

Court Reporter (name and telephone): None

IMPORTANT: Attach a copy of the judgement or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| ARCTIC CAT, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,<br><br>Defendant. | Case No. ________________<br><br>Dist. Court Case No. 01-CV-543 MJD/RLE |
| INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES INC., a Missouri corporation,<br><br>Counterclaimants,<br><br>v.<br><br>ARCTIC CAT, INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,<br><br>Counterdefendants. | |

**NOTICE OF INTERLOCUTORY APPEAL TO**
**THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

PLEASE TAKE NOTICE THAT defendants and counterclaimants, Injection Research Specialists, Inc. and Pacer Industries, Inc., (collectively "Injection Research") hereby appeal to the United States Court of Appeals for Federal Circuit from the following:

1. The Order dated October 24, 2003 affirming that portion of the Magistrate Judge's August 26, 2003 Order granting, in part, Suzuki Motor Corporation's motion to compel production of documents relating to infringement testing conducted by Injection Research;

3
CERTIFIED 11-24-2003
Richard D. Sletten, Clerk
BY JR
Deputy Clerk

413

FILED 11-24-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK JR

2. The Order dated November 14, 2003 affirming the Magistrate Judge's September 30, 2003 Order granting, in part, Suzuki Motor Corporation's and Arctic Cat, Inc.'s motions to compel disclosure of privileged communications regarding precursor patent applications to U.S. Patent Re. 34,803; and

3. All orders and proceedings encompassed by and leading up to the above Orders.

Dated: November 24, 2003

McDERMOTT, WILL & EMERY

Robert J. Blanch

Anthony de Alcuaz
Robert J. Blanch
Richard F. Cauley
3150 Porter Driver
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000

and

David J. Pearson (#84712)
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3400
Minneapolis, MN 55402-4629
Telephone: (612) 604-6892

***Attorneys for Defendants and Counterclaimants Injection Research Specialists, Inc. and Pacer Industries, Inc.***

MPK 69001-1.054249.0012

**AFFIDAVIT OF SERVICE**

STATE OF MINNESOTA )
)
COUNTY OF HENNEPIN )

*Re:* *Arctic Cat, Inc. v. Injection Research Specialists, Inc. and Pacer Industries, Inc.*
Civil Case No. 01-cv-543 (MJD/RLE)

Wayne Marshall, of the City of Minneapolis, County of Hennepin, in the State of Minnesota, being duly sworn, says that on the 24th day of November, 2003, he served the following documents:

**Notice of Interlocutory Appeal to the United States Court of Appeals for the Federal Circuit**

upon the offices of the individuals listed below:

Annamarie A. Daley
Robins Kaplan Miller & Ciresi
2800 LaSalle Plaza; 800 LaSalle Avenue
Minneapolis, MN 55402

William F. Forsyth
Henson & Efron, P.A.
220 South Sixth Street, Suite 1800
Minneapolis, MN 55402

by handing to and leaving with Ricmelle Koserin of Robins Kaplan Miller & Ciresi and Rene Burgess of Henson & Efron, P.A. and by facsimile transmission and federal express to:

Thomas H. Jenkins
Finnegan, Henderson, Farabow, Garrett & Dinner, LLP
1300 1 Street N.W.
Washington, D.C. 20005-3115

attorneys for Arctic Cat, Inc. and Suzuki Motor Corporation, a true and correct copy thereof.

Wayne W. Marshall

Subscribed and sworn to before me
this 24th day of November, 2003.

Margareth Rodewald
Notary Public

MARGARET M. RODEWALD
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

2077355v1