IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

ORIGINAL

| | |
|---|---|
| ARCTIC CAT, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,<br><br>Defendant. | No. 01-CV-543 MJD/RLE |
| INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES INC., a Missouri corporation,<br><br>Counterclaimants,<br><br>v.<br><br>ARCTIC CAT, INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,<br><br>Counterdefendants. | |

**[PROPOSED] ORDER**

**REQUEST FOR LEAVE TO FILE REPLY AND REPLY TO ARCTIC CAT'S AND SUZUKI'S OPPOSITIONS TO IRS'S MOTION FOR STAY OF THIS COURT'S NOVEMBER 14, 2003 AND OCTOBER 24, 2003 ORDERS PENDING APPEAL**

This matter is before the Court on Defendants' and Counterclaimants' Injection Research Specialists, Inc.'s and Pacer Industries, Inc.'s Request for Leave to File Reply and Reply to Arctic Cat's and Suzuki's Oppositions to IRS's Motion for Stay of this Court's November 14,

DEC 09 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2003 and October 24, 2003 Orders Pending Appeal. Based on the evidence of record, the motion papers submitted, and the arguments of counsel,

**IT IS HEREBY ORDERED:**

That Defendants' and Counterclaimants' request is granted. Accordingly:

(1) Defendants, Injection Research Associates, Inc. and Pacer Industries, Inc. are permitted to File the Reply submitted on December 3, 2003.

Dated: 12·8·03

Michael J. Davis

Honorable Michael J. Davis
United States District Judge