ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ARCTIC CAT INC.,

Civ. No. 01-543 (MJD/RLE)

Plaintiff,

vs.

INJECTION RESEARCH
SPECIALISTS, INC., et al.,

Defendants,

and

INJECTION RESEARCH
SPECIALISTS, INC., et al.,

Counterclaimants,

vs.

ARCTIC CAT INC., et al.,

Counterdefendants.

---

**STIPULATED MOTION AND ORDER TO MODIFY THE PRETRIAL SCHEDULE RE: RESPONSES TO SUMMARY JUDGMENT MOTIONS FILED ON OR BEFORE DECEMBER 22, 2003**

---

The parties hereby request and stipulate to modification of the Pretrial Order to extend the deadline for the parties to respond to dispositive motions filed on and/or between December 8 and December 22, 2003.

WHEREAS, the parties have agreed that due to holiday schedules and travel that the parties would extend to each other one additional week to respond to any summary judgment motions filed on and/or between December 8 and December 22, 2003;



455

J.H.

NOW, THEREFORE, the parties hereby request and stipulate to modification of the Pretrial Order to extend the time by one week for the parties to respond to any dispositive motion filed on and/or between December 8 and December 22, 2003.

Pursuant to Local Rule 16.3, the parties believe that good cause exists for modifying the Court's prior Scheduling Order in light of the upcoming Holidays.

WHEREFORE, for the foregoing reasons, the parties respectfully submit that good cause has been shown for modifying the Pretrial Schedule as requested.

Dated: December 18th, 2003.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Annamarie A. Daley (MN #158112)
Andrew W. Horstmann (MN #47259)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: (612) 349-8500

ATTORNEYS FOR ARCTIC CAT INC.

Dated: December 18, 2003.

MCDERMOTT, WILL & EMERY

Anthony de Alcuaz (pro hac vice)
Robert J. Blanch (pro hac vice)
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000

and

David P. Pearson (MN #84712)
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402-4629
Telephone: (612) (612) 604-6400
ATTORNEYS FOR DEFENDANTS INJECTION RESEARCH SPECIALISTS, INC. AND PACER INDUSTRIES, INC.

Dated: December 19, 2003.

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER L.L.P.

Thomas H. Jenkins

Thomas Jenkins (pro hac vice)
Bruce Zotter (pro hac vice)
1300 I Street N.W.
Washington, D.C. 2005-3315
Telephone: (202) 408-4000

and

William F. Forsyth (MN #31070)
HENSON & EFRON, P.A.
220 South Sixth Street, Suite 1800
Minneapolis, MN 55402
Telephone: (612) 339-2500

ATTORNEYS FOR SUZUKI MOTOR CORPORATION

**IT IS SO ORDERED**.

Dated this 22nd day of December, 2003.

**BY THE COURT:**

Raymond L. Erickson

Hon. Raymond Erickson
United States District Magistrate Judge