UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Arctic Cat, Inc., a
Minnesota corporation,

Plaintiff,

vs. NOTICE OF HEARING

Injection Research Specialists,
icn., a Colorado corporation,
and Pacer Industries, Inc., a
Missouri corporation,

Defendants. Civ. No. 01-543 (MJD/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 22nd day of January, 2004.

* * *

Pursuant to Title 28 U.S.C. §636(b)(1)(B), all of the following Motions are set for Hearing before the undersigned on **Monday, April 5, 2004, at 1:00 p.m.**, in Court Room 12W, United States Courthouse, 300 South Fourth St., Minneapolis, Minnesota.:

1. Arctic Cat's motion for partial summary judgment on invalidity and non-infringement of the '374 Patent [Docket No. 429];

2. Suzuki's motion for sanctions due to failure of IRS and Pacer to obey court orders [Docket No. 432];

3. Suzuki's motion for summary judgment on Champerty and Maintenance grounds [Docket No. 435];

JAN 22 2004

4. Pacer's motion for summary judgment concerning obviousness contentions on which Plaintiffs' expert rendered no opinion [Docket No. 443];

5. Pacer's motion for summary judgment that the bench systems developed by Cuyuna Engine Company and Arctic Cat do not anticipate any claim of US Patent No. re 34,803 [Docket No. 446];

6. Suzuki's motion for summary judgment on the invalidity of US Patent re. 34,803 under 35 USC 102(b) [Docket No. 449];

7. Arctic's motion for partial summary judgment dismissing all claims of counterclaimants against Arctic Cat for willful infringement [Docket No. 452];

8. Pacer's motion for partial summary judgment of willfulness [Docket No. 457];

9. Suzuki's motion for summary judgment on the basis of equitable estoppel and laches [Docket No. 464]; and

10. Arctic's motion to strike immaterial, impertinent and scandalous matter from IRS' opposition memorandum to summary judgment on champerty and maintenance grounds [Docket No. 492].

The parties' attention is directed to LR7.1(b), Civil Motion Practice.

BY THE COURT:

Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE