UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Arctic Cat Inc., a Minnesota corporation,

Plaintiff,

vs.

ORDER
Civ. No. 01-543(MJD/RLE)

Injection Research Specialists, Inc., a Colorado corporation, and Pacer Industries, Inc. a Missouri corporation,

Defendants,

and

Injection Research Specialists, Inc., a Colorado corporation, and Pacer Industries, Inc. a Missouri corporation,

Counterclaimants,

vs.

Arctic Cat Inc., a Minnesota corporation and Suzuki Motor Corporation, a Japanese corporation,

Counterdefendants.

---

This matter is before the Court upon Injection Research Specialists Inc.'s ("IRS") and Pacer Industries, Inc.'s ("Pacer") motion to stay Magistrate Judge Erickson's Order dated February 12, 2004 during the pendency of their appeal to the Federal Circuit Court of Appeals of the Court's prior Orders compelling production of privileged documents. The Federal Circuit Court of Appeals has since dismissed the appeal by

Order dated February 24, 2004, rending the motion to stay moot.

IT IS HEREBY ORDERED that the motion to stay the Order dated February 12, 2004 is DISMISSED AS MOOT.

Date: March 8, 2004

/s/ Michael J. Davis
Michael J. Davis
United States District Court