UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Arctic Cat Inc., a Minnesota corporation,

Plaintiff,

v.

ORDER
Civ. No. 01-543(MJD/RLE)

Injection Research Specialists, Inc., a Colorado corporation, and Pacer Industries, Inc. a Missouri corporation,

Defendants,

and

Injection Research Specialists, Inc., a Colorado corporation, and Pacer Industries, Inc. a Missouri corporation,

Counterclaimants,

v.

Arctic Cat Inc., a Minnesota corporation and Suzuki Motor Corporation, a Japanese corporation,

Counterdefendants.

---

This matter is before the Court upon Arctic Cat, Inc.'s appeal of Magistrate Judge Erickson's Order dated February 12, 2004. Arctic Cat seeks reversal of that part of the Order denying its motion to compel [Doc. No. 373].

The Court must modify or set aside any portion of the Magistrate Judge's Order found to be clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A); Fed. R.

Civ. P. 72(a); Local Rule 72.1(b)(2). Based on a review of the record and the submissions of parties, the Court concludes that the Magistrate Judge's Order is neither clearly erroneous or contrary to law.

IT IS HEREBY ORDERED that the Order dated February 12, 2004 [Docket No. 517] is AFFIRMED.

Date: March 18, 2004

/s/ Michael J. Davis
Michael J. Davis
United States District Court