**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 18th day of May 2004, I caused the following documents:

(1) ARCTIC CAT'S AND SUZUKI'S SUPPLEMENTAL REPLY BRIEF IN SUPPORT OF CLAIM CONSTRUCTION **FILED UNDER SEAL**; and

(2) DECLARATION OF CHRISTOPHER W. DAY IN SUPPORT OF ARCTIC CAT'S AND SUZUKI'S SUPPLEMENTAL REPLY BRIEF IN SUPPORT OF CLAIM CONSTRUCTION **FILED UNDER SEAL**

to be served by facsimile and Federal Express on:

Anthony de Alcuaz
Robert J. Blanch
McDERMOTT, WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304-1212

and by facsimile on:

David P. Pearson
WINTHROP & WEINSTINE, P.A.
Suite 3500
225 South Sixth Street
Minneapolis, MN 55402

ATTORNEYS FOR DEFENDANTS-COUNTERCLAIMANTS

Dated May 18, 2004

By: s/ William F. Forsyth
William F. Forsyth

227723.DOC