**STATE OF MINNESOTA**

**COUNTY OF HENNEPIN**

**AFFIDAVIT OF SERVICE**

**METRO LEGAL SERVICES**

Greg DeGrace, being duly sworn, on oath says: that on the 19th day of May, 2004, at 11:53 a.m. (s)he served the attached Arctic Cat's and Suzuki's Supplemental Reply Brief in Support of Claim Construction and Declaration of Christopher W. Day in Support of Arctic Cat's and Suzuki's Supplemental Reply Brief in Support of Claim Construction upon David P. Pearson therein named, personally at 225 South 6th Street, #3600, Minneapolis, County of Hennepin, State of Minnesota, by handing to and leaving with Chuck Archer, Office Clerk, an expressly authorized agent for service for said David P. Pearson, a true and correct copy thereof.

Subscribed and sworn to before me,
May 19, 2004.

Notary Public

Charge $25.00

Re: S882-36514