**AFFIDAVIT OF SERVICE**

STATE OF MINNESOTA )
)
COUNTY OF HENNEPIN )

*Re:* *Arctic Cat, Inc. v. Injection Research Specialists, Inc. and Pacer Industries, Inc.*
Civil Case No. 01-cv-543 (MJD/RLE)

**Wayne W. Marshall**, of the City of Minneapolis, County of Hennepin, in the State of Minnesota, being duly sworn, says that on the 14th of May, 2004, he served the following document:

1. Injection Research Specialists, Inc. and Pacer Industries, Inc.'s Objections to Evidence Submitted by Arctic Cat and Suzuki in Support of Motion for Summary Judgment of Non-Infringement of the '803 Patent;

2. Injection Research Specialists, Inc. and Pacer Industries, Inc.'s Objections to Evidence Submitted by Arctic Cat and Suzuki in Support of Motion for Summary Judgment of Invalidity of the '803 Patent;

3. Injection Research Specialists, Inc. and Pacer Industries, Inc.'s Opposition to Arctic Cat's and Suzuki's Motion for Summary Judgment of Non-Infringement of the '803 Patent **UNDER SEAL**;

4. Declaration of Jill Kastner in Support of Injection Research Specialists, Inc. and Pacer Industries, Inc.'s Opposition to Arctic Cat's and Suzuki's Motion for Summary Judgment of Non-Infringement of the '803 Patent **UNDER SEAL**;

5. Injection Research Specialists, Inc. and Pacer Industries, Inc.'s Opposition to Arctic Cat and Suzuki's Motion for Summary Judgment on the Invalidity of the '803 Patent Under 35 U.S. C. §103 **UNDER SEAL**;

6. Declaration of Michael S. Wilcox in Support of Injection Research Specialists, Inc.'s and Pacer Industries, Inc.'s Opposition to Arctic Cat's and Suzuki's Motion for Summary Judgment on the Invalidity of the '803 Patent Under 35 U.S.C. §103 **UNDER SEAL**;

7. Declaration of Dr. William B. Ribbens in Support of Injection Research Specialists, Inc.'s and Pacer Industries, Inc.'s Oppositions to Motions for Summary Judgment of Non-Infringement of the '803 Patent and on the Invalidity of the '8903 Patent under 35 U.S. C. §103; **UNDER SEAL.**

8. Declaration of Dr. Timothy Nantell in Support of Injection Research Specialists, Inc.'s and Pacer Industries, Inc.'s Oppositions to Motions for Summary Judgment of Non-Infringement of the '803 Patent and on the Invalidity of the '8903 Patent under 35 U.S. C. §103; **UNDER SEAL.**

SCANNED
MAY 19 2004
U.S. DISTRICT COURT MPLS

upon the offices of the individuals listed below:

Annamarie A. Daley
Robins Kaplan Miller & Ciresi
2800 LaSalle Plaza; 800 LaSalle Avenue
Minneapolis, MN 55402

William F. Forsyth
Henson & Efron, P.A.
220 South Sixth Street, Suite 1800
Minneapolis, MN 55402

by handing to and leaving at the offices of Robins Kaplan Miller & Ciresi and Henson & Efron, P.A. and by facsimile transmission and Federal Express to:

Thomas H. Jenkins
Finnegan, Henderson, Farabow, Garrett & Dinner, LLP
1300 "I" Street N.W.
Washington, D.C. 20005-3115
FAX: (202) 408-4400

attorneys for Arctic Cat, Inc. and Suzuki Motor Corporation, a true and correct copy thereof.

Wayne Marshall

Subscribed and sworn to before me
this 17th day of May, 2004.

Notary Public

MARGARET M. RODEWALD
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

2116612v1

WINTHROP & WEINSTINE

ATTORNEYS AND COUNSELORS AT LAW

RECEIVED
BY U.S. MAIL
2004 MAY 19 AM 9:32
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

May 14, 2004

David P. Pearson
(612) 604-6692
dpearson@winthrop.com

Clerk of U.S. District Court
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

**Re:** ***Arctic Cat, Inc. v. Injection Research Specialists, Inc. and Pacer Industries, Inc.***
Civil Case No. 01-CV-543 MJD/RLE

Dear Clerk of Court:

Enclosed for filing is the Affidavit of Service for the following documents served and filed on May 14, 2004:

1. Injection Research Specialists, Inc. and Pacer Industries, Inc.'s Objections to Evidence Submitted by Arctic Cat and Suzuki in Support of Motion for Summary Judgment of Non-Infringement of the '803 Patent;

2. Injection Research Specialists, Inc. and Pacer Industries, Inc.'s Objections to Evidence Submitted by Arctic Cat and Suzuki in Support of Motion for Summary Judgment of Invalidity of the '803 Patent;

3. Injection Research Specialists, Inc. and Pacer Industries, Inc.'s Opposition to Arctic Cat's and Suzuki's Motion for Summary Judgment of Non-Infringement of the '803 Patent **UNDER SEAL**;

4. Declaration of Jill Kastner in Support of Injection Research Specialists, Inc. and Pacer Industries, Inc.'s Opposition to Arctic Cat's and Suzuki's Motion for Summary Judgment of Non-Infringement of the '803 Patent **UNDER SEAL**;

5. Injection Research Specialists, Inc. and Pacer Industries, Inc.'s Opposition to Arctic Cat and Suzuki's Motion for Summary Judgment on the Invalidity of the '803 Patent Under 35 U.S. C. §103 **UNDER SEAL**;

6. Declaration of Michael S. Wilcox in Support of Injection Research Specialists, Inc.'s and Pacer Industries, Inc.'s Opposition to Arctic Cat's and Suzuki's Motion for Summary Judgment on the Invalidity of the '803 Patent Under 35 U.S.C. §103 **UNDER SEAL**;

7. Declaration of Dr. William B. Ribbens in Support of Injection Research Specialists, Inc.'s and Pacer Industries, Inc.'s Oppositions to Motions for Summary Judgment of Non-Infringement of the '803 Patent and on the Invalidity of the '8903 Patent under 35 U.S. C. §103; **UNDER SEAL.**

8. Declaration of Dr. Timothy Nantell in Support of Injection Research Specialists, Inc.'s and Pacer Industries, Inc.'s Oppositions to Motions for Summary Judgment of Non-Infringement of the '803 Patent and on the Invalidity of the '8903 Patent under 35 U.S. C. §103; **UNDER SEAL.**

Affidavit of Service to follow under separate cover. By copy of this letter, counsel of record have been served. Thank you for your assistance.

Very truly yours,

WINTHROP & WEINSTINE, P.A.

David P. Pearson
DPP:mmr
Enclosure
cc: Annamarie Daley (w/enclosure)
William Forsyth (w/enclosure)
Thomas Jenkins (w/enclosure)
2117814v1