**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

ARCTIC CAT INC., a Minnesota Corporation,

Plaintiff,

vs.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado Corporation, and PACER INDUSTRIES, INC., a Missouri Corporation,

Defendants,

and

INJECTION RESEARCH SPECIALISTS, INC., a Colorado Corporation, and PACER INDUSTRIES, INC., a Missouri Corporation,

Counterclaimants,

vs.

ARCTIC CAT INC., a Minnesota Corporation, and SUZUKI MOTOR CORPORATION, a Japanese Corporation,

Counterdefendants.

Civ. No. 01-543 (MJD/RLE)

---

**DECLARATION OF ANDREW W. HORSTMAN REGARDING REPLY MEMORANDUM IN SUPPORT OF ARCTIC CAT'S AND SUZUKI'S MOTION FOR SUMMARY JUDGMENT ON THE BASIS OF INVALIDITY OF THE '803 PATENT UNDER 35 U.S.C. § 103**

---

I, ANDREW W. HORSTMAN, declare:

I am one of the attorneys representing Arctic Cat Inc. in this matter. I make this Declaration of my own personal knowledge to identify pertinent documents from the record relating to Arctic Cat's and Suzuki's Reply Memorandum in Support of Arctic Cat's and Suzuki's Motion for Summary Judgment on the Basis of Invalidity of the '803 Patent Under 35 U.S.C. § 103. All of the documents attached as Exhibits to this Declaration are true and accurate copies of what they purport to be. If called as a witness, I could so testify:

***Exhibit S*** is a copy of the cover page and pages 6, 95, 241-243 and 270-271 from the transcript of the deposition of Gerhard A. Maier, July 24, 2003.

***Exhibit T*** is a copy of the cover page and pages 6, 48-50, 53-55, 63-64, 67-70, 166-168, 200-201 and 227-228 from the transcript of the deposition of James Nerstrom, August 14, 1995.

***Exhibit U*** is a copy of the cover page and pages 5, 54-56 and 62-63 from the transcript of the deposition of Richard Staerzl, February 6, 1996.

***Exhibit V*** is a copy of pages 1 and 5 from the transcript of the November 27, 1989 IRS telephone conversation with William O'Meara.

I declare, under the penalty of perjury, that the foregoing is true and correct.

Dated: May 21, 2004.

s/Andrew W. Horstman
ANDREW W. HORSTMAN