**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| ARCTIC CAT INC., a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INJECTION RESEARCH SPECIALISTS, INC., a Colorado Corporation, and PACER INDUSTRIES, INC., a Missouri Corporation,<br><br>Defendants. | Civil Action No. 01-CV-543 (MJD/RLE)<br><br>Hon. Michael J. Davis<br>Hon. Raymond L. Erickson (Magistrate) |
| INJECTION RESEARCH SPECIALISTS, INC., a Colorado Corporation, and PACER INDUSTRIES, INC., a Missouri Corporation,<br><br>Counterclaimants,<br><br>v.<br><br>ARCTIC CAT INC., a Minnesota Corporation, and SUZUKI MOTOR CORPORATION, a Japanese Corporation,<br><br>Counterclaim Defendants. | |

**DECLARATION OF CHRISTOPHER W. DAY IN SUPPORT OF ARCTIC CAT'S AND SUZUKI'S OPPOSITION TO IRS'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT OF THE '803 PATENT**

I, Christopher W. Day, declare that:

1. I am an attorney with the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., and one of the attorneys for Counterclaim Defendant, Suzuki Motor Corporation, in the above-captioned action. I submit this declaration in support of Arctic

Cat's and Suzuki's Opposition to IRS's Objections to Evidence Submitted in Support of Motion for Summary Judgment of No Infringement of the '803 Patent. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify as to each stated fact.

2. The attached Exhibits 1-6 are true and correct copies of:

Exhibit 1: pages 103-05 and 157-60 of Dr. Cuzzillo's Deposition Transcript dated January 21, 2004;

Exhibit 2: the videotape of snowmobile tests attached as Exhibit C to Dr. Cuzzillo's Expert Report dated June 17, 2003;

Exhibit 3: the videotape of the dry dyno laboratory tests attached as Exhibit D to Dr. Cuzzillo's Expert Report dated June 17, 2003;

Exhibit 4: the Daley Letter dated September 3, 2003;

Exhibit 5: the Wilcox Letter dated January 30, 2004; and

Exhibit 6: the Day Letter dated May 7, 2004.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 21, 2004

s/Christopher W. Day
Christopher W. Day