EXHIBIT INDEX

1. Excerpts from Dr. Cuzzillo's Deposition

2. Videotape of snowmobile tests attached as Exhibit C to Dr. Cuzzillo's Expert Report dated June 17, 2003 **(Filed Conventionally)**

3. Videotape of the dry dyno laboratory tests attached as Exhibit D to Dr. Cuzzillo's Expert Report dated June 17, 2003 **(Filed Conventionally)**

4. Daley letter dated September 3, 2003

5. Wilcox letter dated January 30, 2004

6. Day letter dated May 7, 2004