**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| ARCTIC CAT INC.,<br>a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,<br><br>Defendants. | Civil Action No. 01-CV-543 (MJD/RLE)<br><br>Hon. Michael J. Davis<br>Hon. Raymond L. Erickson (Magistrate) |
| INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,<br><br>Counterclaimants,<br><br>v.<br><br>ARCTIC CAT INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,<br><br>Counterclaim Defendants. | **NOTIFICATION OF CONVENTIONAL FILING** |

This filing is in conventional or physical form only, and is on file with the Clerk's Office. If you are a participant in this case, this filing will be served upon you in conventional format. This filing was not e-filed for the following reason(s):

____ Voluminous Document (PDF file size larger than the e-filing system allows)*

____ Unable to Scan Documents

____ Physical Object (description): **Exhibit 2 - Videotape of snowmobile tests attached as Exhibit C to Dr. Cuzzillo's Expert Report dated June 17, 2003**

____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

____ Item Under Seal*

____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

____ Other (description):

* Filing of these items requires Judicial Approval.

228050.DOC