*A Partnership Including*
*Professional Corporations*
3150 Porter Drive
Palo Alto, CA 94304-1212
650-813-5000
Facsimile 650-813-5100
www.mwe.com

Boston
Chicago
London
Los Angeles
Miami
Munich
New York
Orange County
Silicon Valley
Washington, D.C.

**MCDERMOTT, WILL & EMERY**

January 30, 2004

***VIA FACSIMILE***

Thomas H. Jenkins, Esq.
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
1300 I Street
Washington, DC 20005-3315

Re: Arctic Cat, Inc. v. Injection Research Specialists, Inc., et al.
Civil Action No.: 01-CV-543 MJD/RLE

Dear Mr. Jenkins:

I am writing regarding several issues related to Dr. Cuzzilo's recent deposition.

First, Dr. Cuzzillo referred to a collection of charts he brought as "Hioki data" and indicated that these had been previously forwarded to Suzuki's counsel. Please confirm that all such data has been produced, providing Bates numbers for that material.

Second, Dr. Cuzzillo testified that he had prepared several "dry dynos" to test engine operation. Please provide us a date on which we can inspect these devices and any other equipment that Dr. Cuzzillo has prepared or used in formulating his opinions.

Finally, in my letter of January 23, 2004, I inquired as to Dr. Cuzzillo's documents that Suzuki's counsel inspected and withheld based on third-party confidentiality. Please either produce a list of these documents or allow us to inspect them as you already have.

Sincerely,

Michael S. Wilcox

MSW/acl

cc: **(Via Facsimile)**
David P. Pearson, Esq.
William F. Forsyth, Esq.
Annamarie A. Daley, Esq.