FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

1300 I Street, NW ▪ Washington, DC 20005-3315 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

CHRISTOPHER W. DAY
202.408.6052
Christopher.Day@Finnegan.com

May 7, 2004

***By Facsimile***

Michael S. Wilcox, Esq.
McDermott, Will & Emery
3150 Porter Drive
Palo Alto, California 94304-1212

Re: IRS v. Arctic Cat and Suzuki
Civil Action No. 01-CV-543 (MJD/RLE)

Dear Mr. Wilcox:

This will confirm our receipt of your letter dated May 5, 2004.

The parties have agreed to conduct the inspection on Friday, May 14, 2004. We proposed to begin the inspection at 10:00 a.m. Please provide us with a check for $219.33 to cover half the expenses listed in the attached invoice for installing the 220 V circuit necessary to operate the representative dry dyno.

As previously discussed, we offered IRS ample opportunity to inspect the dry dynos and any other testing equipment identified in Dr. Cuzzillo's Expert Reports between April 27-29, 2004. The only reason the inspection did not occur at that time was because you had told us that Dr. Ribbens was not available until after May 10, 2004. If time was truly an issue, you could have videotaped the inspection for Dr. Ribbens' subsequent review.

We also continue to reserve our right to use all the materials referenced in Dr. Cuzzillo's Expert Reports at the upcoming hearings, if we choose to do so. These materials include the videos of the snowmobiles tests and the dry dyno tests that have been in your possession since June 2003. IRS could have used these materials to question Dr. Cuzzillo at his deposition, but it chose not to do so. Moreover, the Declaration that Dr. Cuzzillo submitted in support of the motion for summary judgment of no infringement states that

> These reports contain true and accurate descriptions of my experience, qualifications, the materials relied upon, the tests I have performed, and the general areas of testimony that I intend to offer at trial. I incorporate these Reports herein by Reference and specifically declare under penalty of perjury that everything I have stated in these reports is true and correct.

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

Cuzzillo Decl. dated Feb. 12, 2004 at ¶ 3 (emphasis added). There is thus no basis for excluding these materials from the upcoming hearings.

Sincerely,

Christopher W. Day

THJ/CWD:bp

cc: Annamarie A. Daley, Esq.
Bruce C. Zotter, Esq.

**T. Marshall Associates**
***"Better Lighting with Energy Savings"***

7074-D Commerce Circle
Pleasanton, Ca 94588
Phone 925-734-9999 Fax 925-734-9996
CA License: #664428

**INVOICE**

1. **DATE: 5/5/04**

   a. INVOICE # 13081

2.

**Bill To:**
Finnegan Henderson Law Offices
700 Hansen Way
Palo Alto, Ca 94304

**For:**
Electrical & Lighting Services

Terms: Net 30 days 1-1/2 interest charge per month on past due invoices.

| DESCRIPTION | II. QTY | PRICE EACH | AMOUNT |
|---|---|---|---|
| **A. Electrical & Lighting Services**<br><br>**Installed (1) new, dedicated 30-amp 220v circuit for new equipment (to be installed at future date) near/by paralegal offices. Installed (1) NEMA L6-30 receptacle in new 'cut-in' box. Made up panel and tested.**<br><br>**On site contact: Pat Joyce**<br><br>**Labor: $ 382.50 (4.5 hours @ $ 85.00 per hour)**<br>**Materials: $ 56.15** | | | |
| | | **TOTAL** | $ 438.65 |

**THANK YOU FOR YOUR BUSINESS!**