**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2004, I caused the following documents:

(1) Arctic Cat's and Suzuki's Opposition to IRS's Objections to Evidence Submitted in Support of Motion for Summary Judgment of No Infringement of the '803 Patent; and

(2) Declaration of Christopher W. Day in Support of Arctic Cat's and Suzuki's Opposition to IRS's Objections to Evidence Submitted in Support of Motion for Summary Judgment of No Infringement of the '803 Patent.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Anthony de Alcuaz
Robert J. Blanch
McDERMOTT, WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304-1212

David P. Pearson
WINTHROP & WEINSTINE, P.A.
Suite 3500
225 South Sixth Street
Minneapolis, MN 55402

ATTORNEYS FOR DEFENDANTS-COUNTERCLAIMANTS

Dated: May 21, 2004

s/William F. Forsyth
William F. Forsyth

228062.DOC