**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| ARCTIC CAT INC.,<br>a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INJECTION RESEARCH SPECIALISTS, INC.,<br>a Colorado Corporation, and<br>PACER INDUSTRIES, INC.,<br>a Missouri Corporation,<br><br>Defendants. | Civil Action No. 01-CV-543<br>(MJD/RLE)<br><br>Hon. Michael J. Davis<br>Hon. Raymond L. Erickson<br>(Magistrate) |
| INJECTION RESEARCH SPECIALISTS, INC.,<br>a Colorado Corporation, and<br>PACER INDUSTRIES, INC.,<br>a Missouri Corporation,<br><br>Counterclaimants,<br><br>v.<br><br>ARCTIC CAT INC.,<br>a Minnesota Corporation, and<br>SUZUKI MOTOR CORPORATION,<br>a Japanese Corporation,<br><br>Counterclaim Defendants. | |

**DECLARATION OF CHRISTOPHER W. DAY IN SUPPORT OF ARCTIC CAT'S AND SUZUKI'S REPLY TO IRS'S OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT OF THE '803 PATENT**

I, Christopher W. Day, declare that:

1. I am an attorney with the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., and one of the attorneys for Counterclaim Defendant, Suzuki Motor Corporation, in the above-captioned action. I submit this declaration in support of Arctic Cat's and Suzuki's Reply to IRS's Opposition to the Motion for Summary Judgment of No

Infringement of the '803 Patent. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify as to each stated fact.

2. The attached Exhibit 1 is a true and correct copy of:

Exhibit 1: pages 20-23 and 248-58 of Dr. Cuzzillo's Deposition Transcript dated January 21, 2004.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 21, 2004

s/Christopher W. Day
Christopher W. Day