EXHIBIT INDEX

1. Excerpts from Dr. Cuzzillo's Deposition