UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ARCTIC CAT, INC., a Minnesota Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INJECTION RESEARCH SPECIALISTS, INC., a Colorado Corporation, and PACER INDUSTRIES, INC., a Missouri corporation,<br><br>Defendants. | No. 01-CV-543 MJD/RLE |
| AND RELATED COUNTERCLAIMS. | |

CERTIFIED COPY

DEPOSITION OF BERNARD CUZZILLO, Ph.D.

Palo Alto, California

Wednesday, January 21, 2004

Reported by:
KELLI COMBS
CSR No. 7705
Job No. 49371

10:28:33 an authentically operating engine which is totally correctly operating in terms of all of its electronics.

So what it is literally is a -- is the real engine, but instead of running it under its own power, 10:28:58 powered by gasoline, instead of being rotated that way, it's actually rotated by an external electric motor whose speed is under control from a variable speed controller.

In this method we can very conveniently, 10:29:19 quickly and easily and accurately assess the operation of the fuel injection system because all of the electronics, including the sensors -- well, not so much the sensors, but certainly the rotational sensors and the ECU and the injectors are all actually fully 10:29:45 operational.

And in addition to that, for use when we are trying to measure flow rates, it's also very convenient for that purpose because the injectors can be pressurized with gasoline, and instead of that gasoline 10:30:01 going into the engine and being combusted, we can collect it and measure flow rates.

Q When you use the term "dry dyno," is that as opposed to a wet dyno or something else?

A We use the term "dry dyno" because it means 10:30:18 that it operates without gasoline, without oil, without

10:30:26 the exhaust gases coming out of it and with significantly reduced noise.

Q Now, when you're operating an engine in a dry dyno, are all of the sensors that usually give input to
10:30:38 the EFI system operational?

A They are operational in the sense that they are operational electrically, so some of them, for example, the temperature sensors in some -- well, in the case of the air temperature sensor, for example, in -- I
10:30:59 think in most of these experiments they just plugged it in, but in the case of the crank case temperature sensor, for example, I plugged in a resistor to represent a typical operating temperature for the crank case.

10:31:20 So those sensors are thermistors, which are just temperature-sensitive resistors. So in their place I substituted an ordinary nontemperature resistor of a value that represents a typical operational value.

Q And as to which sensors did you make this
10:31:43 replacement?

A Well, that would just be the -- the only ones that that applies to are the temperature sensors, which are the only ones that are not actually live sensors. With the possible exception of the air temperature
10:32:03 sensor because room air temperature is -- is reasonably

10:32:09 representative of the intake air temperature that it would normally sense. Those can be varied if necessary if there is some reason to do it.

For most of the tests that we are talking about here, 10:32:23 the temperature sensors actually don't have any effect because, for example, when we are talking about areas of zeros on the map, they are already zeros, so the modification coefficients associated with the temperature sensors are multiplied by zero anyway, so 10:32:44 there is actually no effect, but the resistor is plugged in anyway even in those cases so that you don't get an error code, and so then that way the ECU would start running in a -- in a fault mode, in other words, a bad sensor mode, which we don't want it to do.

10:33:06 Q Okay.

A The throttle position sensor, of course, is fully operational. In fact, the -- it's actually plugged in and left attached to the throttle body, so in fact, when the throttle position is changed, it's 10:33:30 actually on a complete throttle body, so the throttle body sensor is actually authentic off of the sled.

Q Okay.

Let's go back to the exhibit, please, 967. On the next page I think it is, but in any event, the 10:33:48 production page CUZ29263, about the middle of the page,

10:33:55 there is another reference to Mr. Huncilman, and it says "construction of exemplar."

Can you just tell me what that refers to, what the exemplar is or was?

10:34:04 A Sure. Let's see, I'm having trouble remembering exactly what we were doing that month.

The -- I know that what was going on during that time I see from my time here was we were producing the videotape that was just the -- the videotape

10:34:52 regarding how two-stroke cycle engines work, and part of that project had to do with a -- with some live video that wound up not getting used, but I did shoot some live video that used a -- a dry dyno engine from the previous case. It also used a cut-away engine from a

10:35:24 previous case, and that's a cut-away so that you can see the cross-section, you can see into the combustion chamber and see a cross-section of the flow ports that go into the crank case and into the combustion chamber and between the two.

10:35:44 So I think he was -- he must have been working on the same thing I was working on because the dates are the same, so I think it must have had to do with the exemplars that were used in that live action video.

Q What's an exemplar in that usage? Would it be

10:36:01 this dry dyno from the previous case or the

18:38:33 Q Well, there is no computation because under those operating conditions there is always a 200-microsecond delay, isn't there?

A Well, the processor still has to go through

18:38:42 the process of delaying of counting out the 200 microseconds before it starts injection.

Q Okay.

So counting is the same thing as calculating or computing?

18:38:52 A Well, sure. It's gotta count down from 200 microseconds somehow to count out time.

