**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ARCTIC CAT INC., a Minnesota Corporation,

Plaintiff,

vs.

Civil Action No.: 01-CV-543 MJD/RLE

INJECTION RESEARCH SPECIALISTS, INC., a Colorado Corporation, and PACER INDUSTRIES, INC., a Missouri Corporation,

Defendants,

and

INJECTION RESEARCH SPECIALISTS, INC., a Colorado Corporation, and PACER INDUSTRIES, INC., a Missouri Corporation,

Counterclaimants,

vs.

ARCTIC CAT INC., a Minnesota Corporation, and SUZUKI MOTOR CORPORATION, a Japanese Corporation,

Counterdefendants.

---

**ARCTIC CAT'S AND SUZUKI'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF CLAIM CONSTRUCTION**

---

Pursuant to the Court's verbal Order of May 25, 2004, Arctic Cat and Suzuki submit the attached transcript from the *Polaris* claim construction hearing.

Dated: May 26, 2004

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By s/Annamarie A. Daley

Annamarie A. Daley (MN #158112)
Andrew W. Horstmann (MN #47259)
Aaron A. Myers (MN # 0311959)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

ATTORNEYS FOR ARCTIC CAT INC.,
A MINNESOTA CORPORATION

HENSON & EFRON, P.A.

By s/William F. Forsyth

William F. Forsyth (MN #31070)
220 South Sixth Street
Suite 1800
Minneapolis, MN 55402-4503
Telephone: (612) 339-2500
Facsimile: (612) 339-6364

and

Thomas H. Jenkins (Pro Hac Vice)
Bruce C. Zotter (Pro Hac Vice)
Christopher Day (Pro Hac Vice)
Finnegan, Henderson, Farabow, Garrett & Dunner L.L.P.
1300 I Street N.W.
Washington, D.C. 20005-3315
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

ATTORNEYS FOR SUZUKI MOTOR CORPORATION