A. It's a prime example of such a system.

Q. Did you have any personal work experience in engine technology?

A. Yes, I did. Besides being an automotive mechanic, I worked for a total of five and a half years for Chevron Research Company in the engine laboratory developing engine tests, and my title was research engineer.

Q. In those work -- in your personal experience working on engines, did you ever have an opportunity to work with fuel injected engines?

A. Yes, I have.

MR. SANTISI: Offer Mr. Cuzzillo as an expert on internal combustion engines and electronic fuel injection systems.

THE COURT: You before said engine technology.

MR. SANTISI: Engine technology. I'm sorry, your Honor.

THE COURT: Unless there is anything further, the Court will accept Mr. Cuzzillo as an expert witness able to give opinion evidence. He is an expert, of course, in mechanical engineering, engine technology; and I think sufficient has been stated in the area of electronic fuel injection. If there is something that comes up with the particular engines that we have in question here, then there can be an objection made.

But the Court will accept him as an expert.

MR. SANTISI: Thank you, your Honor.

BY MR. SANTISI:

Q. Mr. Cuzzillo, are you familiar with the Polaris engines which are at issue in this lawsuit?

A. Yes, I am.

Q. And what types of engines are they?

A. The two-cylinder engine and the three-cylinder engine.

Q. And are they two-stroke-cycle engines?

A. Yes. Both are.

Q. How did you become familiar with those engines?

A. Through extensive testing of both engines while they were in complete operational snowmobiles, as well as testing of the engines alone while they were on such an operational exhibit as we see before us.

Q. Did you have an opportunity to take the engines apart?

A. Yes, I did.

Q. Could you broadly describe the parts and how they function and a sample of the engine which happens to be a two-cylinder engine?

A. Yes, I can. And if I may, your Honor, I'd like to step down.

THE COURT: Go ahead. Just keep your voice good and loud.

THE WITNESS: Okay.

We have actually four forms of exhibits by which we're going to explain the way the engine works. We have raw engine parts, we have a partially dismantled engine, and then we have the operational exhibit; but we also have a videotape that shows in a way that you can't physically visualize without the aide of an animation the functioning of the engine.

MR. SANTISI: Your Honor, would you prefer stepping down while he describes --

THE COURT: I can see very well. Thank you.

MR. SANTISI: Thank you.

THE WITNESS: Okay. Basically, we're going to cover the engine parts from the inside out; and then we're going to cover the air and gas flow through the engine.

This is the piston that you heard about this morning. The piston is connected via the connecting rod to the crankshaft. The piston goes up and down in a cylinder, and I can show you that here on the partially dismantled engine. As I rotate the engine, the piston goes up and down.

That up-and-down motion is converted to rotary motion by the crankshaft; and so the position of the piston, the motion of the piston, is controlled by that rotation. And so that's why later on we'll talk about crank angle and -- and crank angle is so important because that controls the position of the piston. And the position of the piston, as we'll see in a second, is important to the operation of the engine.

One thing I'd like to point out while I'm holding the crankshaft is that the reference position for crank angle is called TDC, which is the position in which the way I'm holding it -- in which the piston is at the uppermost portion of its travel, and the crank pin and the connecting rod are all lined up.

BY MR. SANTISI:

Q. And what do the initials TDC stand for?

A. TDC stands for top dead center, and it simply means that's where the piston is at the top of its travel.

And in terms of crankshaft rotation, it's analogous to 12:00 on a clock. That's simply the reference position from which crank angle is measured.

THE COURT: I'm just wondering if Mr. Niro wanted to have Mr. Chasteen come up so he could see better.

MR. RAYMOND NIRO: That would be very helpful, your Honor.

THE COURT: He could sit over here at your table.

MR. RAYMOND NIRO: Thank you.

THE COURT: Are you able to see from where you are?

MR. RAYMOND NIRO: Not really, I'm not.

THE COURT: If you want to shift your positions, feel free to do so.

MR. RAYMOND NIRO: Would it be possible to stand in this area, or do you prefer not?

THE COURT: Yeah. You can move this back and maybe come around the table.

Okay. Continue.

THE WITNESS: That's basically what's called the power assembly of the engine, the piston connecting rod, the cylinder.

We can see this -- these pistons because the cylinder head has been removed.

The next, moving toward where the air and the fuel is -- where it's drawn in to the engine, the air is drawn.

BY MR. SANTISI:

Q. Turn it to the Judge.

A. The air is drawn through these parts, which are throttle bodies; and the reason they're called "throttle bodies" is because the -- there are two valves in the throttle body which are called throttles. Those are the copper colored plates.

That is what the operator uses to control the air flow through the engine; so at this point, just plain air is being drawn into the engine.

Next, but also in the throttle bodies, fuel is injected, as you heard about this morning. It's injected using an injector; and an injector is basically an electrically controlled valve in which a fuel at a constant pressure is supplied to it. An electrical signal simply tells it whether to turn on or off. Like a light bulb, it's either on or off.

And out at the other end is a nozzle which forms a spray pattern, which it's in the process of injecting.

The two injectors are located -- are -- spray into throttle bodies, and so in the engine they're actually located right here and here, one for each cylinder.

And also, I didn't mention, but we're only looking at the two-cylinder engine here; so throughout the exhibit we'll be looking at the same Polaris two-cylinder engine.

Q. Is there any difference between the two-cylinder and three-cylinder engine in operation?

A. In principle, the only difference is that there is an additional cylinder.

Now, at this point, it would be useful if we could go to the --

Q. Videotape?

A. -- videotape, because we're going to look at gas flow; and there is no convenient way to see that physically in person.

THE COURT: And I assume that this has been shown to opposing counsel.

MR. SANTISI: A full version of this was produced long ago, and last night we gave them the mini edited version.

MR. RAYMOND NIRO: That's correct, your Honor.

THE WITNESS: Can you see this adequately, or do you want me to turn it?

THE COURT: I think if you turn it just a little.

There. That's good.

And if Counsel wants to stand -- we just have the one monitor?

MR. BIANCO: Unfortunately, that's right.

THE COURT: Your can share defense table with them.

How long is this, please.

MR. SANTISI: It's about three minutes, your Honor.

