UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * * *

MINUTE ORDER

* * * * * * * * * * * * * * * * * * * *

Arctic Cat, Inc., a Minnesota
Corporation,

Plaintiff,

vs.

Injection Research Specialists,
Inc., a Colorado corporation,
and Pacer Industries, Inc., a
Missouri corporation,

Defendants.

and

Injection Research Specialists,
Inc., a Colorado corporation,
and Pacer Industries, Inc., a
Missouri corporation,

Counterclaimants,

vs.

Arctic Cat, Inc., a Minnesota
corporation, and Suzuki Motor

Corporation, a Japanese
Corporation,

Counterdefendants. Civ. No. 01-543(MJD/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 3rd day of June, 2004.

* * *

During the course of a Hearing, which the Court conducted on May 25, 2004, the Court inquired as to the res judicata/collateral estoppel effect, of a dismissal with prejudice in an action involving the Defendant, and a party who had some relationship to the Plaintiff, and the Counterdefendant Suzuki Motor Corporation ("Suzuki"). By letter dated June 1, 2004, counsel for Suzuki reconfirmed his interest in submitted a supplemental brief, which would be solely limited to that issue. No opposition to the Motion has been received.

NOW, THEREFORE, It is --

ORDERED:

1. That the Plaintiff, and the Counterdefendant Suzuki Motor Corporation, are granted leave to serve and file, a joint brief, **by no later than June 8, 2004**, which is not to exceed five (5) pages in length, and which is limited to the single legal issue that is identified in the text of this Minute Order.

2. That the Defendant shall have **by no later than June 15, 2004**, to serve and file a response, which is not to exceed five (5) pages in length, and which is similarly limited to the referenced single legal issue.

3. That, to assure prompt communication of briefs between the parties, the brief of the Plaintiff and Counterdefendant shall be faxed to the Defendant **by no later than June 8, 2004**.

4. That no further briefing will be allowed, absent leave of the Court.

BY THE COURT:

s/Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE