THOMAS H. JENKINS
(202) 408-4088
Tom.Jenkins@finnegan.com

June 4, 2004

**By E-Mail**

The Honorable Raymond L. Erickson
United States Magistrate Judge
United States District Court
Federal Building, 515 West First Street
Duluth, Minnesota 55802-1397

Re: Arctic Cat Inc. v. Injection Research Specialists, Inc., et al.
Civil Action No. 01-CV-543 MJD/RLE

Dear Magistrate Judge Erickson:

Pursuant to the "New Rules for Arctic Cat" issued during the April 10, 2003 hearing, Arctic Cat and Suzuki respectfully request leave to file a Motion for Summary Judgment Based on Invalid Reissue and False Reissue Oath. Good cause exists for granting this request because the Motion is based upon documents that had been withheld as privileged and were produced to comply with the Court's Orders well after the Scheduling Order's cut-off date for filing summary judgment motions. Since those documents were produced, Arctic Cat and Suzuki have taken follow-up depositions, and have drafted the brief in support of this Motion.

The draft of the brief in support of this Motion has been shared with counsel for IRS, and they have advised us that IRS does not oppose this request for leave to file this Motion. In consultation with Ms. Miller, the parties have agreed to the following schedule: (1) the Opposition Brief is due on June 30, 2004; (2) the Reply Brief is due on July 7, 2004; and (3) the Hearing on the Motion will occur on July 14, 2004, at 9:00 a.m. in Courtroom 12W. For the Court's convenience, a proposed Order is attached.

Respectfully submitted,

s/Thomas H. Jenkins

Thomas H. Jenkins

THJ/mm
cc: Anthony de Alcuaz, Esq. (by facsimile)
Annamarie A. Daley, Esq. (by facsimile)
William F. Forsyth, Esq. (by facsimile)
David P. Pearson, Esq. (by facsimile)