**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| ARCTIC CAT INC., a Minnesota Corporation, Plaintiff, | ) |
| v. | ) Civil Action No. 01-CV-543 (MJD/RLE) |
| INJECTION RESEARCH SPECIALISTS, INC., a Colorado Corporation, and PACE INDUSTRIES, INC., a Missouri Corporation | ) Hon. Michael J. Davis<br>) Hon. Raymond L. Erickson (Magistrate) |
| Defendants. | ) |
| INJECTION RESEARCH SPECIALISTS, INC., a Colorado Corporation, and PACER INDUSTRIES, INC., a Missouri Corporation | ) |
| Counterclaimants, | ) |
| v. | ) |
| ARCTIC CAT INC., a Minnesota Corporation, and SUZUKI MOTOR CORPORATION, a Japanese Corporation, | ) |
| Counterclaim Defendants. | ) |

**ORDER**

For good cause shown, Arctic Cat Inc.'s ("Arctic Cat") and Suzuki Motor Corporation's ("Suzuki") request for leave to file a Summary Judgment Motion Based on Invalid Reissue and False Reissue Oath is granted. It is further ordered that, based on the parties' agreement, the Opposition Brief is due on June 30, 2004, the Reply Brief is due on July 7, 2004, and the hearing will be held on the motion on July 14, 2004 at 9:00 a.m. in Courtroom 12W.

Dated: June 10, 2004

s/Raymond L. Erickson
Magistrate Judge Raymond L. Erickson