**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

ARCTIC CAT INC.,
a Minnesota Corporation,

Plaintiff,

v.

INJECTION RESEARCH SPECIALISTS, INC.,
a Colorado Corporation, and
PACER INDUSTRIES, INC.,
a Missouri Corporation,

Defendants.

INJECTION RESEARCH SPECIALISTS, INC.,
a Colorado Corporation, and
PACER INDUSTRIES, INC.,
a Missouri Corporation,

Counterclaimants,

v.

ARCTIC CAT INC.,
a Minnesota Corporation, and
SUZUKI MOTOR CORPORATION,
a Japanese Corporation,

Counterclaim Defendants.

Civil Action No. 01-CV-543 (MJD/RLE)

Hon. Michael J. Davis
Hon. Raymond L. Erickson (Magistrate)

**ORAL ARGUMENT REQUESTED**

**ARCTIC CAT'S AND SUZUKI'S MOTION FOR SUMMARY JUDGMENT BASED ON INVALID REISSUE AND FALSE REISSUE OATH**

Pursuant to FED. R. CIV. P. 56 and Local Rule 7.1, Plaintiff, Arctic Cat Inc. ("Arctic Cat"), and Counterclaim Defendant, Suzuki Motor Corporation ("Suzuki"), respectfully move this Honorable Court for summary judgment based on invalid reissue and false reissue oath.

This motion is made on the grounds that no genuine triable issue of material fact exists as to the invalidity of claims 2-4 of U.S. Patent Re 34,803 ("the '803 patent"), and that Arctic Cat and Suzuki are entitled to summary judgment as a matter of law. Based on documents recently

produced by IRS, claims 2-4 of the '803 patent are invalid because (1) IRS lacked statutory grounds to request a reissue of the '701 patent and (2) IRS submitted a false and misleading reissue oath to persuade the Patent Office otherwise.

For the reasons set forth in greater detail in the Memorandum and the Supporting Declaration of Christopher W. Day filed concurrently with this Motion, this Court should grant summary judgment of invalidity as to claims 2-4 of the '803 patent.

SUZUKI MOTOR CORPORATION
By its attorneys

Dated: June __, 2004

s/William F. Forsyth
William F. Forsyth (MN Atty ID #31070)
Henson & Efron, P.A.
220 South Sixth Street, Suite 1800
Minneapolis, MN 55402-4503
Telephone: (612) 339-2500
Facsimile: (612) 339-6364

Thomas H. Jenkins (Pro Hac Vice)
Bruce C. Zotter (Pro Hac Vice)
Christopher W. Day (Pro Hac Vice)
Finnegan, Henderson, Farabow
Garrett & Dunner L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005-3315
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

ARCTIC CAT INC.
By its attorneys

Dated: June __, 2004

s/Annamarie A. Daley
Annamarie A. Daley (MN Atty ID #158112)
Andrew W. Horstman (MN Atty ID #47259)
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181