**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| ARCTIC CAT INC.,<br>a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INJECTION RESEARCH SPECIALISTS, INC., a Colorado Corporation, and PACER INDUSTRIES, INC., a Missouri Corporation,<br><br>Defendants. | Civil Action No. 01-CV-543 (MJD/RLE)<br><br>Hon. Michael J. Davis<br>Hon. Raymond L. Erickson (Magistrate)<br><br>**ORAL ARGUMENT REQUESTED** |
| INJECTION RESEARCH SPECIALISTS, INC., a Colorado Corporation, and PACER INDUSTRIES, INC., a Missouri Corporation,<br><br>Counterclaimants,<br><br>v.<br><br>ARCTIC CAT INC.,<br>a Minnesota Corporation, and<br>SUZUKI MOTOR CORPORATION,<br>a Japanese Corporation,<br><br>Counterclaim Defendants. | |

**ARCTIC CAT'S AND SUZUKI'S NOTICE OF MOTION FOR SUMMARY JUDGMENT BASED ON INVALID REISSUE AND FALSE REISSUE OATH**

TO: Defendants/Counterclaim Plaintiffs Injection Research Specialists, Inc. and Pacer Industries, Inc., and their attorneys, Anthony de Alcuaz, Jill M. Kastner, McDERMOTT, WILL & EMERY, 3150 Porter Drive, Palo Alto, CA 94304; and David P. Pearson, WINTHROP & WEINSTINE, 225 South Sixth Street, Suite 3500, Minneapolis, MN 55402.

PLEASE TAKE NOTICE that on July 14, 2004, at 9:00 A.M., or as soon thereafter as counsel may be heard, Arctic Cat, Inc. and Suzuki Motor Corporation will move the Court for Summary Judgment Based on Invalid Reissue and False Reissue Oath. This motion will be heard before the Honorable Magistrate Judge Raymond L. Erickson in Courtroom No. 12W, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

Said Motion for Summary Judgment, together with the Memorandum of Law in Support of said Motion, the Declaration of Christopher W. Day in Support of said Motion and the proposed Order granting said Motion were served upon all counsel on June 9, 2004.

Dated: June 10, 2004.

SUZUKI MOTOR CORPORATION

By its attorneys

s/William F. Forsyth
William F. Forsyth (MN Atty ID #31070)
Henson & Efron, P.A.
220 South Sixth Street, Suite 1800
Minneapolis, MN 55402-4503
Telephone: (612) 339-2500
Facsimile: (612) 339-6364

Thomas H. Jenkins (Pro Hac Vice)
Bruce C. Zotter (Pro Hac Vice)
Christopher W. Day (Pro Hac Vice)
Finnegan, Henderson, Farabow
Garrett & Dunner L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005-3315
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Dated: June 10, 2004.

ARCTIC CAT INC.

By its attorneys

s/Annamarie A. Daley

Annamarie A. Daley (MN #158112)
Andrew W. Horstman (MN #47259)
Christopher J. Sorenson (MN #270118)
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: (612) 349-8500
Facsimile: (612) 339-4181