**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 9th day of June 2004, I caused the following documents:

**(1) ARCTIC CAT'S AND SUZUKI'S MOTION FOR SUMMARY JUDGMENT BASED ON INVALID REISSUE AND FALSE REISSUE OATH;**

**(2) MEMORANDUM OF LAW IN SUPPORT OF ARCTIC CAT'S AND SUZUKI'S MOTION FOR SUMMARY JUDGMENT BASED ON INVALID REISSUE AND FALSE REISSUE OATH (FILED UNDER SEAL);**

**(3) DECLARATION OF CHRISTOPHER W. DAY IN SUPPORT OF ARCTIC CAT'S AND SUZUKI'S MOTION FOR SUMMARY JUDGMENT BASED ON INVALID REISSUE AND FALSE REISSUE OATH (FILED UNDER SEAL); and**

**(4) [PROPOSED] ORDER GRANTING ARCTIC CAT'S AND SUZUKI'S MOTION FOR SUMMARY JUDGMENT BASED ON INVALID REISSUE AND FALSE REISSUE OATH.**

to be served by facsimile and Federal Express on:

Anthony de Alcuaz
Robert J. Blanch
McDERMOTT, WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304-1212

and by facsimile and Messenger on:

David P. Pearson
WINTHROP & WEINSTINE, P.A.
Suite 3500
225 South Sixth Street
Minneapolis, MN 55402

ATTORNEYS FOR DEFENDANTS-COUNTERCLAIMANTS

Dated: June 9, 2004. By: s/William F. Forsyth
William F. Forsyth

229316.DOC