**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 10th day of June 2004, I caused the following documents:

**(1) ARCTIC CAT'S AND SUZUKI'S MOTION FOR SUMMARY JUDGMENT BASED ON INVALID REISSUE AND FALSE REISSUE OATH;**

**(2) ARCTIC CAT'S AND SUZUKI'S NOTICE OF MOTION FOR SUMMARY JUDGMENT BASED ON INVALID REISSUE AND FALSE REISSUE OATH**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Anthony de Alcuaz
Robert J. Blanch
McDERMOTT, WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304-1212

David P. Pearson
WINTHROP & WEINSTINE, P.A.
Suite 3500
225 South Sixth Street
Minneapolis, MN 55402

ATTORNEYS FOR DEFENDANTS-COUNTERCLAIMANTS

Dated: June 10, 2004.

By: s/William F. Forsyth
William F. Forsyth

229583.DOC