**STATE OF MINNESOTA**

**COUNTY OF HENNEPIN**

**AFFIDAVIT OF SERVICE**

**METRO LEGAL SERVICES**

Paul Wagner, being duly sworn, on oath says: that on the 9th day of June, 2004, at 4:40 p.m. (s)he served the attached Artic Cat's and Suzuki's Motion for Summary Judgment Based on Invalid Reissue and False Reissue Oath; Memorandum of Law in Support of Artic Cat's and Suzuki's Motion for Summary Judgment Based on Invalid Reissue and False Reissue Oath; Declaration of Christopher W. Day in Support of Artic Cat's and Suzuki's Motion for Summary Judgment Based on Invalid Reissue and False Reissue Oath; and Proposed Order Granting Artic Cat's and Suzuki's Motion for Summary Judgment Based on Invalid Reissue and False Reissue Oath upon David P. Pearson, Esq., therein named, personally at 225 South 6th Street, #3600, Minneapolis, County of Hennepin, State of Minnesota, by handing to and leaving with Brant Miles, Agent for Legal Process, an expressly authorized agent for service for said David Pearson, Esq., a true and correct copy thereof.

[signature]

Subscribed and sworn to before me,
June 10, 2004.

Rose Batsell
Notary Public

ROSE BATSELL
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan 31, 2005

Re: 5882-36514