**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| ARCTIC CAT, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,<br><br>Defendant. | No. 01-CV-543 MJD/RLE |
| INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES INC., a Missouri corporation,<br><br>Counterclaimants,<br><br>v.<br><br>ARCTIC CAT, INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,<br><br>Counterdefendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2004, I caused the following documents:

**INJECTION RESEARCH SPECIALISTS, INC.'S AND PACER INDUSTRIES, INC.'S REPLY TO ARCTIC CAT'S AND SUZUKI'S SUPPLEMENTAL BRIEF ON NEW ISSUES RAISED DURING THE MAY 25, 2004 CLAIM CONSTRUCTION HEARING**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Annamarie A. Daley, Esq.
Robins, Kaplan, Miller & Ciresi, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
**Counsel for Arctic Cat**

Thomas H. Jenkins, Esq.
Bruce Zotter, Esq.
Naoki Yoshida, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
1300 I Street
Washington, DC 20005-3315
**Counsel for Suzuki Motor Corporation**

William F. Forsyth, Esq.
Henson & Efron Professional Association
220 South Sixth Street
Suite 1800
Minneapolis, MN 55402-4503
**Local Counsel for Suzuki**

DATED: June 15, 2004

/s/Anthony de Alcuaz
Anthony de Alcuaz

MPK 76919-1.054249.0012