IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CERTIFICATE OF SERVICE

*Arctic Cat, Inc. v. Injection Research Specialists, Inc., et al.*
Civil File No.: 01-cv-543 (MJD/RLE)

I hereby certify that on June 30, 2004, I caused the following documents:

Injection Research Specialists, Inc.'s and Pacer Industries, Inc.'s Objections to Evidence Submitted in Support of Arctic Cat's and Suzuki's Motion for Summary Judgment Based on Invalid Reissue and False Reissue Oath

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Annamarie Audrey Daley | aadaley@rkmc.com, bachiles@rkmc.com |
| Williams F. Forsyth | wforsyth@hensonefron.com |
| Thomas H. Jenkins | tom.Jenkins@finnegan.com |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be Federal Expressed to the following non-ECF participants:

Thomas H. Jenkins, Esq.
Finnegan Henderson Farabow Garrett & Dunner
1300 I Street NW, Suite 600
Washington, DC 20005-3315

Dated: June 30, 2004

**s/ David P. Pearson**
David P. Pearson, #84712
Winthrop & Weinstine, P.A.
**Attorneys for Injection Research Specialists**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
dpearson@winthrop.com