# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

ARCTIC CAT, INC. a Minnesota corporation,

Plaintiff,

v.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Minnesota corporation,

Defendants.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Minnesota corporation,

Counterclaimants,

v.

ARCTIC CAT, INC. a Minnesota Corporation, and SUZUKI MOTOR CORPORATION, a Japanese Corporation,

Counterdefendants.

**NOTIFICATION OF CONVENTIONAL FILING OF DECLARATION OF JILL KASTNER IN SUPPORT OF INJECTION RESEARCH SPECIALISTS, INC.'S AND PACER INDUSTRIES, INC.'S OPPOSITION TO ARCTIC CAT'S AND SUZUKI'S MOTION FOR A SUMMARY JUDGMENT BASED ON INVALID REISSUE AND FALSE REISSUE OATH**

Case Number: 01-CV-543-MJD/RLE

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office: **DECLARATION OF JILL KASTNER IN SUPPORT OF INJECTION RESEARCH SPECIALISTS, INC.'S AND PACER INDUSTRIES, INC.'S OPPOSITION TO ARCTIC CAT'S AND SUZUKI'S MOTION FOR A SUMMARY JUDGMENT BASED ON INVALID REISSUE AND FALSE REISSUE OATH**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal* (Document number of protective order: 77 and 92)

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)

(Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.
This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).
2128014