# AFFIDAVIT OF SERVICE BY HAND

STATE OF MINNESOTA )
)
COUNTY OF HENNEPIN )

*Re:* *Arctic Cat, Inc. v. Injection Research Specialists, Inc. and Pacer Industries, Inc.*
Civil Case No. 01-cv-543 (MJD/RLE)

**Wayne W. Marshall,** of the City of Maple Plain, County of Hennepin, in the State of Minnesota, being duly sworn, says that on the **30th** day of **June 2004**, he served the following-described document(s):

1. Injection Research Specialists, Inc.'s and Pacer Industries, Inc.'s Opposition to Arctic Cat's and Suzuki's Motion for Summary Judgment Based on Invalid Reissue and False Reissue Oath;

2. Declaration of Jill Kastner in Support of Injection Research Specialists, Inc.'s and Pacer Industries, Inc.'s Opposition to Arctic Cat's and Suzuki's Motion for Summary Judgment Based on Invalid Reissue and False Reissue Oath; and

3. Declaration of Rodney Preisser in Support of Injection Research Specialists, Inc.'s and Pacer Industries, Inc.'s Opposition to Arctic Cat's and Suzuki's Motion for Summary Judgment Based on Invalid Reissue and False Reissue Oath.

upon Defendants Injection Research Specialist, Inc. and Pacer Industries, Inc., through their respective attorneys:

| | |
|---|---|
| Annamarie A. Daley, Esq.<br>Christopher Sorenson, Esq.<br>Robins, Kaplan, Miller & Ciresi, L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402 | William F. Forsyth, Esq.<br>Henson & Efron, P.A.<br>220 South Sixth Street, Suite 1800<br>Minneapolis, MN 55402-4503 |

By handing to and leaving with Ms. Ellen Rinerson, of Robbins, Kaplan, and leaving with Ms. Rene Burgess, of Henson and Effron, true and correct copies thereof.

s/ Wayne W. Marshall
WAYNE W. MARSHALL

Subscribed and sworn to before me
this **30th** day of **June 2004**.

s/ Joyce E. Perew
Notary Public
*State of Minnesota*
*My commission expires Jan 31, 2005*
2128009v2