**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

ARCTIC CAT INC.,
a Minnesota corporation,

Plaintiff,

v.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Defendants.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Counterclaimants,

v.

ARCTIC CAT INC.,
a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,

Counterclaim Defendants.

Civil Action No. 01-CV-543 (MJD/RLE)

Hon. Michael J. Davis
Hon. Raymond L. Erickson (Magistrate)

**NOTIFICATION OF CONVENTIONAL FILING**

This filing is in conventional or physical form only, and is on file with the Clerk's Office. If you are a participant in this case, this filing will be served upon you in conventional format. This filing was not e-filed for the following reason(s):

____ Voluminous Document (PDF file size larger than the e-filing system allows)*

____ Unable to Scan Documents

____ Physical Object (description):

____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal* - **Declaration of Christopher W. Day in Support of Arctic Cat's and Suzuki's Reply Brief in Support of Motion for Summary Judgment Based on Invalid Reissue and False Reissue Oath**

____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

____ Other (description):

* Filing of these items requires Judicial Approval.

231645.DOC