**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 7th day of July 2004, I caused the following documents:

1. Arctic Cat's and Suzuki's Opposition to IRS's Objections to Evidence Submitted in Support of Motion for Summary Judgment Based on Invalid Reissue and False Reissue Oath, **FILED UNDER SEAL**;

2. Declaration of Christopher W. Day in Support of Arctic Cat's and Suzuki's Opposition to IRS's Objections to Evidence Submitted in Support of Motion for Summary Judgment Based on Invalid Reissue and False Reissue Oath, **FILED UNDER SEAL**;

3. Reply Brief in Support of Arctic Cat's and Suzuki's Motion for Summary Judgment Based on Invalid Reissue and False Reissue Oath, **FILED UNDER SEAL;** and

4. Declaration of Christopher W. Day in Support of Arctic Cat's and Suzuki's Reply Brief in Support of Motion for Summary Judgment Based on Invalid Reissue and False Reissue Oath, **FILED UNDER SEAL.**

to be served by facsimile and Federal Express on:

Anthony de Alcuaz
Robert J. Blanch
McDERMOTT, WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304-1212

and by Messenger on:

David P. Pearson
WINTHROP & WEINSTINE, P.A.
Suite 3500
225 South Sixth Street
Minneapolis, MN 55402

ATTORNEYS FOR DEFENDANTS-COUNTERCLAIMANTS

Dated: July 7, 2004.

By: s/ William F. Forsyth
William F. Forsyth

231590.DOC