# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Arctic Cat, Inc., a Minnesota Corporation,
Plaintiff,

v.

Injection Research Specialists, Inc., a Colorado Corporation, and Pacer Industries Inc., a Missouri Corporation,

Defendant(s).

**COURT MINUTES**
BEFORE: Raymond L. Erickson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01-543 (MJD/RLE) |
| Date: | July 14, 2004 |
| Court Reporter: | Ronald Moen |
| Tape Number: | |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 11:10 a.m. |
| Time in Court: | 2 Hours & 10 Minutes |

APPEARANCES:

Plaintiff(s): Annamarie A. Daley, Aaron A. Myers for Arctic Cat, Inc.

Defendant(s): Anthony de Alcuaz, Robert J. Blanch for Injection Research Specialists, Inc., a Colorado Corporation, and Pacer Industries Inc., a Missouri Corporation

ALSO APPEARING: Bruce C. Zotter, Thomas H. Jenkins, and William F. Forsythe, for Suzuki Motor Corporation, a Japanese Corporation, Counter Defendant.

Interpreter / Language: /

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:** X **COURT** 9 **PLAINTIFF** 9 **DEFENDANT**
*PLEASE TEXT IN DETAILS HERE (INCLUDING DOC #'S AND TITLES)*

DOCKET NO. 621: Motion for Summary Judgment based on Invalid Reissue and False Reissue Oath

Motions taken under advisement as of: 7/14/04

X ORDER TO BE ISSUED 9 NO ORDER TO BE ISSUED X R&R TO BE ISSUED 9 NO R&R TO BE ISSUED

X Exhibits retained by the Court 9 Exhibits returned to counsel

s/Cindy L. Hanneken
Judicial Law Clerk