**STATE OF MINNESOTA**

**COUNTY OF HENNEPIN**

**AFFIDAVIT OF SERVICE**

**METRO LEGAL SERVICES**

Christine Hafner, being duly sworn, on oath says: that on the 7th day of July, 2004, at 4:57 p.m. (s)he served the attached Arctic Cat's and Suzuki's Opposition to IRS's Objections to Evidence Submitted in Support of Motion for Summary Judgment Based on Invalid Reissue and False Reissue Oath; Declaration of Christopher W. Day in Support of Arctic Cat's and Suzuki's Opposition to IRS's Objections to Evidence Submitted in Support of Motion for Summary Judgment Based on Invalid Reissue and False Reissue Oath; Reply Brief in Support of Arctic Cat's and Suzuki's Motion for Summary Judgment Based on Invalid Reissue and False Reissue Oath; and Declaration of Christopher W. Day in Support of Arctic Cat's and Suzuki's Reply Brief in Support of Motion for Summary Judgment Based on Invalid Reissue and False Reissue Oath upon David P. Pearson, Esq. therein named, personally at 225 South 6th Street, #3500, Minneapolis, County of Hennepin, State of Minnesota, by handing to and leaving with Tracy Contreras, receptionist, an expressly authorized agent for service for said David P. Pearson, Esq., a true and correct copy thereof.

[signature]

Subscribed and sworn to before me,
July 9, 2004.

Rose Batsell
Notary Public

ROSE BATSELL
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2006

Re: S882-36514