**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

ARCTIC CAT, INC., a Minnesota corporation,

Plaintiff,

v.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Defendant.

---

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES INC., a Missouri corporation,

Counterclaimants,

v.

ARCTIC CAT, INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,

Counterdefendants.

No. 01-CV-543 MJD/RLE

**NOTICE OF UNOPPOSED MOTION FOR ORDER REGARDING FILING OF OBJECTIONS TO AUGUST 6, 2004 REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE UPON SUMMARY JUDGMENT MOTIONS**

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that Defendants Injection Research Specialists, Inc. and Pacer Industries, Inc., by and through their counsel, will bring an Unopposed Motion for Order Regarding Filing of Objections to August 6, 2004 Report and Recommendation of Magistrate Judge Upon Summary Judgment Motions, on a date and time to be determined later, before the Honorable Judge Michael J. Davis, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

Dated: August 18, 2004

McDERMOTT WILL & EMERY LLP

s/ Robert J. Blanch

Anthony de Alcuaz
Robert J. Blanch
Richard F. Cauley
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000

and

David J. Pearson (#84712)
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3400
Minneapolis, MN 55402-462nine
Telephone: (612) 604-6400

***Attorneys for Defendants and Counterclaimants Injection Research Specialists, Inc. and Pacer Industries, Inc.***

MPK 79376-1.054249.0012