**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

ARCTIC CAT, INC., a Minnesota corporation,

Plaintiff,

v.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Defendant.

---

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES INC., a Missouri corporation,

Counterclaimants,

v.

ARCTIC CAT, INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,

Counterdefendants.

No. 01-CV-543 MJD/RLE

**UNOPPOSED MOTION FOR ORDER REGARDING FILING OF OBJECTIONS TO AUGUST 6, 2004 REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE UPON SUMMARY JUDGMENT MOTIONS**

**MOTION**

Defendants Injection Research Specialists, Inc. and Pacer Industries, Inc., (hereinafter "IRS") hereby move the Court for an order extending the maximum page limit to 50 pages to permit IRS adequate opportunity to state its objections to Magistrate Judge Raymond L. Erickson's 180-page August 6, 2004 Report and Recommendations, which covers nine summary judgment motions as well as a motion to dismiss.

## I. BACKGROUND:

On August 6, 2004 Magistrate Judge Erickson issued his Report and Recommendation relating to nine summary judgment motions previously briefed and argued to the Court. In addition, the Report and Recommendation effectively disposed of a co-pending motion to dismiss claims relating to the '374 patent and argued in conjunction with the summary judgment motion relating to the validity and infringement of the '374 patent. Under the Magistrate Judge's Report and Recommendation objections must be served and filed no later than August 23, 2004. The nine summary judgment motions discussed in the Magistrate Judge's Report and Recommendation were as follows:

1. The motion of Arctic Cat, Inc. and Suzuki Motor Corporation for partial summary judgment based on res judicata and legal estoppel;

2. The motion of Arctic Cat, Inc. for partial summary judgment on invalidity and noninfringement of the '374 patent;

3. The motion of Arctic Cat, Inc. and Suzuki Motor Corporation for summary judgment on champerty and maintenance grounds;

4. The motion of IRS for summary judgment concerning obviousness contentions on which plaintiffs' experts rendered no opinion;

5. The motion of IRS for summary judgment that the bench systems developed by Cuyuna Engine Company and Arctic Cat, Inc. do not anticipate any claims of the '803 patent;

6. The motion of Arctic Cat, Inc. and Suzuki Motor Corporation for summary judgment on the invalidity of the '803 patent under Title 35 U.S.C. Section 102(b);

7. The motion of Arctic Cat, Inc. and Suzuki Motor Corporation for summary judgment on the basis of equitable estoppel and laches;

8. The motion of Arctic Cat, Inc. for partial summary judgment on IRS's claim of willful infringement;

9. The motion of IRS for partial summary judgment on willfulness.

Each of the enumerated motions had been noticed and briefed separately by the moving party. A hearing on these motions was held on April 5, 2004 and, the Magistrate Judge's Report and Recommendation issued on August 6, 2004.

## II. REQUESTED ORDER:

Because the Magistrate Judge consolidated his Report and Recommendation on nine separate motions in a single order, consisting of 180 pages, IRS, on the one hand, and Arctic Cat, Inc. and Suzuki Motor Corporation, on the other, seek, in separate unopposed motions, clarification of the application of Local Rule 72.1(c) with respect to page limits applicable to any objections made to the Report and Recommendation. Specifically, IRS does not believe it would be possible to present objections to the Magistrate Judge's 180-page order within ten pages, given that the order disposed of nine separately noticed summary judgment motions. IRS accordingly requests an order from this Court clarifying the application of Local Rule 72.1(c). Had the Magistrate Judge issued nine separate orders disposing of the various summary judgment motions, each such order would have been subject to a 10 page maximum for objections under Local Rule 72.1(c).

Although the Magistrate Judge's Report and Recommendation disposed of nine motions, IRS requests an order from this Court providing for a maximum of 50 pages objecting to all aspects of the Magistrate Judge's Report and Recommendation of August 6, 2004. Although IRS hopes that its objections will require fewer pages, in light of the Court's disposition of nine summary judgment motions and, effectively IRS's motion to dismiss relating to the '374 patent, IRS believes that anymore stringent page limit, other than that set forth in the attached proposed order, will not allow them to adequately address those objections, to its prejudice.

## III. NO OPPOSITION:

The parties have met and conferred with respect to this issue and agreed not to oppose the respective motions based upon an understanding that the responsive briefs would be subject to reciprocal and similar page limitations. Thus, any response under Rule 72.1(c) to the objections of IRS would be similarly limited to 50 pages, subject to the ability in Arctic Cat and Suzuki Motor Corporation to apply to the Court for further relief should they believe this to be necessary.

## IV. CONCLUSION:

In light of the Magistrate Judge's disposition of nine summary judgment motions in a single 180-page order and in order that IRS may state their objections and not suffer the prejudice which would occur should the objections be limited to 10 pages, good cause exists for an order to extend the page limit to 50 pages for IRS's objections to the Magistrate's Report and Recommendations. IRS therefore respectfully request that the accompanying order issue immediately.

///

///

///

Dated: August 18, 2004

McDERMOTT WILL & EMERY LLP

s/ Robert J. Blanch

Anthony de Alcuaz
Robert J. Blanch
Richard F. Cauley
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000

and

David J. Pearson (#84712)
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3400
Minneapolis, MN 55402-462nine
Telephone: (612) 604-6400

***Attorneys for Defendants and Counterclaimants Injection Research Specialists, Inc. and Pacer Industries, Inc.***

MPK 79343-1.054249.0012