**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| ARCTIC CAT, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,<br><br>Defendant. | No. 01-CV-543 MJD/RLE |
| INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES INC., a Missouri corporation,<br><br>Counterclaimants,<br><br>v.<br><br>ARCTIC CAT, INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,<br><br>Counterdefendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2004, I caused the following documents:

**1. INJECTION RESEARCH SPECIALISTS, INC.'S AND PACER INDUSTRIES, INC.'S NOTICE OF UNOPPOSED MOTION FOR ORDER REGARDING FILING OF OBJECTIONS TO AUGUST 6, 2004 REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE UPON SUMMARY JUDGMENT MOTIONS;**

**2. INJECTION RESEARCH SPECIALISTS, INC.'S AND PACER INDUSTRIES, INC.'S UNOPPOSED MOTION FOR ORDER REGARDING FILING OF OBJECTIONS TO AUGUST 6, 2004 REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE UPON SUMMARY JUDGMENT MOTIONS**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Annamarie A. Daley, Esq.
Robins, Kaplan, Miller & Ciresi, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Counsel for Arctic Cat, Inc.

Thomas H. Jenkins, Esq.
Bruce Zotter, Esq.
Naoki Yoshida, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
1300 I Street
Washington, D.C. 20005-3315
Counsel for Suzuki Motor Corporation

William F. Forsyth, Esq.
Henson & Efron Professional Association
220 So. Sixth Street, Ste. 1800
Minneapolis, MN 55402-4503
Local Counsel for Suzuki Motor Corporation

DATED: August 18, 2004

s/ Robert J. Blanch
Robert J. Blanch