**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ARCTIC CAT INC., a Minnesota Corporation,

Plaintiff,

vs.

Civil Action No.: 01-CV-543 MJD/RLE

INJECTION RESEARCH SPECIALISTS, INC., a Colorado Corporation, and PACER INDUSTRIES, INC., a Missouri Corporation,

Defendants,

and

INJECTION RESEARCH SPECIALISTS, INC., a Colorado Corporation, and PACER INDUSTRIES, INC., a Missouri Corporation,

Counterclaimants,

vs.

ARCTIC CAT INC., a Minnesota Corporation, and SUZUKI MOTOR CORPORATION, a Japanese Corporation,

Counterdefendants.

---

**UNOPPOSED MOTION REGARDING PAGE LIMITATION FOR OBJECTIONS TO THE MAGISTRATE JUDGE'S AUGUST 6, 2004 REPORT AND RECOMMENDATION**

---

Arctic Cat Inc. ("Arctic Cat") and Suzuki Motor Corporation ("Suzuki") move the Court for an order establishing a maximum page limit of 30 pages to permit Arctic Cat and Suzuki adequate opportunity to state their objections to the Honorable Magistrate Judge's August 6, 2004 Report and Recommendation.

On August 6, 2004, Magistrate Judge Erickson issued his Report and Recommendation on nine summary judgment motions submitted and argued before the Court on April 5, 2004. The Report and Recommendation advises that objections must be served and filed on or before August 23, 2004. The nine summary judgment motions were as follows:

1. The motion of Arctic Cat and Suzuki for partial summary judgment based on res judicata and legal estoppel;

2. The motion of Arctic Cat for partial summary judgment on invalidity and noninfringement of the '374 patent;

3. The motion of Arctic Cat and Suzuki for summary judgment on champerty and maintenance grounds;

4. The motion of IRS for summary judgment concerning obviousness contentions on which plaintiffs' experts rendered no opinion;

5. The motion of IRS for summary judgment that the bench systems developed by Cuyuna Engine Company and Arctic Cat do not anticipate any claims of the '803 patent;

6. The motion of Arctic Cat and Suzuki for summary judgment on the invalidity of the '803 patent under Title 35 U.S.C. Section 102(b);

7. The motion of Arctic Cat and Suzuki for summary judgment on the basis of equitable estoppel and laches;

8. The motion of Arctic Cat for partial summary judgment on IRS' s claim of willful infringement;

9. The motion of IRS for partial summary judgment on willfulness.

Local Rule 72.1(c) provides for a limit of ten pages for filing objections to a Magistrate Judge's report and recommendation. Here, the Report and Recommendation is 180 pages in length

and involves nine dispositive motions with substantial legal and factual complexities. Due to the large number and complexity of the dispositive motions discussed in the Report and Recommendation, Arctic Cat and Suzuki request an order from this Court providing for a maximum of 30 pages for objections to the Report and Recommendation. Arctic Cat and Suzuki also request a reciprocal page limitation for responses to objections that would allow IRS and Pacer 30 pages in response to Arctic Cat's and Suzuki's objections. The parties having agreed not to oppose the respective motions relating to page limitations, and good cause existing for the requested order, Arctic Cat and Suzuki respectfully request that the Court issue the accompanying order.

Dated: August 20, 2004.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By ____s/Aaron A. Myers______________
Annamarie A. Daley (MN #158112)
Aaron A. Myers (MN #311959)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
612.349.8500

ATTORNEYS FOR ARCTIC CAT INC., A MINNESOTA CORPORATION

HENSON & EFRON, P.A.

By____s/William F. Forsyth_______________________
William F. Forsyth (MN #31070)
220 South Sixth Street
Suite 1800
Minneapolis, MN 55402-4503
Telephone: (612) 339-2500
Facsimile: (612) 339-6364

and

Thomas H. Jenkins (Pro Hac Vice)
Bruce C. Zotter (Pro Hac Vice)
Christopher Day (Pro Hac Vice)
Finnegan, Henderson, Farabow, Garrett & Dunner L.L.P.
1300 I Street N.W.
Washington, D.C. 20005-3315
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

ATTORNEYS FOR SUZUKI MOTOR CORPORATION