**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ARCTIC CAT INC., a Minnesota Corporation,

Plaintiff,

vs.

Civil Action No.: 01-CV-543 MJD/RLE

INJECTION RESEARCH SPECIALISTS, INC., a Colorado Corporation, and PACER INDUSTRIES, INC., a Missouri Corporation,

Defendants,

and

INJECTION RESEARCH SPECIALISTS, INC., a Colorado Corporation, and PACER INDUSTRIES, INC., a Missouri Corporation,

Counterclaimants,

vs.

ARCTIC CAT INC., a Minnesota Corporation, and SUZUKI MOTOR CORPORATION, a Japanese Corporation,

Counterdefendants.

---

**NOTICE OF UNOPPOSED MOTION REGARDING PAGE LIMITATION FOR OBJECTIONS TO THE MAGISTRATE JUDGE'S AUGUST 6, 2004 REPORT AND RECOMMENDATION**

---

PLEASE TAKE NOTICE that at a date and time to be determined by the Court Arctic Cat Inc. ("Arctic Cat") and Suzuki Motor Corporation ("Suzuki"), by and through their counsel, will bring an Unopposed Motion Regarding Page Limitation for Objections to the Magistrate Judge's August 6, 2004 Report and Recommendation before the Honorable Judge Michael J. Davis, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

Dated: August 20, 2004.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By ____s/Aaron A. Myers__________________

Annamarie A. Daley (MN #158112)
Aaron A. Myers (MN #311959)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
612.349.8500

ATTORNEYS FOR ARCTIC CAT INC.,
A MINNESOTA CORPORATION

HENSON & EFRON, P.A.

By_____s/William F. Forsyth___________________

William F. Forsyth (MN #31070)
220 South Sixth Street
Suite 1800
Minneapolis, MN 55402-4503
Telephone: (612) 339-2500
Facsimile: (612) 339-6364

and

Thomas H. Jenkins (Pro Hac Vice)
Bruce C. Zotter (Pro Hac Vice)
Christopher Day (Pro Hac Vice)
Finnegan, Henderson, Farabow, Garrett & Dunner L.L.P.
1300 I Street N.W.
Washington, D.C. 20005-3315
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

ATTORNEYS FOR SUZUKI MOTOR CORPORATION