**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 20th day of August 2004, I caused the following documents:

1. Arctic Cat's and Suzuki's Notice of Unopposed Motion Regarding Page Limitation for Objections to the Magistrate Judge's August 6, 2004 Report and Recommendation; and

2. Arctic Cat's and Suzuki's Unopposed Motion Regarding Page Limitation for Objections to the Magistrate Judge's August 6, 2004 Report and Recommendation

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Anthony de Alcuaz
Robert J. Blanch
McDERMOTT, WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304-1212

and

David P. Pearson
WINTHROP & WEINSTINE, P.A.
Suite 3500
225 South Sixth Street
Minneapolis, MN 55402

ATTORNEYS FOR DEFENDANTS-COUNTERCLAIMANTS

Dated: August 20, 2004.

By: s/ William F. Forsyth
William F. Forsyth

235092.DOC