UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ARCTIC CAT, INC., a Minnesota Corporation,<br><br>Plaintiff,<br>v.<br><br>INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,<br><br>Defendants. | No.: 01-CV-543 MJD/RLE<br><br>**FILED UNDER SEAL**<br><br>**NOTIFICATION OF CONVENTIONAL FILING OF DECLARATION OF JILL M. KASTNER IN SUPPORT OF OBJECTIONS TO AUGUST 6, 2004, REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Counterclaimants,

v.

ARCTIC CAT, INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,

Counterdefendants.

---

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

*Declaration of Jill M. Kastner in Support of Objections to August 6, 2004, Report and Recommendation of Magistrate Judge and Exhibits 1 through 3:*

***Exhibit 1:*** *A true and correct copy of selected portions of the Argument Binder submitted to Magistrate Judge Erickson during oral argument on April 5, 2004;*

***Exhibit 2:*** *A true and correct copy of the Stipulation for Protective Order and Protective Order entered in the Polaris case, filed September 20, 1991;*

***Exhibit 3:*** *A true and correct copy of Arctic Cat production documents with Bates labels: A002018 through A002032; and,*

***Exhibit 4:*** *A true and correct copy of portions of the claim charts provided to Magistrate Judge Erickson in IRS's Reply Brief in Support of IRS's no anticipation motion.*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason:

_X__ Item Under Seal* (Document number of protective order: 92)

* Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

2139496v1