UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No.: 01-543 (MJD/RLE)

ARCTIC CAT, INC.,

Plaintiff.

v.

**NOTICE OF HEARING**

INJECTION RESEARCH SPECIALISTS, INC., et al.,

Defendants.

---

Parties in the above captioned case have filed motions requesting additional pages for their responses to the Magistrate Judge's Report and Recommendation [docket #s 648 and 650]. These motions are **GRANTED**.

The parties shall have an additional 50 pages for their responses. The parties shall also be given an extension to file their paperwork. All documents are due Monday, August 30, 2004, on or before 12:00 p.m.

Dated: August 24, 2004

s/Debbie Halfman
DEBRA C HALFMAN
Calendar Clerk to the
Honorable Judge Michael J. Davis