UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No.: 01-543 (MJD/RLE)

ARCTIC CAT, INC.,

Plaintiff.

v. **ORDER**

INJECTION RESEARCH SPECIALISTS, INC., et al.,

Defendants.

---

The Court has received the letter dated August 24, 2004, from Anthony de Alcuaz. The Court in error extended the date of filing the objections to Magistrate Judge Erickson's Report and Recommendation. The Court also in error expanded the page limit to the parties.

The Court order of August 24, 2004, is rescinded.

Dated: August 25, 2004

s/ Michael J. Davis
MICHAEL J. DAVIS
United States District Court Judge