ANNAMARIE A. DALEY
(612) 349-8431

August 25, 2004

The Honorable Michael J. Davis
United States District Court Judge
United States District Court
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: *Arctic Cat, Inc. v. Injection Research Specialists, Inc., et al.*
Civil Action No.: 01-CV-543 MJD/RLE
Our File No. 121363.0029

Dear Judge Davis:

We have received the Order of today rescinding the Court order of August 24, 2004. That recision returns the parties to the positions they were in last week before the filing of the respective unopposed motions seeking additional pages beyond the 10 page limit under the rules for Objections to a Magistrate's Report and Recommendation and responses to such Objections. Respectfully, on behalf of Arctic Cat and Suzuki, we request that the Court still consider the unopposed motions filed August 18, 2004 and August 20, 2004 regarding the page limit issue since the Objections filed by all parties on Monday, August 23, 2004 exceeded the number permitted under the rule. The parties also still need confirmation from the Court as to the page limits applicable to any responses to those Objections.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

**s/Annamarie A. Daley**

Annamarie A. Daley

AAD:bac

cc: Anthony de Alcuaz, Esq.
David P. Pearson, Esq.
William F. Forsyth, Esq.
Bruce C. Zotter, Esq.