UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ARCTIC CAT, INC., a Minnesota Corporation,<br><br>Plaintiff,<br>v.<br><br>INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,<br><br>Defendants. | No.: 01-CV-543 MJD/RLE<br><br>**FILED UNDER SEAL**<br><br>**NOTIFICATION OF CONVENTIONAL FILING OF ERRATA SHEET TO INJECTION RESEARCH SPECIALISTS, INC.'S AND PACER INDUSTRIES, INC.'S OBJECTIONS TO AUGUST 6, 2004 REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE** |

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Counterclaimants,

v.

ARCTIC CAT, INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,

Counterdefendants.

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**ERRATA SHEET TO INJECTION RESEARCH SPECIALISTS, INC.'S AND PACER INDUSTRIES, INC.'S OBJECTIONS TO AUGUST 6, 2004 REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason:

_X__ Item Under Seal* (Document number of protective order: 92 )

* Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

2140740v1