McDermott
Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Milan
Munich New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Robert J. Blanch
Attorney at Law
rblanch@mwe.com
650.813.5133

August 30, 2004

The Honorable Raymond L. Erickson
Magistrate Judge of the U.S. District Court
U.S. Courthouse
Room 415
515 West First Street
Duluth, MN 55802

Re: Arctic Cat, Inc. v. Injection Research Specialists, Inc., et al.
Civil Action No.: 01-CV-543 MJD/RLE

Dear Magistrate Judge Erickson:

I write in response to Ms. Daley's letter of August 30, 2004. IRS is not making additional objections to this Court's August 6, 2004 Report and Recommendation. In fact, neither IRS nor Arctic Cat have objected to this Court's determination that it lacks subject matter jurisdiction as to the '374 patent. See, e.g., Arctic Cat's Obj. at 29.

This Court's subsequent Order of August 24, 2004 contains statements that are incorrect, as addressed in our prior letter, and which we believe this Court will wish to clarify or reconsider when presented with the accurate facts. Arctic Cat does not contest the accuracy of the facts our letter sets forth and therefore has no basis to object to making this Court's August 24, 2004 Order accurately reflect the record.

Very truly yours,

Robert J. Blanch

cc: Annamarie Daley, Thomas Jenkins (via facsimile)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 30th day of August 2004, I caused the following document:

**Letter brief dated August 30, 2004 to The Honorable Raymond L. Erickson from Robert J. Blanch**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Annamarie A. Daly, Esq.
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Facsimile: (612) 339-4181
*Attorney for Plaintiff/Counterdefendantt*
*Arctic Cat, Inc.*

William F. Forsyth, Esq.
Henson & Efron Professional Association
220 South Sixth Street, Suite 1800
Minneapolis, MN 55402-4503
Facsimile: (612) 339-6364
*Attorney for Plaintiff/Counterdefendant*
*Suzuki Motor Corporation*

Thomas H. Jenkins, Esq.
Bruce C. Zotter, Esq.
Naoki Yoshida, Esq.
Finnegan, Henderson, et al.
1300 – 1 Street, N.W.
Washington, D.C. 2005-3315
Facsimile: (202) 408-4000
*Attorney for Plaintiff/Counterdefendant*
*Suzuki Motor Corporation*

I further certify that I sent by facsimile a copy of the foregoing document to the parties listed above at their respective facsimile numbers given above.

Dated: August 30, 2004

By: /s/ Robert J. Blanch