IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# CERTIFICATE OF SERVICE

**Arctic Cat, Inc. v. Injection Research Specialists, Inc. et al., 01-CV-543 MJD/RLE**

I hereby certify that on September 7, 2004, I caused the following documents (UNDER SEAL):

Notification of Conventional Filing of Errata Sheet to Injection Research Specialists, Inc.'s and Pacer Industries, Inc.'s Response to Arctic Cat's and Suzuki's Objections to August 6, 2004, Report and Recommendation of the Magistrate Judge

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Annamarie A. Daley (e-mail: AADaley@rkmc.com)
Robins Kaplan Miller & Ciresi
2800 LaSalle Plaza; 800 LaSalle Avenue
Minneapolis, MN 55402

William F. Forsyth (e-mail: wforsyth@hensonefron.com)
Henson & Efron, P.A.
220 South Sixth Street, Suite 1800
Minneapolis, MN 55402

Thomas H. Jenkins (tom.jenkins@finnegan.com)
Finnegan, Henderson, Farabow, Garrett & Dinner, LLP
1300 "I" Street N.W.
Washington, D.C. 20005-3115
FAX: (212) 408-4400

Due to the fact that the aforementioned documents are **UNDER SEAL,** I further certify that I caused a copy of the foregoing documents to be delivered via messenger to the Annamarie Daley and William Forsyth and via facsimile transmission and federal express mail to Thomas Jenkins.

Dated: September 7, 2004

**s/ David P. Pearson**
David P. Pearson
Winthrop & Weinstine, P.A.
**Attorneys for Injection Research Specialists, Inc. and Pacer Industries, Inc.**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
(612) 604-6692; FAX: (612) 604-6892
dpearson@winthrop.com

2142816v1