# Exhibit 6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

ARCTIC CAT, INC.,
a Minnesota corporation,

Plaintiff,

v.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Defendants.

---

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Counterclaimants,

v.

ARCTIC CAT, INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,

Counterclaim Defendants.

Civil Action No. 01-CV-543 (MJD/RLE)

**SUZUKI MOTOR CORPORATION'S RULE 26(a)(2) DISCLOSURE**

TO: Defendant/Counterclaim Plaintiffs Injection Research Specialists, Inc. and Pacer Industries, Inc., and its attorneys, Anthony de Alcuaz, Robert J. Blanch, Peter Van Mieghem, McDERMOTT, WILL & EMERY, 3150 Porter Drive, Palo Alto, CA 94304; and David Pearson, WINTHROP & WEINSTINE, 3000 Dain Rauscher Plaza, 60 South Street, Minneapolis, MN 55402.

Counterclaim Defendant Suzuki Motor Corporation ("Suzuki"), in compliance with the Court's Scheduling Order, hereby discloses Mr. Tsuyoshi Furuya, an employee of Suzuki, as a person who may be used at trial to present evidence under Rule 702, 703, or 705 of the Federal Rules of Evidence.

Mr. Furuya has not been retained or specifically employed to provide expert testimony in the present case, and his duties as an employee of Suzuki do not regularly involve giving expert testimony. Mr. Furuya, however, possesses technical knowledge concerning the general function and operation of Suzuki two-cycle EFI snowmobile engines sold to Arctic Cat, that will assist the trier of fact in this case, and he may be called to testify to the same. His knowledge, education, training, and experience are set forth in the depositions at which he testified on October 24 and 25, 2002.

Suzuki Motor Corporation reserves its right to supplement this disclosure as discovery continues, and as authorized under Rule 26(e)(1).

SUZUKI MOTOR CORPORATION
By its attorney

Dated: June 17, 2003

Thomas H. Jenkins (Pro Hac Vice)
Bruce C. Zotter (Pro Hac Vice)
Naoki Yoshida (Pro Hac Vice)
Finnegan, Henderson, Farabow
Garrett & Dunner L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005-3315
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 17th day of June 2003, I caused to be served on counsel for Defendants-Counterclaimants and counsel for Plaintiff-Counterclaim Defendant in the above captioned case a copy of **SUZUKI MOTOR CORPORATION'S RULE 26(a)(2) DISCLOSURE** to:

By first-class U.S. mail and facsimile:

Anthony de Alcuaz
Robert J. Blanch
Peter Van Mieghem
McDERMOTT, WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304-1212

By first-class U.S. mail:

David P. Pearson
WINTHROP & WEINSTINE, P.A.
3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402

ATTORNEYS FOR DEFENDANTS-COUNTERCLAIMANTS

By first-class U.S. mail and facsimile:

Annamarie A. Daley
Andrew W. Horstman
Robins, Kaplan, Miller & Ciresi, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFF-COUNTERCLAIM DEFENDANT

By: ____________________

# Exhibit 7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| ARCTIC CAT, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,<br><br>Defendants. | ) | Civil Action No.: 01-CV-543 MJD/RLE |
| INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,<br><br>Counterclaimants,<br><br>v.<br><br>ARCTIC CAT, INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,<br><br>Counterdefendants. | ) | |

**SUZUKI MOTOR CORPORATION'S SUPPLEMENTAL**
**INITIAL DISCLOSURES UNDER FED. R. CIV. P. 26(a)**

Pursuant to Fed. R. Civ. P. 26(a)(1), Counterdefendant Suzuki Motor Corporation makes the following supplemental disclosures. Counterdefendant Suzuki Motor Corporation's original initial disclosures, dated January 30, 2002, are incorporated herein and supplemented as follows:

A) The name, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information. Each of the following individuals has been deposed in this case or in the Polaris litigation and/or has been disclosed in deposition testimony and/or written discovery requests.

