**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| **ARCTIC CAT, INC., a Minnesota corporation,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,**<br><br>**Defendants.** | **Civil Action No.: 01-CV-543 MJD/RLE** |

**NOTICE OF WITHDRAWAL OF COUNSEL**

**PLEASE NOTE THAT Steven C. Tourek is no longer with the law firm of Winthrop & Weinstine, P.A. and should be removed from the Clerk of U.S. District Court's list of the counsel of record.**

Dated: September 15, 2004

/s/David P. Pearson
David P. Pearson, #84712
Attorney for Defendants Injection Research Specialists, Inc. and Pacer Industries, Inc.
Winthrop & Weinstine, PA
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
(612) 604-6692

and

Anthony de Alcuaz
Robert J. Blanch
Attorneys for Defendants Injection Research Specialists, Inc. and Pacer Industries, Inc.
McDermott Will & Emery, LLP
3150 Porter Drive
Palo Alto, CA94304-1212
(650) 813-5000