**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| ARCTIC CAT INC., a Minnesota corporation,<br><br>Plaintiff,<br>v.<br><br>INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,<br><br>Defendants,<br><br>INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,<br>Counterclaimants,<br>v.<br><br>ARCTIC CAT INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,<br><br>Counterdefendants. | ) | Civil Action No.: 01-CV-543 MJD/RLE |

**ARCTIC CAT'S AND SUZUKI'S MOTION FOR LEAVE TO FILE MEMORANDUM TO INFORM THE COURT OF RECENT FEDERAL CIRCUIT PRECEDENT ON WILLFUL INFRINGEMENT, AND TO RESPOND TO IRS'S SEPTEMBER 13, 2004 OBJECTIONS AND IRS'S SEPTEMBER 7, 2004 RESPONSE**

Arctic Cat Inc. ("Arctic Cat") and Suzuki Motor Corporation ("Suzuki") request the Court's permission under L.R. 7.1(f) to file the memorandum attached to this motion. This memorandum is necessary to apprise this Court of new Federal Circuit precedent highly relevant

to the pending summary judgment motions on willful infringement – issues addressed in Magistrate Judge Erickson's Report and Recommendation of August 6, 2004. On September 13, 2004, the Federal Circuit issued a landmark decision regarding willful infringement that provides additional support for the Magistrate Judge's recommendation to dismiss IRS's willful infringement claim. The attached memorandum also is necessary to respond to IRS's September 13, 2004 "Objections" to Arctic Cat's and Suzuki's evidence. That IRS submission also contains arguments in reply to Arctic Cat's and Suzuki's September 7, 2004 Response. The attached memorandum also replies to IRS's September 7, 2004 Response. In anticipation that the court will permit IRS's September 13, 2004 "Objections," Arctic Cat and Suzuki request leave of court to include their reply arguments in the attached memorandum.

Dated: September 27, 2004

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

s/Annamarie A. Daley
Annamarie A. Daley (MN #158112)
Aaron A. Myers (MN #311959)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402.2015
(612) 349-8500

ATTORNEYS FOR ARCTIC CAT INC.

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER L.L.P.

s/Thomas H. Jenkins
Thomas H. Jenkins (Pro Hac Vice)
Bruce C. Zotter (Pro Hac Vice)
Christopher W. Day (Pro Hac Vice)
1300 I Street N.W.
Washington, D.C. 20005-3315
Telephone: (202) 408-4000

and

William F. Forsyth (MN #31070)
HENSON & EFRON, P.A.
220 South Sixth Street, Suite 1800
Minneapolis, MN 55402
Telephone: (612) 339-2500

ATTORNEYS FOR SUZUKI MOTOR CORPORATION