# CERTIFICATE OF SERVICE

I, Aaron A. Myers, hereby certify that on September 27, 2004, I caused a copy of:

1. Arctic Cat's and Suzuki's Motion for Leave to File Memorandum to Inform the Court of Recent Federal Circuit Precedent on Willful Infringement, and to Respond to IRS's September 13, 2004 Objections and IRS's September 7, 2004 Response; and

2. Arctic Cat's and Suzuki's Memorandum to Inform the Court of Recent Federal Circuit Precedent on Willful Infringement, and to Respond to IRS's September 13, 2004 Objections and IRS's September 7, 2004 Response

to be served upon the attorneys of record listed below:

Anthony de Alcuaz, Esq. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *(Via E-Filing)*
McDERMOTT, WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304.1212
Facsimile: (650)-813-5100

David P. Pearson, Esq. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *(Via E-Filing)*
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402.4629
ATTORNEYS FOR INJECTION RESEARCH SPECIALISTS, INC. AND PACER INDUSTRIES

Thomas H. Jenkins, Esq. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *(Via E-Filing)*
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
1300 I Street NW
Washington, D.C. 20005.3315

William F. Forsyth, Esq. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *(Via E-Filing)*
HENSON & EFRON, P.A.
220 South Sixth Street, Suite 1800
Minneapolis, MN 55402.4503
ATTORNEYS FOR SUZUKI MOTOR CORPORATION

Dated: September 27, 2004.

/s/ Aaron A. Myers
Aaron A. Myers