**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

ARCTIC CAT, INC., a Minnesota corporation,

Plaintiff,

v.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Defendant.

No. 01-CV-543 MJD/RLE

---

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES INC., a Missouri corporation,

Counterclaimants,

v.

ARCTIC CAT, INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,

Counterdefendants.

---

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2004, I caused the following documents:

**1. INJECTION RESEARCH SPECIALISTS, INC.'S AND PACER INDUSTRIES, INC.'S OPPOSITION TO ARCTIC CAT'S AND SUZUKI'S SEPTEMBER 27, 2004 MOTION FOR LEAVE TO FILE MEMORANDUM;**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Annamarie A. Daley, Esq.
Robins, Kaplan, Miller & Ciresi, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Counsel for Arctic Cat, Inc.

Thomas H. Jenkins, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
1300 I Street
Washington, D.C. 20005-3315
Counsel for Suzuki Motor Corporation

William F. Forsyth, Esq.
Henson & Efron Professional Association
220 So. Sixth Street, Ste. 1800
Minneapolis, MN 55402-4503
Local Counsel for Suzuki Motor Corporation

DATED: September 29, 2004

Robert J. Blanch

MPK 81092-1.054249.0012