# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

ARCTIC CAT INC., a Minnesota corporation,

Plaintiff,

v.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Defendant.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES INC., a Missouri corporation,

Counterclaimants,

v.

ARCTIC CAT INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,

Counterdefendants.

No. 01-CV-543 MJD/RLE

## AMENDMENT TO THE STIPULATION AND ORDER TO SUPPLEMENT PROTECTIVE ORDER DATED JUNE 20, 2002

The completed production of source code documents, execution of consent forms by consultants, and personnel changes within the offices of counsel require updating the supplemental protective order relating to computer source code produced by Hitachi Unisia Automotive, Ltd. and Kokusan Denki Co., Ltd. Accordingly, the parties agree to amend the Stipulation and

20105190.1

Order to Supplement Protective Order dated June 20, 2002 that was entered on May 21, 2003 as follows:

At the opening paragraph, replace "may subsequently be produced" with have been produced.

At paragraph 1(a), delete the names "Peter Van Mieghem" and "Angela Rodriguez." In the same paragraph, add the names Jae Ko, Angela Chu, and Johnna Reynolds.

At paragraph 1(b), delete the name "Mark Dailey" and add Christopher Day.

At paragraph 1(c), delete the names "Christopher Sorenson" and "Andrew Horstman." In the same paragraph, change "Arctic Cat, Inc." to Arctic Cat Inc.

At paragraph 2, replace "to be produced" with produced. In the same paragraph, change "will be individually numbered" with are individually numbered.

At paragraph 5(a), change "will be designated" with is designated.

At paragraph 6, change "shall execute" to has executed.

Insert the following at new paragraph 7: The individuals removed by this Amendment will no longer have access to the confidential computer source code information or any source code documents associated therewith, but will nonetheless be bound by the terms of the original Stipulation.

At the attorney signature block for Arctic Cat Inc.'s counsel, change "Arctic Cat, Inc." to Arctic Cat Inc. In the same signature block, delete "Andrew Horstman" and add Aaron A. Myers (MN Atty ID #311959).

At the attorney signature block for Suzuki Motor Corporation's counsel, add Christopher W. Day (Pro Hac Vice).

The amended stipulation and order reflecting these changes is set forth here in full as follows:

**AMENDED STIPULATION AND ORDER TO SUPPLEMENT PROTECTIVE ORDER DATED JUNE 20, 2002**

To facilitate discovery and protect the confidentiality of and rights to certain documents that have been produced in the captioned litigation by Kokusan Denki Co., Ltd. (hereinafter "Kokusan") and Hitachi Unisia Automotive, Ltd., formerly Unisia JECS Corporation (hereinafter "JECS") relating to proprietary computer source code information, and supplementing the Protective Order entered June 20, 2002, the provisions of which are hereby incorporated by reference, the parties hereby further stipulate and agree as follows:

1. The only individuals who will have access to the said produced source code documents are:

   (a) For Injection Research Specialists, Inc. and Pacer Industries, Inc., Dr. William Ribbens, consultant; Mark Frappier, consultant; Anthony de Alcuaz, Robert Blanch, Jill Kastner, and Michael Wilcox, attorneys; and Jae Ko, Angela Chu, and Johnna Reynolds (support staff).

   (b) For Suzuki Motor Corporation, Dr. Bernard Cuzzillo, consultant; Thomas Jenkins, Bruce Zotter, Naoki Yoshida, Christopher Day, and John Walsh, attorneys; and Julia Lewis (support staff).

   (c) For Arctic Cat Inc., Roger Berry, consultant; Annamarie Daley and Aaron Myers, attorneys; Tim Storsved (staff scientific advisor), and Carol Peterman (support staff).

2. Except as set forth below at paras. 4 and 5, the parties hereby affirm on their own behalf and specifically on behalf of the individuals named above that no further copies of the produced source code documents will be made beyond the documents produced by each of Kokusan and JECS, which produced source code documents are individually numbered and stamped "Attorney's Eyes Only" by the producing entity.

3. All numbered copies of the produced source code documents will be returned to the respective producing entity, Kokusan or JECS, at the conclusion of the lawsuit.

4. No trial exhibit shall include the entirety of any produced source code document, and the parties will mutually request the Court to clear the courtroom whenever a trial exhibit containing any portion of a produced source code document is shown or is the subject of testimony or examination.

5. To the extent that an index of the source code is provided with or as part of the produced source code documents,

(a) the index is designated as such by the producing entity, and

(b) the index will not be used as any part of any filing, report, argument or exhibit, or to establish or refute a position of any party in the litigation.

6. Each of the above-named individuals who are consultants has executed a copy of the Consent To Be Bound By Supplement To Protective Order attached hereto before receiving any of the produced source code documents. Additional consultants may be permitted subject to the prior written approval of all the

parties, JECS, and Kokusan.

7. The individuals removed by this Amendment will no longer have access to the confidential computer source code information or any source code documents associated therewith, but will nonetheless be bound by the terms of the original Stipulation.

SO STIPULATED:

Dated: September 29, 2004

ROBINS, KAPLAN, MILLER
& CIRESI L.L.P.

By [signature]

Annamarie A. Daley (MN Atty ID #158112)
Aaron A. Myers (MN Atty ID #311959)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612.349.8500
Facsimile: 612.339.4181

ATTORNEYS FOR PLAINTIFF ARCTIC CAT INC.

**SO STIPULATED:**

Dated: September __, 2004

FINNEGAN, HENDERSON, FARABOW GARRETT & DUNNER, L.L.P.

By Thomas H. Jenkins (by Aaron A. Myers)

Thomas H. Jenkins (Pro Hac Vice)
Bruce C. Zotter (Pro Hac Vice)
Christopher W. Day (Pro Hac Vice)
Naoki Yoshida (Pro Hac Vice)
1300 I Street, N.W.
Washington, D.C. 20005-3315
Telephone: 202.408.4000
Facsimile: 202.408.4400

and

William F. Forsyth
HENSON & EFRON, P.A.
220 South Sixth Street, Suite 1800
Minneapolis, MN 55402-4503
Telephone: 612.339.2500
Facsimile: 612.339.6364

ATTORNEYS FOR COUNTERCLAIM DEFENDANT SUZUKI MOTOR CORPORATION

SO STIPULATED:

Dated: September 27, 2004

McDERMOTT WILL & EMERY LLP

By ______________________

Anthony de Alcuaz
Robert J. Blanch
Richard F. Cauley
3150 Porter Drive
Palo Alto, CA 94304-1212 Telephone: (650) 813-5000

and

David J. Pearson (#84712)
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3400
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400

ATTORNEYS FOR DEFENDANTS AND COUNTERCLAIMANTS
INJECTION RESEARCH SPECIALISTS, INC. AND PACER INDUSTRIES, INC.

IT IS SO ORDERED:

Dated: ____________

_______________________
Raymond L. Erickson
United States Magistrate Judge