Q Okay.

And with respect to those operational situations in which there is only this 200-microsecond

18:39:11 delay applied, your opinion is that that's a computed injection timing that excludes it from the scope of the claims based upon the understanding of the claims you have been given by counsel; is that right?

A Well, I think just for the reasons given, it's

18:39:35 under a microprocessor control. It's -- it is a fixed delay and not a delay that's determined from interpolation of lookup table values, so to that extent it's computed.

Q Well, it's a fixed delay, not a computed

18:39:55 delay, right?

18:39:56
A It's a fixed delay, but the microprocessor has to implement the delay. In other words, it's not a hardware delay, for example, that's simply caused by a propagation delay or the delay that we've been talking about which is caused by the length of time needed to generate enough current to generate enough magnetic field to pull the valve off the seat.
18:40:15
Q Okay.
In the disclosure of the '803 patent, is there any embodiment disclosed in which the microprocessor has to do any counting or calculation the way you're now using the word?
18:40:37
A Well, it has to count out the length of the injection pulse --
Q All right. With respect to --
18:40:52
A -- presumably anyway.
Q Okay.
But more specifically, is there any embodiment disclosed in the '803 patent in which injection timing would be counted, and therefore, computed, to use your present definition?
18:41:07
A Well, I suppose it could be if we take the -- the -- that Claim 3 element that we were talking about and you take it into -- in complete isolation of from the file wrapper. But that's not a valid way to
18:41:28

18:41:31 interpret the claim. So if you interpret it validly, I think the answer is no.

Q Okay.

Did you look at the portion of the

18:41:38 specification of the '803 patent where there is a multi-cylinder embodiment disclosed at any time?

A Yes.

Q Okay.

In that multi-cylinder embodiment, isn't it

18:41:49 true that there would have to be counting accomplished so that the injection timing would occur at the desired time as it's disclosed? Isn't that right?

A I presume so.

Q Okay.

18:42:07 So in that embodiment, the system would have to count three cycles to know, okay, there is three cylinders, I'm going to do this once every three times, and that's to your way of thinking computation, but it's not within the claims, right?

18:42:23 A That's right. Not in light of the prosecution history.

Q Okay.

So this is another embodiment that's disclosed in the patent that you think in light of the prosecution

18:42:35 history is excluded from the scope of the claims?

18:42:36
A Well --
Q Is that right?
A I think the discussion in Okumura -- or about Okumura in the prosecution history is their thinking in
18:42:50
terms of the timing for an individual cylinder, so if you have sequential injection for each cylinder, and therefore, you have to do computation to time each cylinder, I think that the intention of the applicant was that those are supposed to be differentiated from
18:43:25
Okumura because the timing is essentially fixed aside from hardware delays.
Q Okay. So --
A So, in other words, if you have fixed injection timing other than some hardware delay, he
18:43:43
distinguished that from Okumura.
Q And in answer to my question, that would mean that the embodiment of the multiple cylinder embodiment where you have to do the calculation to determine injection timing would fall outside the claims, to your
18:43:57
way of thinking, right?
A Well, I think that's a -- that's a different operation from what we are talking about here because we are talking about 200-milliseconds delay from a reference point within the cycle, and you're talking
18:44:19
about counting out time from a single fixed revolution

18:44:26 reference point to get to the same fixed timing on all of the cylinders of a multi-cylinder engine.

Q All I'm asking you right now is in that multi-cylinder embodiment where you have to count some
18:44:41 cycles before you send the injection timing signal, is that within or without the scope of the claims as you interpret them?

A I think that --

Q "Yes" or "no"?

18:44:52 A -- in that case his distinction from -- that what he's describing would -- as distinct from Okumura would be true, even though it's using the microprocessor to figure out when that fixed point is in the cycle of the multi-cylinder engine.

18:45:16 Q So that multiple cylinder engine as it's disclosed, does that fall inside or outside the scope of the claims as you understand it and interpret them?

A That falls within the claim.

Q And the distinction is that it's counting but
18:45:32 it's not calculating?

A It's calculating, but it's only calculating for the purpose of reaching a fixed point in the cycle.

Q So there can be some calculation in the claimed invention but just not a lot?

18:45:49 A It's a -- it's a computation for a different

18:45:53 purpose.

Q Okay.

But there can be some counting, and therefore, calculation, and still fall within the scope of the claims; is that your testimony now?

18:46:01

A I suppose so. Sure.

Q Thank you.

When you were looking at this variable injection -- sorry, the computed injection timing issue, did you look at the source code for the Kokusan products?

18:46:08

A I had one example of it, yes.

Q What example did you look at?

A I don't recall which one it was.

18:46:24 Q Okay.

Do you remember what the code was? Do you remember where it came from? Do you remember how many lines it was? Do you remember anything about what you looked at?

18:46:37 A Sure. It was a stack of paper written in assembly and printed on special paper.