THE WITNESS: Now, the tape that we're going to see is simply an animation of these very engines; and so in the section -- in this section here, we see a view in which you can see through the engine and you see the pistons that we just saw, but also we can see through the engine and we can see the crankshaft, the connecting rods; and we also see the throttle bodies, the throttles and the two injectors.

And then what I didn't mention before is the spark plugs are up here.

We're going to now go through the flow of gas through the engine. And this is the exhaust manifold where the gas exits, and I didn't mention that.

Here we'll see a little bit later these are the transfer ports. Those were mentioned this morning. That's where the gas gets transferred from the crank case. But we're going to see this better in just a second. This is just to pull the engine apart so that you can see where these transfer passages are.

Now we're going to put the engine back together now that we've seen that, and we're going to see the first phase of the two-stroke cycle operation.

And of course, it's called a two-stroke cycle because the whole cycle is completed in two strokes, one up and one down.

Right now, we're looking at the up stroke; and we're only looking at one aspect of what happens on the up stroke. In a little while, we're going to cover a second aspect; but we're just going to do them one at a time.

When the piston goes up, it creates a vacuum in the crank case, which not only serves as the case that holds the crankshaft but it also serves as a pressure vessel which -- in which a partial vacuum is created. And this vacuum is what draws in the air into the crank case.

BY MR. SANTISI:

Q. Is there an analogy that you have for this?

A. It's similar to a turkey baster. You create a partial vacuum and it sucks up liquid; and this -- this piston is creating a partial vacuum and it's sucking in air.

However, because of the injector, it's not just sucking in air. The blue arrows at this point represent just plain air; but right here, the injector is injecting fuel denoted by the pink. And now the arrows after that point turn purple because now it's an air/fuel mixture. And that first

enters the crank case before we go up to the combustion chamber where it's actually going to combust.

And now we'll just quickly run through the parts again: the spark plug, the piston -- and I can fast forward through these parts -- connecting rod, crank shaft, throttle, throttle body, fuel injector.

And now at this point, we're going to come around and we get a cut-away view. Now what we're seeing is transfer. This is one of the things that occurs as the piston goes down. There are actually three simultaneous things occurring -- not simultaneous but things that get accomplished on the way down.

The first one we're going to look at is transfer, which simply means that mixture that had been sucked into the crank case is now being pushed up into the combustion chamber.

And now we'll proceed with the cycle. We'll close the engine back up again, rotate it back around, cut it away again, and we'll look at the next phase of the operation.

The next thing we're going to do is compress the mixture; and then we're going to light it, ignite it with a spark. It sparks. It turns to yellow, indicating it's a combusted mixture. The exhaust goes out the exhaust, and we're done with that part of it.

So we're done with discussing the flow of air and fuel through the engine and how it combusts the fuel and air.

Q. All right. And this now explains the orientation of top

dead center that you were explaining with the real piston.

A. Yes. On the animated cut away, we have placed a -- what looks like a clock face. And that simply shows where TDC is; and it's got a little arrow on the crankshaft that indicates the rotational position of the crankshaft, and that's known as crankshaft angle or, for short, crank angle. And of course, TDC is at the top because it's at the top, and it's dead center because it's exactly at the top; so it's just called TDC for short in the art.

The way that angles are measured, of course, like I said, is relative to TDC. And the way we do that is is not zero to 360. It's in degrees before or after TDC. And let me point one thing out to your Honor that might be slightly confusing.

Looking at this animation, before and after are actually on opposite sides from our operational exhibit. And the reason is that we're looking at the other end of the engine on the animation.

On the animation, we're actually looking a this end of the engine.

On the exhibit, we're looking at that end of the engine, and so before and after change places.

THE COURT: How is it referred to? 180 degrees before, 150 before, or how do you refer?

THE WITNESS: Yes. Yes, exactly. And of course the

farthest you can get away from TDC is 180.
BY MR. SANTISI:
Q. Let it go round and then we'll stop.
A. Okay. We'll play it again. And we'll see the crankshaft rotating. That's after TDC. Now it's in the before. Now it's coming up on TDC.
Q. You can stop the tape. We're finished with the tape. Shut it off.
While we're all here, don't move. We're going to discuss the demonstrative exhibit. Okay? So stay comfortable.
Mr. Cuzzillo, did you prepare a demonstrative exhibit to show how the engine functions?
A. Yes, I did.
Q. Could you explain to the Court what your demonstrative exhibit is?
A. The demonstrative exhibit is in terms of the control system and the ignition system a completely authentic and operational engine. But of course, since we don't want to run an engine actually in the courtroom, what we've done is simply modified the mechanical portions only of the engine. And what we've done is we've added an electric motor to spin the engine, because we don't want to actually have any fuel or exhaust in the courtroom.
So it's being rotated by an electric motor. However, in terms of the electronics, the injectors, the spark plugs,

everything is absolutely authentic. And these are production parts.

Q. What is the two lights that you have here?

A. Okay. On the front of the engine, we have an indicator of crank angle. And the way that works is that the center disk is actually connected to the crankshaft, so that center disk which has a single white arrow on it will rotate whenever the crankshaft rotates, just like I'm doing it now, pulling on the starter cord.

Q. What does the white arrow indicate?

A. The white arrow indicates the crank position of No. 1 cylinder; so on the real engine, this -- that's indicative of where the crank pin would be pointed on the real engine.

THE COURT: Just so I understand, the No. 2 cylinder would be 180 degrees different from No. 1.

THE WITNESS: Yes, your Honor; that's exactly right.

On the periphery, of course, just like on the videotape, we have a scale that simply indicates TDC. And it indicates degrees before and after.

And now the way we're going to use this target is we have two strobe lights. And what the strobe lights do is this red one, which has a red optical filter on the front of it, will flash whenever injection occurs.

Similarly, we have another one; but it has a green filter and it flashes whenever spark occurs.