| INDIVIDUAL(S) | SUBJECT(S) |
|---|---|
| Ronald E. Anderson<br>810 Academy<br>Lebanon, Oregon | Information known or made available to R. Chasteen and IRS, the fuel injection system for the Honda CX 650 motorcycle, other fuel injection systems, the fuel injection system marketed by IRS, other matters raised in his deposition in the Polaris matter and other relevant matters. |
| Peter Andrews<br>P.O. Box 32253<br>Mountain Village, AK 99632 | All matters raised during his deposition in this matter, including but not limited to the offer made by Ron Chasteen to Mr. Andrews to sell the patented inventions and other relevant matters. |
| Conrad Bagne | Knowledge of corporate relationship and structure of IRS, Pacer, EFI development and valuations, document and evidence destruction or loss, witness compensation agreements and other relevant matters. |
| John G. Balch<br>2065 Hunters Point Lane<br>Colorado Springs, CO | Contacts between IRS and Counterdefendant Suzuki Motor Corporation and any other customers (potential or actual), dealings with Mr. Chasteen, dealings and discussions with Gerhard Maier, Land & Sea, John Tate, Pacer, Echlin, Dana, IRS's costs and expenditures at various times, IRS' business and market activities, document and evidence destruction or loss, witness compensation agreements, other matters raised in his deposition in this action and in the Polaris matter and other relevant matters. |
| Charlie Beach | Knowledge of EFI, Ron Chasteen, Pacer, Dana, Echlin, GFI, Teleflex, IRS; document and evidence destruction or loss; witness compensation agreements and other relevant matters. |
| Robert Bergeron<br>Lane & Sea, Inc.<br>#138, Route 111<br>Hampstead, NH 03841 | Dealings with Gerhard Maier and related companies, Land & Sea, Inc., Land & Sea published catalogs, fuel injection of two-stroke cycle engines, use of fuel injected two-stroke cycle engines for snowmobiles and other devices, dealings with R. Chasteen and J. Tate, matters raised at his deposition in the Polaris matter and other relevant matters. |

| INDIVIDUAL(S) | SUBJECT(S) |
|---|---|
| John Bernstein<br>Kutak Rock<br>1801 California<br>Suite 3100<br>Denver, CO | All matters raised in his deposition in this matter, including but not limited to document and evidence destruction or loss and other relevant matters. |
| William "Les" Cahoon<br>University of South Florida<br>STAC Office<br>4202 East Fowler Avenue<br>College of Engineering<br>ENB118<br>Tampa, FL 33620 | The development, nature and features of the Mercury Marine and OMC electronically fuel injected two-cycle engines, manner of operation of the EFI for those engines and work with sales and marketing of those engines, his knowledge of and work with Gerhard Maier, Dr. Blair and their work, other matters raised at his deposition in the Polaris matter and other relevant matters. |
| Martin D. Chader<br>2860 14th<br>Boulder, CO 80304 | Work performed by RELA Inc. for IRS, communications with IRS, other matters raised at his deposition in the Polaris matter and other relevant matters. |
| Ronald E. Chasteen<br>4820 Highway KK<br>New Havven, MO 63068 | Alleged development of EFI, his dealings with J. Tate, R. Bergeron, G. Maier, J. Balch, IRS, Excell, Inc., Echlin Inc., Pacer Industries, Inc., Plaintiff Arctic Cat, Counterdefendant Suzuki Motor Corporation, Powertech, Arizona Power Sports, David Smith and related persons and companies, and others relating to fuel injection, his knowledge of prior electronic fuel injection art, his dealings with, statements, and representations to the U.S.P.T.O., his efforts to sell EFI to Plaintiff Arctic Cat and others, document and evidence destruction or loss, witness compensation agreements, and other relevant matters, issues raised in his deposition in this matter and in the Polaris case. |
| Brian Clarke<br>209 Clark Hill Road<br>East Haddem, CT | Evaluation of IRS as a potential acquisition candidate for Echlin, Inc., and subsidiaries, his evaluation and reports to Echlin, communications with IRS relating to the acquisition, his knowledge of the development of EFI and of EFI systems, his knowledge and statements regarding the IRS EFI system, the interest of Echlin and/or Pacer in this lawsuit, and other matters raised at his deposition in the Polaris matter and other relevant matters. |