Q And did looking at that source code tell you anything about whether there was computed injection timing?

18:46:53 A I didn't check the source code to verify

18:46:59 computed injection timing, no. That's what I did the experiments for.
Q Okay.
A And that's what we see in the Figures 1
18:47:06 through 4 of the report.
Q Okay.
So the source code didn't -- doesn't affect your opinion, and you didn't consider the source code in any way in forming your opinions concerning computed
18:47:17 injection timing, right?
A Right. What I did was I looked at the specifications and compared those to the actual performance of the engine and verified that there was a concordance between the two, and specifically that
18:47:40 between 2,000 and 4,000 RPM there is a significant and variable delay in that range.
Q Okay.
Looking at your Table 4, some engines that you indicate there have what you're describing as computed
18:48:02 injection timing, right?
A Table 4?
Q Right.
A Correct.
Q Are they the ones with the check?
18:48:18 A Yes, they are.

18:48:19 Q Okay.

Under what conditions of RPM and throttle angle does computed injection timing occur in the engines with the check in Table 4?

18:48:28 A The -- well, the biggest variation in injection timing occurs between the 2,000 and 4,000 range in which there is -- in which the lookup table numbers are nonzero.

Q In other circumstances outside of the 2,000 to 18:48:53 4,000 RPM range, the lookup table values are zero?

A Well --

Q In other words, there is no computed time delay outside of 2,000 to 4,000 RPM?

A Approximately that's true. I think there 18:49:12 is --

MR. JENKINS: You mean other than the fixed time delay?

THE WITNESS: Other than the fixed time delay, that's approximately true, and I think in the 18:49:20 specifications it specifies that the delay, other than the 200 milliseconds, only occurs from 2,000 to 4,000, and I think there is -- it's a little bit ambiguous about exactly where the border is because at 2,000 you have got a nonzero value, and then -- I mean, sorry, at 18:49:41 4,000 you have a nonzero value, and then at 2500 you

18:49:45 have got zero. So I'm not sure exactly what's happening between 4,000 and 4,500, whether that's interpolated there or the algorithm cuts it off because it's over 4,000.

18:50:02 BY MR. de ALCUAZ:

Q Okay.

Under what operating engine conditions is this fixed delay in place?

A I believe -- well, I'm going to have to pull
18:50:12 out the specification and take a look, but I think it's under -- well, based on the experimental evidence, it looks like that goes up at least to around 6,000, and I didn't take data beyond that.

Q Okay.

18:50:37 And looking at your Figures 1 through 4, what there tells that you that's the case, Doctor?

A Well, because in Figure 1 we have got a -- we have got a straight line that's computed as a 200-microsecond delay from a 72-degree before TDC fixed
18:51:05 timing. So in other words, the straight line would be the ideal performance if it were just a 200-microsecond delay.

Q Now, I notice when there is this fixed 200-microsecond delay that the angle changes between --
18:51:27 it's hard to see, but it's roughly 70 and what,

18:51:31 65 degrees or something like that?

What causes that change when you have the fixed 200-microsecond delay and RPM increases? Is that the natural variation in timing caused by the inherent delay?

18:51:42 A Well, see, what the -- what the straight line is showing you is what just 200 microseconds alone would -- would cause, what kind of variation that would cause, right? So that's exclusive of hardware delay.

18:52:05 Q Okay. All right.

Did you make any effort to determine what percent of the operating time of one of these engines in use is spent in a mode in which there is a computed injection timing other than just the fixed delay?

18:52:27 A I don't know in terms of percent, but it's a -- it's an important region because that's where the engine is coming up off of idle, the clutch is engaging, and you're getting into the power region, so it's got to be able to get through that region gracefully.

18:52:48 Q Okay.

But you can't tell me as a percentage of the operating time of the machines as they are used what percentage of time that starting-up time involves?

A No, but in typical operation, you know, I

18:53:04 don't know about the percentage, but you go through that

18:53:08 region.

Q In typical operation you go through the region?

A Sure, because it's between idle and the power

18:53:17 region.

MR. de ALCUAZ: Let me show you something here. Let's mark as next what I understand to be a copy of a control specification.

(Defendants' Exhibit No. 980

18:53:26 marked for identification.)

BY MR. de ALCUAZ:

Q Looking at Exhibit 980, can you tell me based upon your prior review of that what it is?

A Well, this is the untranslated version of the

18:54:06 control specification, it looks like, for a 700-EID.

Q Now, looking at the page in Exhibit 980 that's marked S0105831, I'll have a question or two for you.

MR. JENKINS: You want him to read the Japanese version as opposed to the English version?

18:54:38 MR. de ALCUAZ: Yeah, because I'm just going to ask about the numbers.

MR. JENKINS: Seems to me like it would be helpful for him to be looking at the English version.

MR. de ALCUAZ: If the witness needs to do so

18:54:47 to answer the questions, he can tell me.