BY MR. SANTISI:
Q. How does the red light know when injection occurs?
A. The red light knows when injection occurs because it takes its signal from the wire that controls the fuel injector for the No. 1 cylinder; so when this fuel injector gets that electrical signal to open and start to spray, that signal is then processed. And the same signal tells the green light to flash -- or sorry, the red light to flash, indicating injection.
Q. And is it the same for the green light?
A. The same idea on the green light. The spark is detected by an inductive pickup that's connected to the spark plug for No. 1 cylinder; so whenever No. 1 cylinder receives the spark impulse, the green strobe light also receives the impulse to fire; and so what that will do is because the white arrow is white and reflects all colors, it will appear red during operation when injection is occurring, and similarly, it will appear green whenever spark occurs.
Q. Have you determined how the injection signal used by the ECU is generated?
A. Yes, I have.
Q. And how is it?
A. A signal is generated by a coil and a spinning magnet which is -- occurs twice per revolution. And on one of those revolutions, it -- one of those pulses per revolution is used

by the ECU to initiate injection.
Q. Which of the pulses?
A. It could be either one, depending simply -- and we'll see this -- depending on the starting location of the engine crankshaft. So it could be one, or it could be the other.
Q. Have you determined that there are other factors which determine when the fuel injection signal is issued?
A. Yes, I have.
Q. And what are the other factors?
A. First of all, at low speed, at cranking-type speed, the throttle position is looked at. And if the throttle is in the wide open position, no injection will occur at that low -- when I say cranking speed, I mean the pull cord -- the pull cord starter speed. No injection will occur.
Q. All right. Perhaps it would be best if you start your demonstration and then explain these phenomena with reference to the arrows.
A. Okay.
Q. Could you tell the Court at what rpm the crankshaft is turning?
A. Right now, just to keep it a little bit quieter, the crankshaft is rotating at about 830 rpm, which is lower than normal idle speed but just to keep it a little quieter.
Right now, we're rotating it slower.
Q. Could you explain what the colored arrows indicate?

A. Yes. As I mentioned, the red arrow is indicating that at that point in crankshaft rotation injection is incurring.

The green arrows indicate at that those points in crankshaft rotation spark is occurring.

Q. And one of those sparks would result in combustion?

A. Yes. As we saw in a two-stroke-cycle engine, combustion only occurs at one point in the full rotational cycle of the engine, so -- however, as you can see, there are two sparks per revolution. Only the one that's up here near TDC actually results in ignition of the air/fuel mixture.

Q. Could you accelerate the speed of the engine --

A. Yes.

Q. -- and explain what is occurring?

A. As we accelerate the speed of the engine, the crankshaft angle at which injection is occurring is varying.

I'll vary it some more.

Q. And what does that indicate with respect to rpm and injection?

A. That the -- when injection occurs is dependent on engine speed. And by "when," we mean when in the rotation of the crankshaft.

Q. Could you also indicate, show the Court what you discussed that alternate signals may be used for injection?

A. Yes. We discussed that there are two pulses per revolution, and only one of these pulses is used to initiate

injection. And at the beginning of engine rotation, the selection of which of the two pulses per revolution is used is a random choice.

And I can illustrate that for you by simply stopping the engine and starting it again. And we may get the same choice.

But this time, we get a different choice; so right now, injection is occurring exactly 180 degrees opposite from where it had been when we first started the engine.

Q. Why is the light flickering?

A. You see a rather prominent flicker in the red arrow, and you see a less prominent flicker in the green arrow. The reason for that is that the red arrow indicating injection is only occurring on every other revolution of the crankshaft; so there is actually a revolution that we can't see there, in which injection is not occurring. And that skip-cycling phenomenon occurs at lower engine speeds, such as the way we're operating the engine right now.

Q. Can you demonstrate how the light would look when it is injecting on every rotation?

A. Yes. We will increase the speed of the engine. And I want to tell you what I'm -- what you're going to see, because it's going to get a little bit noisier; but what you're going to see is at the threshold it will transition from every other revolution to every revolution. And you'll be able to see that

pretty easily by looking at the red arrow. And it will convert from a flickering arrow to a much brighter arrow that doesn't look like it's flickering.

Okay, it's still cycling, still flickering, flickering, flickering, and it just converted.

Flickering.

Every revolution.

Every other revolution.

Every revolution.

So when it's bright and steady, that is because injection is occurring on every revolution.

When it's flickering, that's because injection is occurring on every other revolution.

Q. And one more time, could you just demonstrate for the Court how the crank angles of injection vary with rpm?

A. Yes. At very low speeds, right now it's injecting at 90 degrees, approximately, after TDC.

At much higher speeds -- right now, it's injecting at approximately 160 degrees before TDC.

Q. All right. One other thing that I would like you to demonstrate is the start-up condition. So would you turn the engine off?

A. Yes.

Q. What would an operator of a snowmobile with this engine do to start up the engine?

A. In normal operation with the throttle closed, one would simply pull the starter cord.
Q. And what happens?
A. The way I'm doing it now, we get spark, we get injection, and we get everything we need to make the engine start up and go.
Q. And have you determined in your independent tests outside of this demonstration whether more or less fuel is injected during the start-up mode?
A. Yes. The -- well, it depends on engine temperature.
Q. Now, would you demonstrate for the Court what happens if you try that start-up technique with the throttle in the what's called the wide-open throttle position?
A. Right. By the way, I didn't say anything about this; but we've connected to the throttle shaft a little arrow indicator simply to show what the throttle position is, so I can simply grab this plate with the arrow on it and change the throttle position. So over on the left is idle, over on the right is full throttle.
When the -- in answer to your question, if the engine -- if the throttle is at -- is wide open during starting, when the operator pulls on the pull cord, there will be no ignition.
Q. You get ignition but no injection?
A. You get ignition pulses, and you see the green arrow. You

will not see a red arrow.

Q. Do you know the purpose of that?

A. Yes. The purpose of that is when the throttle is open wide during starting, during these low rpm caused by the pull cord, it indicates to the ECU that the operator believes that the engine is flooded with too much fuel, and so the ECU doesn't want to exacerbate the situation by adding more -- even more too much fuel; so it doesn't inject any fuel. And the way this would normally operate in a real engine is that eventually once you get rid of enough excess fuel, the engine will start up, and once it reaches an adequate rpm, which we can do here, it will then start to inject because it then senses that the engine is -- has fired up.

THE COURT: Let me just ask a question: I don't have a snowmobile, but I do have a lawn mower which has a pull cord; but my experience is I turn it to full throttle to start it, and then turning it back down. And you're saying this is not the way to do it.

THE WITNESS: Your lawn mower probably has a carburetor, and normally you turn it to part throttle to start it.

On a fuel injected system, typically you can just start it at idle.

THE COURT: Okay.