| | |
|---|---|
| Peter Clark<br>Kutak Rock<br>1801 California<br>Suite 3100<br>Denver, CO | All matters raised in his deposition in this matter, including but not limited to document and evidence destruction or loss or transfers. |
| Gary Divel<br>5425 Madera Road<br>Colorado Springs, CO 80918 | Contacts between IRS and Counterdefendant Suzuki Motor Corporation and any other customers (potential or actual), dealings with Mr. Chasteen, dealings and discussions with Gerhard Maier, Land & Sea, John Tate, Pacer, Echlin, IRS's costs and expenditures at various times, IRS' business and market activities, document and evidence destruction or loss, witness compensation agreements, other matters raised in his deposition in this action and in the Polaris matter and other relevant matters. |
| Tim Delmore<br>Arctic Cat | All matters raised in his deposition in this matter. |
| Thomas Earhart<br>10571 Gunlake Road<br>Middleville, MI 49333 | Use of fuel-injected snowmobiles, including Mercury Marine engines, and his Budweiser fuel-injected snowmobile(s) and other relevant matters. |
| Don Eide | Counterdefendant Suzuki Motor Corporation's claims and defenses in this case, Counterdefendant Suzuki Motor Corporation's work on EFI, various EFI suppliers, general operating characteristics of two stroke cycle engines, as provided in Counterdefendant Suzuki Motor Corporation's Rule 26(a) Disclosures, matters raised in his depositions and all other relevant matters. |
| Brian Espeseth<br>Arctic Cat Inc. | All matters raised in his deposition in this matter. |
| Tsuyoshi Furuya<br>Suzuki Motor Corporation | General operation and function of Suzuki EFI-equipped engines, willful infringement issues and all matters raised in his depositions in this matter. |
| John Gould<br>Merchant & Gould | All matters raised in his deposition in this matter. |
| Richard W. Hanes<br>Hanes & Schutz, P.C.<br>Suite 243<br>7222 Commerce Center Drive<br>Colorado Springs, CO 80919 | The patent application, reissue and reexamination proceedings of the patents in issue, communications with and disclosures of Mr. Chasteen, document and evidence destruction or loss, matters raised in his deposition in this matter and other relevant matters. |
| Sharon Holmstrom<br>Arctic Cat Inc. | All matters raised in her deposition in this matter. |

| | |
|---|---|
| Devlin Hunt | Development of EFI, development of an EFI system for Cuyuna Engine Company and/or Boeing, EFI development involving Kim Chervestad, Donn Eide and others, various EFI suppliers, general operating characteristics of two stroke cycle engines, and all related matters. |
| Jun Ito<br>Suzuki Motor Corporation | Damage related issues and all matters raised in his deposition in this matter. |
| JECS | General operation and function of Suzuki EFI two-cycle snowmobile engines and all matters raised in the letters rogatory in this matter. |
| Marvin Jorgenson<br>13331 Pineview Lane North<br>Dayton, MN 55327 | His use of electronically fuel injected two-cycle engines on snowmobiles, his use of electronically fuel injected two-cycle engines in racing snowmobiles, Mercury Marine EFI engines, development of the "clicker box" to modify fuel maps, dyno testing, other matters raised at his deposition in the Polaris matter and other relevant matters. |
| Kokusan | General operation and function of Suzuki EFI two-cycle snowmobile engines and all matters raised in the letters rogatory in this matter. |
| Gerhard A. Maier<br>Fuel Management Systems, Inc.<br>408 Washington Boulevard<br>Mundelein, IL 60060 | His education, background and experience in the area of EFI, his knowledge of the art prior to developing EFI for IRS, his communications and relationships with Holder Consulting, Mr. Bergeron, Land & Sea, Mr. Chasteen, and IRS, the litigation initiated against him by IRS, and the reactions of himself and Mrs. Maier to that litigation, his development of the EFI system disclosed in the patents in suit, his instruction of Mr. Chasteen in matters relating to EFI, other matters raised in his deposition in the Polaris matter, and other relevant matters. |
| James Nerstrom<br>Outboard Motor Corp.<br>100 Seahorse Drive<br>Waukegan, IL 60085 | Development of an EFI system by OMC and the manner in which that system functions, his familiarity with Gerhard Maier's role in the development of the OMC systems and other matters raised in his deposition in the Polaris matter. |
| Charles O'Connor<br>Echlin, Inc.<br>100 Double Beach Road<br>Branford, CT 06405 | Acquisition of IRS by Echlin or one of its subsidiaries, evaluations of the acquisition and of IRS and/or Pacer in this lawsuit and other matters raised at his deposition in the Polaris matter. |