BY MR. SANTISI:

Q. There is no fuel pump in the courtroom on this demonstration; but have you had an opportunity to inspect and analyze the fuel pumps used with the Polaris snowmobile engines?
A. Yes, I have.
Q. And does it have more than one rotational speed?
A. No. There is only one speed on the fuel pump. It's simply on or off, and that's indicated by this blue light on the display titled "fuel pump power." It's either powered, or it's not powered.
Q. Did you conduct tests on actual snowmobile engines --
A. Yes.
Q. -- to determine all of these parameters that you discussed here?
A. Yes, I did.
Q. Does this courtroom demonstration or demonstrative exhibit show results which confirm what you independently tested on the actual snowmobile engines?
A. Yes. Actually, on the complete snowmobiles, I did this testing using laboratory instruments such as oscilloscopes, and so forth. And what we see here is simply a graphical depiction of what I had previously determined on the full operational snowmobile engine.
Q. Let me ask you a few questions to sum up: Is on any of the Polaris snowmobile engines that you tested -- is fuel injected

when ignition takes place?
A. No, it's not. And you can -- you can actually see that on here by the fact that the red arrow is not coincident with the green arrows, because, of course, red is when injection is occurring. And injection is not occurring when spark is occurring. And of course, only one of those sparks is causing ignition anyway.
Q. All right. And on the Polaris snowmobile engines that you tested, did you determine whether fuel is injected at top dead center of any piston?
A. Again, we can see that here.
It is not injected at TDC, because as you can see, the green arrows -- neither one of the green arrows is pointed right at TDC, actually.
Sorry. The question is on injection.
The red arrow is not pointed at TDC in either one of its two possible positions.
Q. On all of the Polaris snowmobile engines that you tested, did you determine whether fuel is injected at some other fixed crank angle other than top dead center?
A. Yes, I have; and we already demonstrated that it is not a fixed crank angle because it varies with engine speed.
Q. Mr. Cuzzillo, I am finished with my part of your direct testimony.
Annamarie Daley will now question Mr. Cuzzillo with

respect to the '079 patent issue.

THE COURT: Where is Ms. Daley?

MS. DALEY: Right here, your Honor.

I don't think we don't need to use the machine at this point in time, so we can return.

THE COURT: If you want to take the microphone and you take the witness stand, please, Mr. Cuzzillo.

Go ahead, please.

DIRECT EXAMINATION

BY MS. DALEY:

Q. I want to ask Mr. Cuzzillo several questions that relate to the '079 patent, your Honor.

Mr. Cuzzillo, are you familiar with the term called power latch?

A. Yes, I am.

Q. Can you explain what a power latch is?

A. Yes. To do that, your Honor, if I may make use of the white board.

THE COURT: Janine, can you pull it up, please.

MS. DALEY: Your Honor, if I may explain, the '079 patent is a patent dealing with circuitry, so that's what Mr. Cuzzillo -- those are the questions I will be asking Mr. Cuzzillo about circuitry.

BY MS. DALEY:

Q. Can you draw a circuit which is a power latch circuit?

A. Yes. A power latch circuit is a type of battery saver circuit; and right now, I'm just going to draw a very simple diagram with a battery and the device that it's powering. And in this case, we're talking about an ECU, so I'll call it ECU.

This is the battery. In simple terms, the battery has two terminals. The negative terminal is always connected to the ECU.

The power latch that we're talking about is a parallel connection in which two possible circuits can power the ECU. And these are parallel because it's an electrical term, but it simply means literally that these two lines, indicating two conductors, are physically parallel to one another. And that's exactly the way I've drawn it.

Q. How does the ECU initially get power from the battery?

A. The ECU initially gets power from the battery from the closure of the top circuit, and that closure of that circuit occurs through some external means other than from the ECU itself; so it could be a person pushing a button. It could be another circuit component that completes that circuit.

And so I will show that initiation of power changing this manual switch to the closed position, and now I'll indicate the fact that current is flowing through that circuit simply through the use of a red line, to indicate that that circuit is now energized.

Q. What happens when that circuit is energized to the ECU?

A. As soon as the ECU is powered up, the first thing it does is it initiates a power latch signal. And that signal -- I'm just going to -- this might be hard to see; but before the ECU is powered up, the second circuit is open, which means it is not completed, it's not energized, there is no current flowing through this second circuit.

Now, the first thing that the ECU does when it wakes up, because it's been -- now it's been powered on by this external source, is it laches on its own power. The way it does that is it sends the signal to the switch in the other -- that other parallel leg, and it sends a signal to that switch to tell it to close.

Now I'll redraw the switch in the closed position; and I will also draw a red line next to that circuit indicating that now in this condition it -- in the instant after start-up, power is being conducted through both legs of the circuit.

Q. And does the top leg of circuit remain connected to the ECU?

A. No, it doesn't. At some point in the operation of the circuit, the -- that top leg that was used to initiate power to the CPU is broken; and so to indicate that, I'm simply going to take away the red line off of the top circuit which was originally used and redraw the switch in the open position; but now the ECU remains powered, because it has latched on its power through the use of the second circuit, which, when it's

awake, can latch.

Q. Does that power always remain on between the battery and the ECU, then?

A. No, it doesn't. At some point in the operation of the ECU, the ECU under its own discretion decides when to power itself down; so it -- it can go to slope.

And so the way it does that is it simply removes the power latch signal. And I'll do just by taking away that green line, which is the line that controls the power latch. And again, I'm going to remove the red line off of that lower leg of the circuit and redraw that switch in the open position. And now we're back to where we started, and we've gone through the whole process. And now we're back asleep again.

MS. DALEY: I have no further questions, your Honor.

THE COURT: All right. Would you take the stand.

Cross-examination, please.

MR. RAYMOND NIRO: Your Honor, I may need at some point here the ELMO machine hooked back up.

I don't think I'll need any of these materials here.

CROSS-EXAMINATION

BY MR. RAYMOND NIRO:

Q. Now, Mr. Cuzzillo, you testified that you studied and tested the Polaris fuel injection engine; is that right?

A. Yes.

Q. There were two of them that you tested; correct?

A. Two varieties, yes.

Q. You filed a declaration with this court in September; in fact, September 5 of 1996, identifying what you did in your tests. Correct?