| | |
|---|---|
| William L. O'Meara<br>Klaas, Law, O'Meara & Malkin, P.C.<br>Suite 2225<br>1999 Broadway<br>Denver, CO | His work as a patent lawyer for Mr. Chasteen and/or IRS, communications with Mr. Chasteen, disclosures made to him by Mr. Chasteen, document and evidence destruction or loss, matters raised at his deposition in this matter and in the Polaris matter and other relevant matters. |
| Isao Ozawa<br>Suzuki Motor Corporation | Damage related issues and all matters raised in his deposition in this matter. |
| Glenn Patton<br>Dana | Acquisition of Echlin by Dana or one of its subsidiaries, evaluations of the acquisition and of IRS and/or Pacer in this lawsuit, agreements and relationships between Dana, Pacer and IRS and all other relevant matters. |
| Rodney Preisser<br>Injection Research Specialists, Inc. | Contacts between IRS and Counterdefendant Suzuki Motor Corporation and any other customers (potential or actual), dealings with Mr. Chasteen, dealings and discussions with Gerhard Maier, Land & Sea, John Tate, Pacer, Echlin, IRS's costs and expenditures, IRS' business and market activities, document and evidence destruction or loss, witness compensation agreements, other matters raised in his depositions in this matter and in the Polaris matter and other relevant matters. |
| Phillip A. Rein<br>102 South Tejon<br>Suite 1100<br>Denver, CO 80903 | His work as a patent lawyer for Mr. Chasteen and/or IRS, communications with Mr. Chasteen, disclosures made to him by Mr. Chasteen, document and evidence destruction or loss, matters raised in his deposition in this matter and other relevant matters. |
| Roger Skime<br>Arctco, Inc.<br>600 Brooks Avenue South<br>Thief River Falls, MN 56701 | Dealings of Arctco, Inc. with IRS in connection with the development of EFI, competing alternatives to EFI as claimed in the subject patents, and matters raised in his deposition and all other relevant matters. |
| Richard Staerzl<br>Mercury Marine<br>Fond du Lac, WI 54935 | Development, sale and successful use of an EFI system for two-cycle engines by Mercury Marine, the manner in which that Mercury Marine system operated, the patents issues relating to that system, other matters raised at his deposition in the Polaris matter and other relevant matters. |

| | |
|---|---|
| Charles Strang<br>25679 West Florence Avenue<br>Atioch, IL 60002 | Development of an EFI system by OMC for its Formula I two-cycle engine, the manner in which that system functions, his familiarity with Gerhard Maier and Gerhard Maier's role in the development of the OMC EFI system, other EFI systems, other matters raised at his deposition in the Polaris matter and other relevant matters. |
| John H. Tate<br>7507 John Dower Road<br>West Tacoma, WA | His relationship and dealings with R. Chasteen, John Balch, his involvement in the development of EFI, Powertech, his communications with R. Bergeron at Land & Sea, other matters raised at his deposition in the Polaris matter and other relevant matters. |
| John Tranby<br>Arctic Cat Inc. | All matters raised in his deposition in this matter. |
| Albert Underhill<br>Merchant & Gould | All matters pertaining to opinions, correspondence and analysis pertaining to the validity of the '803 patent and accusations of infringement made by IRS or counsel for IRS and all related matters. |
| J. Ron Unger<br>41 Garland Blvd.<br>Lewiston, MI 49756 | Development, documentation, and use of EFI systems developed and sold by Intelligent Controls, Inc. |
| Norio Yamada<br>Suzuki Motor Corporation | Laches related issues, willful infringement issues, and all matters raised in his deposition in this matter. |
| All disclosed experts | All matters contained in Rule 26(a)(2) reports, and in depositions. |