A. Yes.

Q. And you set up the test procedures for these two engines; correct?

A. Yes, I did.

Q. And those were the same test procedures that you followed here today; correct?

A. Well, not exactly. As I mentioned previously, the test procedures that I used that were the basis for that report were using some laboratory equipment such as an oscilloscope that's not as easily understood and displayed as the exhibit here; so I didn't actually use the exhibit as the basis for the report testimony or the declaration testimony.

Q. All right. But you attempted to replicate those tests as best you could here today?

A. Yes. This -- what you see before you, the operational exhibit, is actually a graphical depiction of that very same information.

Q. Now, in your description of what happens with the Polaris Fuji engines, I think you said that the injector responds to an electrical signal that turns on and off like a light bulb that's either on or off?

A. The injector, yes.

Q. And it responds to an electrical signal, I think you said.

A. That's correct. It's an electric solenoid which pulls the pintle back. It's basically an electrically controlled valve. And when it's opened, it sprays fuel; and when it's closed, no fuel flows.

Q. And that electrical signal represents some event; isn't that right?

A. Yes.

Q. And that event that it represents is ignition; correct?

A. We were just talking about injection and then under ignition.

Q. The electrical signal that turns the injectors on and off, in fact, is representative of ignition. Isn't that correct, sir?

A. Well, no. No. As we -- as I mentioned on the exhibit, the red light is controlled by the electrical signal that goes directly to the injector; and if I may, your Honor, may I step down and just grab that injector?

Q. I think I prefer you to just answer my question.

THE COURT: Let's see if you can just answer the question.

BY MR. RAYMOND NIRO:

Q. My question to you very simply is this: Am I correct that ignition is sensed in the engines that are at issue in this

case?
A. No, it's not. An electrical impulse is sensed, but not ignition. And that's why you see the green and the red arrows occurring at different points in the revolution.
Q. Is it your testimony that in the Polaris engines there is no pulse indicative of the ignition that is sent to the ECU? Is that your testimony?
A. That's correct.
Q. And isn't it true that there is a time lag between ignition and injection because the computer is calculating how much time after ignition that you have until you inject?
A. Well, first of all, only one of those two green arrows results in ignition. And secondly, there is a significant time lag; and it's due to a variety of circuit factors, not just microprocessor timing but the fact that the actual signal that's sensed is not the ignition signal that goes to the spark plugs. It is actually the ignition charge coil impulse that the ECU is sensing, and that's a very different signal.
Q. Ignition charge coil?
A. Yes.
Q. Which occurs on a cyclical basis; isn't that right?
A. It occurs twice per revolution.
Q. Twice per revolution for a two-cylinder engine?
A. That's correct, and three times per revolution for a three-cylinder.

Q. All right. So the ignition charge coil is energized in some way; correct?
A. Yes.
Q. It sends a signal to the ECU; correct?
A. Yes.
Q. That signal then is converted into a signal that says, Open the injectors; correct?
A. One of the two is used to initiate injection.
Q. Okay. And for a three-cylinder engine, the ignition charge coil, an event, sends a signal to the ECU; correct?
A. One of the three would.
Q. And that ECU then sends a signal saying, Open the injectors; correct?
A. Yes.
Q. And that event, the ignition charge coil event, is reoccurring. Is that right?
A. Well, it happens either twice or three times per revolution, depending on the number of cylinders.
Q. It's repeated in each cycle; correct?
A. Correct. That's why the lights flash, because it repeats every time the engine rotates.
Q. And it's cyclically recurring; isn't that right?
A. Well, you can see it on the exhibit. It occurs twice per revolution on this engine, the two-cylinder, and three times per revolution on the three-cylinder.

Q. Okay. So it happens cyclically; correct?
A. Well, since one revolution represents a cycle, then that's what it does.
Q. And some engineer for Fuji or someone working for Fuji decided or JECS decided that that would be the signal that would be used to say, Turn the injectors on or off; correct, or at least turn them on?
A. One of that stream of pulses either every other one or every third one is ultimately processed and then results in injection.
Q. All right. But somebody could have picked, for example, TDC or piston position or inlet condition to say to the computer, Now is the time to turn on or open the injectors; correct?
A. Well, I guess they could have; but they didn't.
Q. All right. They made a decision in advance to use the injection -- I'm sorry -- ignition coil; correct?
A. Well, they used the signal from the charge coil, not from the high voltage coil.
Q. I understand, but that decision --
A. They're using the low voltage coil.
Q. But that decision was made in advance; isn't that correct?
A. I presume so.
Q. It was predetermined; correct?
A. The decision of which signal to use?

Q. Yes.
A. Well, it's part of the design.
Q. Okay.
MR. SANTISI: Objection your Honor. He's being argumentative with the witness at this point.
THE COURT: Well, it's cross-examination.
I'm not sure these questions are really assisting the Court, though.
Can we go forward?
MR. RAYMOND NIRO: If we could have a moment to set up the ELMO, I think I could pull in altogether.
It would take a moment to move some things around, if I could have the Court's permission.
THE COURT: Go ahead.
MR. RAYMOND NIRO: I apologize for my writing.
BY MR. RAYMOND NIRO:
Q. If I understand your testimony correctly, the ignition charge coil sends a pulse to the ECU. Correct?
A. The charge coil sends the pulse, but that's not an ignition pulse. And also, I might add on your -- you're going to get to it, but the lag time is due to much more than calculation time.
Q. Okay. But that charge coil pulse then goes to the ECU and says to the injectors, Open; correct?
A. It -- one of the stream of pulses per revolution is used by the ECU, and it then decides to initiate injection.

Q. Now, in the engine itself, do you recall that there were various places where injection could take place, as Mr. Chasteen indicated?
A. Yes.
Q. And the injection takes place at the intake manifold in the Polaris engines that you tested; correct?
A. We actually call it the throttle body, not the intake manifold. There is no actual intake manifold on this engine.
Q. It's not the crankcase; correct?
A. Yes. I mean that's correct.
Q. It's not the transfer port?
A. That's correct.
Q. And it's not the combustion chamber?
A. No, it's not.
Q. So it's the area where there is intake; correct?
A. It's injected into the throttle bodies.
Q. And the throttle bodies are located where?
A. Well, we just -- we just went through that whole thing on these physical exhibits, but --
Q. Where in relation to the intake manifold?
A. Well, there is no actual intake manifold, because we have separate air in-takes, so it's actually -- they're just separate throttle bodies.
But in answer to your question, the fuel injector is located in the throttle body, and the throttle body is the

conduit through which the air and fuel mixture goes into the engine.