B) A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings:

**SUPPLEMENTAL DISCLOSURE:**

| CATEGORY | LOCATION |
|---|---|
| All documents and things marked as exhibits to depositions taken in this matter. | Robins, Kaplan, Miller & Ciresi L.L.P.<br>800 LaSalle Avenue/Suite 2800<br>Minneapolis, MN 55402;<br>Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.<br>1300 I Street N.W.<br>Washington, DC 20005; or<br>McDermott, Will & Emery<br>3150 Porter Drive<br>Palo Alto, CA 94304 |
| All documents and things produced by IRS in this matter | Robins, Kaplan, Miller & Ciresi L.L.P.<br>800 LaSalle Avenue/Suite 2800<br>Minneapolis, MN 55402;<br>Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.<br>1300 I Street N.W.<br>Washington, DC 20005; or<br>McDermott, Will & Emery<br>3150 Porter Drive<br>Palo Alto, CA 94304 |
| All documents and things produced by Counterdefendant Suzuki Motor Corporation in this matter | Robins, Kaplan, Miller & Ciresi L.L.P.<br>800 LaSalle Avenue/Suite 2800<br>Minneapolis, MN 55402;<br>Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.<br>1300 I Street N.W.<br>Washington, DC 20005; or<br>McDermott, Will & Emery<br>3150 Porter Drive<br>Palo Alto, CA 94304 |

| | |
|---|---|
| All documents and things produced by Plaintiff Arctic Cat in this matter | Robins, Kaplan, Miller & Ciresi L.L.P.<br>800 LaSalle Avenue/Suite 2800<br>Minneapolis, MN 55402;<br>Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.<br>1300 I Street N.W.<br>Washington, DC 20005; or<br>McDermott, Will & Emery<br>3150 Porter Drive<br>Palo Alto, CA 94304 |
| All documents and things produced by any third party in this matter | Robins, Kaplan, Miller & Ciresi L.L.P.<br>800 LaSalle Avenue/Suite 2800<br>Minneapolis, MN 55402;<br>Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.<br>1300 I Street N.W.<br>Washington, DC 20005; or<br>McDermott, Will & Emery<br>3150 Porter Drive<br>Palo Alto, CA 94304 |

C) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 of the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

Counterdefendant Suzuki Motor Corporation has made no claim for damages at this time, but will seek all available remedies associated with the destruction or loss of documents and evidence in this case as well as attorney fees and costs under 35 U.S.C. § 285.

D) For inspection and copying as under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of the

D) For inspection and copying as under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of the judgment which may be entered in the action or to identify or reimburse for payments made to satisfy the judgment:

Counterdefendant Suzuki Motor Corporation is not aware of any such insurance agreement.

SUZUKI MOTOR CORPORATION
By its attorney

Dated: July 7, 2003

Thomas H. Jenkins (Pro Hac Vice)
Bruce C. Zotter (Pro Hac Vice)
Naoki Yoshida (Pro Hac Vice)
Finnegan, Henderson, Farabow
Garrett & Dunner L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005-3315
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 7th day of July, 2003, I caused to be served on counsel for Defendants-Counterclaimants and counsel for Plaintiff-Counterclaim Defendant in the above captioned case a copy of SUZUKI MOTOR CORPORATION'S SUPPLEMENTAL INITIAL DISCLOSURES UNDER FED. R. CIV. P. 26(a) By first-class U.S. mail and facsimile:

Anthony de Alcuaz
Robert J. Blanch
Peter Van Mieghem
McDERMOTT, WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304-1212

By first-class U.S. mail:

David P. Pearson
WINTHROP & WEINSTINE, P.A.
3000 Dain Rauscher Plaza
60 South 6th Street
Minneapolis, MN 55402

ATTORNEYS FOR DEFENDANTS-COUNTERCLAIMANTS

By first-class U.S. mail and facsimile:

Annamarie A. Daley
Andrew W. Horstman
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402

ATTORNEYS FOR PLAINTIFF-COUNTERCLAIM DEFENDANT

By: Susan Hay