Q. All right. And am I correct that for the three-cylinder engine, three pulses per engine revolution are sent to the CPU?

A. We're using the term ECU.

Q. All right. And the CPU or ECU responds to only one of these pulses to initiate fuel injection; correct?

A. Yes.

Q. And the terms CPU and ECU are used interchangeably; correct?

A. It's -- well, in practice, you're basically referring to the same thing, because the ECU has within it a CPU, but it also has a bunch of other circuitry.

Q. Let me show you, if I could, page 14 of your report, where you say, "For the three cylinder engine, three pulses per engine revolution are sent to the CPU; but the CPU responds only to one of those pulses to initiate fuel injection."

That's a correct statement?

A. That's correct.

Q. And is it also correct that the CPU only acts on one of the three pulses, as you say on page 18 of your report, to initiate a signal to the fuel injectors?

A. Yeah. We just covered that.

Q. And those pulses repeatedly occur throughout the cycle; correct?

A. Well, it's more precise to say that two pulses occur on the two-cylinder engine per revolution, three on the three-cylinder engine per revolution.

Q. But they occur cyclically on a repeated basis; isn't that right?

A. It repeats with every revolution, three per revolution or two per revolution.

Q. And in the operation of the revolution, all of the injectors are fired -- that is opened -- regardless of the speed or load conditions on the engine; isn't that right?

A. I'm not sure I understand that question.

Q. Well, you said it was on or off. Am I correct that all of the injectors would fire at once; that is, open at once?

A. Yeah. I think you left out the "at once," but you're saying they inject simultaneously. That's correct.

Q. And that's done regardless of speed or load conditions; correct?

A. Yes. Whenever the injectors are -- whenever they inject, they inject simultaneously.

Q. All right. And when you inject as a result of when the pulse that you're using, which you called the -- and I've lost my word for it -- charge coil pulse -- when that pulse occurs; correct?

A. After a certain amount of delay. One of those pulses after some delay eventually results in injection.

Q. And it makes no difference where you inject because you have simultaneous injection; correct?
A. Well, we've got to clean up that question a little bit, because we just talked about where in terms of in the combustion chamber or in the crank case. You're talking about where in the -- actually, you're not talking about where, you're talking about when; so you mean to ask when in the rotation of the engine does it occur and does it matter when it occurs. And no, it doesn't.
Q. Right. It's triggered by the same event; namely, that pulse.
A. Well, when you say it doesn't matter, it doesn't matter to the operation of the engine. In other words, the engine is going to operate in about the same way whether -- like on this exhibit here -- whether we picked one of those injections so we have the red arrow on the right or we have the red arrow on the left. You won't notice any difference in the operation of the engine; and so in that sense, if that's the sense of your question, then the answer is yes.
Q. Now, that charge coil pulse is related to what function of the engine?
A. The charge coil pulse provides the low voltage energy that -- that both sends a signal to the ECU, but it also provides the energy that the CDI ultimately uses and processes. And it goes through another coil, and it's transformed into a

high voltage signal that goes to the spark plug and causes the spark plug to spark.

Q. All right. So the charge coil tells the spark plug to spark, which starts the ignition; right?

A. Well, the charge coil provides the energy to the CDI, the capacitive discharge ignition unit. That CDI then produces the spark.

Q. And causes the ignition?

A. Yeah. And on the exhibit, let me just indicate, because this is apropos of your question, the green and the red arrows are responsive to the outputs of these devices that we're talking about; so it's responsive to actual spark at the spark plug and actual injection at the injector.

Q. And that fact as to what event you're going to use -- that, is the charge coil, which in turns gives you the spark, which causes the ignition -- is determined in advance; isn't that correct?

A. I'm sorry. I missed the first part of your question.

Q. That event, the charge coil being activated to cause the spark plug to spark, to cause the ignition to occur, to cause -- and the pulse then to be sent, to cause ultimately the injectors to open, is determined in advance; correct?

A. In advance of what? I'm not quite following you.

Q. When the engine is designed.

A. Well, it's part of the engine design, yes.

Q. All right. Now, just a few more questions and on a different subject. You testified that for priming that there were some signals that were used to say prime or not prime; isn't that correct?

A. Yes.

MR. SANTISI: Objection your Honor. He never mentioned the word "prime."

MR. RAYMOND NIRO: I thought they did.

MR. SANTISI: You did. He didn't.

BY MR. RAYMOND NIRO:

Q. Those two signals that are sensed are throttle position and engine speed; isn't that correct?

A. I'm sorry. Could you say your first question again?

Q. Aren't there two signals that are sent to the ECU or CPU in order to cause the priming pulse to be generated?

A. Well, there is not actually --

MR. SANTISI: Objection, your Honor.

THE COURT: Just a moment. Your objection?

MR. SANTISI: He did not use the words "priming pulse." The question is attempting to put testimony into his mouth that he did not give.

THE COURT: Okay. I thought there was some talk about priming.

MR. SANTISI: Start-up.

THE COURT: Okay. I really don't care about the

words.

The objection is overruled. Go ahead. You may ask. And if it's different than what you were talking about, just explain.

THE WITNESS: I don't think I used the word "prime," because priming is the act of adding fuel to an engine while it's stopped.

What does happen on this engine is that after it begins rotation, if it's cold, the first injection pulse that occurs on the engine is longer than other pulses; but it's simply the first pulse after the engine begins rotating. So as you start up the engine, that first pulse is going to be longer than the other pulses, but then it's followed in immediate succession by the rest of the pulses that occur throughout the operation of the engine.

THE COURT: I need to know how that's different from priming.

THE WITNESS: Priming is like on an older car with a carburet, or when you pump the throttle peddle before you try to start the engine. You're priming the engine; or even in the old days, you'd actually to start the engine, you had to put some -- dribble some gasoline down the carburetor throat, of course, before you start the engine. That's priming.

THE COURT: How is it different on the two-stroke?

THE WITNESS: It's different because on the Polaris

engine, no fuel is injected at all while the engine is stopped. You can't get it to inject with the engine stopped.

THE COURT: Continue.

BY MR. RAYMOND NIRO:

Q. The longer pulse that you mentioned sends more fuel; correct?

A. Yes. The amount of fuel injected is controlled by the length of time that the injector is activated.

Q. Okay. Now, so the longer pulse sends more fuel, and the shorter pulses that follow it after start-up send less fuel; correct?

A. Yes. It all goes according to long or short. Long is more, short is less.

Q. Now, fuel pumps, just for a moment: You mentioned fuel pumps. You said they're one speed, on or off. When they're running, I take it the ECU controls the operation of those pumps to keep them at optimum speed; isn't that right?

A. No. That's not right, because you said when it's running, does the ECU control the pump speed; and no, it doesn't.

Q. Does it control when it goes on and when it goes off?

A. When the engine is running, the ECU simply sends a signal to turn on the fuel pump; and that's indicated by that blue light on our exhibit.

Q. And that ECU sends the signal to turn the pump on as a result of engine speed; right?

A. Yes.
Q. So you sense engine speed, it goes into the computer, the computer says turn the pump on; correct?
A. Yes. And likewise, when the engine stops, after a delay of a couple seconds, it removes power from the fuel pump relay and depowers the pump.
Q. Now, you explained something called a "power latch"; and I'm just going to spend a moment on that.
The power latch that you described is what you say is the manner in which the Polaris battery start-up or battery shut-down operates. Is that it?
A. Yes. The battery saver.
Q. Do those words "power latch" appear anywhere in the claims of these patents?
A. They appear in the prosecution history.
Q. In the words of the patents, do the words "power latch" appear anywhere that you know of?
MS. DALEY: Objection, your Honor. This line of questioning is beyond the scope of the stipulation.
THE COURT: Well, I'm not sure whether it is or not.
If he's able to answer it, go ahead.
If you can't, say so.
THE WITNESS: I don't think it's in the actual patent, but it is in the prosecution history.
BY MR. RAYMOND NIRO:

Q. Okay. One last question, and that is on this rpm: When you were running the engine a little earlier, you were at the low rpm. I think you said 800. And then it heated up to -- the meter was showing 7,000 or so. When you got to about 3500 or thereabouts, am I correct -- that's 3500 rpm -- am I correct that you were injecting at every revolution?

A. Yes. On this engine, above about 3500 rpm is that threshold that we talked about in which it goes from skip cycling to injecting every time, every revolution.

Q. And when that happens, you're injecting each time that charge coil tells the spark plug to ignite. Right?

A. Well, not exactly, because I'm not sure how you're using that word "ignition," because it was used a little bit incorrectly earlier today. The --

Q. I can take it out of the question?

A. Let me explain what "ignition" means. There are actually two sparks per revolution, and that's why there is two green lights on the display, because it -- spark occurs twice per revolution. But actually, only one of those sparks results in ignition. And ignition is the initiation of combustion.

The other spark just sparks and nothing happens. Only -- now I can't remember your question, because I've spent so long talking about ignition compared to spark.

Q. It wasn't a very good question. I'll see if I can restate it.

When you get above 3500 rpm, you inject each time -- each time, each revolution; correct?

A. You inject once per revolution.

Q. All right. And that is in response to the charge coil sending the signal to the ECU; correct?

A. That's in response to one of the two impulses from the charge coil per revolution for the two-cylinder, one out of every three for the three-cylinder.

MR. RAYMOND NIRO: No further questions. Thank you.

MR. SANTISI: No redirect on the '803 issue, your Honor.

THE COURT: No redirect from either attorney?

Thank you very much. You may step down.

Is there going to be another witness?

MR. BIANCO: No further witnesses, your Honor. I think we'd like to discuss prosecution history at this time.

THE COURT: All right.

MR. BIANCO: May I ask the Court how much time we have?

THE COURT: Well, let's see. We started at 1:53. It's now 3:10. So it's been 1 hour 18 minutes.

MR. BIANCO: Per discussion, your Honor, with Mr. Niro --

THE COURT: 1 hour 17 minutes.

MR. BIANCO: I'm sorry.

THE COURT: 1 hour 17 minutes.

MR. BIANCO: Thank you, your Honor.

When we discussed this with Mr. Niro in advance, he agreed that we might have a very brief time for -- to follow his rebuttal. And I'd like to save a few minutes for that, and he might have the last word if he wants to divide his eight minutes. I assume he would use part of it for a final say. We would have no objection to that.

DEFENDANTS' ARGUMENT

MR. BIANCO: Your Honor, what we're here to do at least in part is to construe the claims of the patent as a matter of law under the **Markman** decision and then having done that deal with the summary judgment motions to compare the accused device to the properly construed claims of the patent.

In looking at the meaning of a patent and construing the language of the document itself, there are three sources of information that the courts have defined as intrinsic evidence. Speaking as someone who is not a patent lawyer, I would have thought that construing intrinsic evidence in terms of construing a contract, for example, had to do with the terms of contract itself; but the term as used in patent law is a bit wider than that, and I think that's a very important distinction.

Intrinsic evidence constitutes the entire public record on the patent, all of the patent documents. And the

patent documents are made up of three things: First, there is the claims, the part of the document, the patent itself that says the patentee claims the following; the specification, which essentially is everything else in the patent document, describes how the invention would be practiced, and is intended to instruct the person of skill in the art, ordinary skill in the art, as to how to make and use the invention; and finally, there is the prosecution history, which also is intrinsic evidence. And that includes statements made by the inventor during the application process.

And in this case, statements were made by the inventor and people acting on his behalf during the application process and also during the reissue process. The Court may look to representations of the inventor to determine claims' scope as well as also look to prosecution history for so-called "prosecution history estoppel."

But I think the important thing to remember there is first prosecution history is not only used for estoppel purposes but also used purely for interpretive purposes.

In the recent case, the **Vitronics** case, which we have cited in our brief and I think discussed with the Court before -- that's **Vitronics vs. Conceptronic**, 90 F.3d 1576 -- the court makes the point that a patentee may not proffer an interpretation for purposes of litigation that would alter the indisputable public record consisting of the claims, the

specification, and the prosecution history and treat the claims as a quote, "nose of wax."

And the "nose of wax" analogy goes back to the old patent case before the United States Supreme Court of **White vs. Dunbar**, suggesting that it's not appropriate for a patentee to twist the claims this way and that, as his purposes may serve.

I think that's what we're talking about here today, your Honor; and I think the prosecution history has been neglected almost indeed virtually entirely by Mr. Niro in his presentation, because in effect what's going on is that Mr. Niro and IRS are backing rapidly as possible away from the intrinsic evidence having to do with prosecution history that reflects how this patent document was interpreted before the patent office.

Let me turn to the prosecution history and discuss the disputed elements of the '803 patent with respect to first Claim No. 1 and then the other claims as well.

I might also add in passing that there are certain statements made in the briefs filed in this case. There is a section in the IRS summary judgment brief that's called "undisputed facts," and I would point out to the Court that we very much dispute those facts; but I think that they're properly not in issue here today, and they're perhaps put into the brief for other reasons.

But with that said, let me look at the three areas in

dispute in the '803 patent, because I think the prosecution history brings a lot to bear as to what those mean.

First is the timing control issue, what's been referred to as the signal that takes place at a predetermined cyclically repeating state or occurrence of the engine that causes or tells the engine when to inject.

In addition, we'll talk about priming function and the pump control function, but I'd like to come back to those.

Let's look first at the specification language relating to predetermined cyclically repeating state.

I think the Court can look at column 13 of the patent, lines 11 through 20, where predetermined cyclically repeating state is indicated as occurring once per engine revolution, which again is very significant in light of the testimony here today.

Again, looking at column 12, line 62 to 68 of the specification, the specification itself makes clear that predetermined cyclically -- the predetermined cyclically repeating state occurs on each revolution of the engine. And that limitation to predetermined cyclically repeating state appears not only in Claim 1 but throughout the patent, Claims 1 through 4. Having said all that, let's look at prosecution history itself.

Your Honor, if I may ask the clerk, we prepared an appendix of certain of the key prosecution history documents

that was attached to our brief and has been served on the other side in this case. I brought an additional copy, if your Honor wishes to refer to those documents as we go along.

I'm afraid I'm not very facile with the ELMO over here, but I can indicate what I'm talking about as we go through.

MR. SANTISI: They're in two volumes to make it easier.

THE COURT: Have you got it marked as an exhibit, Mr. Bianco?

MR. BIANCO: I have not separately marked it as an exhibit. We would be happy to do that. It's attached to the brief.

I think it's Exhibit 1 to our summary judgment -- or Exhibit 2 to our summary judgment brief.

Okay. Your Honor, the Court will recall that the original patent, originally the '701 patent, was issued on February 20, 1990. It had one claim, the same claim that is now called Claim 1 of the so-called '803 patent.

In February of '1992, an application for reissue was filed; and one of the documents that I showed Mr. Chasteen during his cross-examination was an oath he filed in support of that reissue. Initially, the patent examiner reviewed claims and allowed seven different claims. That occurred in June of 1992. And that happens to be Tab No. 4 of the appendix that

we've given you.

Following that issuance, there was a protest filed by Polaris Industries, and that's in May 4, 1993. It happens to be Tab No. 9.

Essentially, what Polaris pointed out to the patent office was that there was a 1984 laid open Japanese patent application; and laid open -- or sometimes it is referred to as a Kokai or a laid open patent. Essentially, an application was made. And after the passage of a certain period of time, it's published; and it constitutes prior art to which other parties may refer or which would have to be taken into account in the issuance of a patent in the patent office.

That laid open patent application was dated around 1984 and was -- we refer to it as the Okumura reference. Well, the patent office studied the Okumura reference and the Polaris protest; and following that, there was an office action taken in 1993, which is Tab No. 11 -- excuse me -- it's Tab No. 10. June of 1993, the office action rejected all claims that were then pending on the basis of Okumura.

Okumura involved a two-cycle fuel injection system that was designed for -- the example given was for an outboard motor, a V4 outboard motor. And I believe Mr. Okumura was employed, I believe by Yamaha, an outboard engine manufacturer in Japan.

So in essence, the patent office looked at that

reference in 1993 and flatly rejected all of the claims that were then pending in the reissue proceeding.

Following that, IRS decided that they would still attempt to prevail and to seek the patent; and they filed what's been referred to as paper No. 23, Tab 11 of our book, which is a traverse of the patent office action. And that distinguished or at least attempted to distinguish the Okumura reference from the Chasteen patent application that was then pending. And the focus at that time, your Honor, was on a number of different things; but one of the things focused on was there was Okumura was said to inject at a wide variety of places during the engine's cycle, a wide variety of crank angles. And that was distinguished from Chasteen, which was said to inject at a fixed time or a specific time in the cycle.

The patent office considered that document, the traverse, Paper No. 23, and again rejected all of the claims based upon Okumura. The rejection by the patent office was dated February of 1994. It's in our book at Tab No. 15.

What the patent examiner did there is important in a number of ways. First of all, there is a lot that IRS or Chasteen at that point said about Okumura that the patent examiner simply didn't buy. In addition to that, he focused on the fact that when Chasteen spoke of a predetermined cyclically repeating event or occurrence, the patent examiner stated that that was simply, quote, "detection of a reference position for

each cycle."

In other words, that's essentially what Mr. Niro has been arguing here. He said there is a reference position in each cycle in Chasteen and in Okumura, and that's how I define cyclically repeating event. Indeed, that's how he defined predetermined cyclically repeating event, and that is at page 5 of paper 28, the office action, which again is at Tab 15.

I would say, your Honor, that the patent examiner at this point looked at Okumura and the Chasteen document precisely as JECS looked at it before any of this prosecution history took place. Does it look like what you would normally expect to see in any fuel injection system? Yes, there is an event; yes, it occurs cyclically. Does that generate fuel injection? Yes, it does. This is no difference.

The patent examiner's response to that document was the same as the JECS response.

Now, again, IRS chose not to take this lying down. They wanted to pursue it further; and so they further defined what they meant by predetermined cyclically repeating event or state of the engine.

First of all, Mr. Hanes, one of the lawyers for IRS, and Dr. Blair, the gentleman who I believe was referred to earlier by Mr. Niro, went and had an interview with the patent examiner. In addition, following that, a new paper, paper No. 30, which is an extremely critical document -- it's at Tab