**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Arctic Cat, Inc.**,
a Minnesota Corporation,
Plaintiff,
v.

**Injection Research Specialists, Inc.,**
a Colorado corporation, and
**Pacer Industries, Inc**.,
a Missouri corporation,
Defendants.

---

**Injection Research Specialists, Inc.,**
a Colorado corporation, and
**Pacer Industries, Inc**.,
a Missouri corporation,
Counterclaimants,
v.

**Arctic Cat, Inc.**,
a Minnesota Corporation, and
**Suzuki Motor Corporation**,
a Japanese Corporation,
Counterdefendants.

**ORDER**

Civil No. 01-543 (MJD/RLE)

---

Annamarie A. Daley, Aaron A. Myers, Robins, Kaplan, Miller & Ciresi L.L.P., Counsel for Arctic Cat, Inc.

Thomas H. Jenkins, Bruce C. Zotter, Christopher W. Day, Finnegan, Henderson, Farabow, Garrett & Dunner L.L.P., Counsel for Suzuki Motor Corp.

William F. Forsyth, Henson & Efron, P.A., Counsel for Suzuki Motor Corp.

Anthony de Alcuaz, David W Slaby, Jill M. Kastner, Michael S. Wilcox, Robert J. Blanch, McDermott Will & Emery, Counsel for Injection Research Specialists, Inc., and Pacer Industries, Inc.

David P. Pearson, Tiffany Ann Blofield, Winthrop & Weinstine, Counsel for Injection Research Specialists, Inc., and Pacer Industries, Inc.

---

This matter comes before the Court after Magistrate Judge Raymond L. Erickson issued his Report and Recommendation, dated August 6, 2004, which considered nine cross-motions for summary judgment.

On August 18, Injection Research Specialists, Inc., and Pacer Industries, Inc., (collectively, "Counterclaimants") filed an unopposed motion to establish a page limitation of 50 pages for each party's objection and subsequent response to the magistrate judge's report and recommendation. On August 20, Arctic Cat, Inc., and Suzuki Motor Corp. (collectively "Counterdefendants") filed a similar unopposed motion to establish a 30-page limitation for the objections and responses to the magistrate judge's report and recommendation. The Court did not immediately rule upon either motion.

Three days later, all parties filed their objections to the report and recommendation. Counterdefendants' memorandum adhered to the 30-page limit, while the Counterclaimants' memorandum fell within the 50-page limit. On the following day, August 24, the Court issued an Order extending, in error, both the page limits and date for filing objections. When it became aware of that error the following day, the Court issued an Order rescinding its August 24 Order.

Two weeks later, each party filed its response to the opposing party's objections. Counterdefendants' objections fell within the 50-page limit, while the Counterclaimants' objections were within the 30-page limit. Combined with their

initial memoranda, each party has filed approximately 80 pages in response to the magistrate judge's report and recommendation.

Local Rule 72.1(c)(2) dictates that a party's objections and responses to objections regarding a report and recommendation are limited to 10 pages. Absent an order from this Court permitting additional briefing, the parties must adhere to the limit outlined in Rule 72.1. The Court issued its August 24 motion in error, and it was rescinded the following day. As such, the record contains no order permitting additional briefing.

Because the Court is cognizant of the parties' uncertainty regarding page limitations, because the length of the parties' initial memoranda is sufficient to address the issues, and because the Court wishes to avoid any prejudice by permitting rebriefing now that the parties have fully disclosed their positions, the Court shall consider only the initial memoranda filed by both parties on August 23, 2004 [Docket Nos. 653 & 655]; it shall disregard any responsive memoranda filed after that date.

**IT IS HEREBY ORDERED** that:

1. The Unopposed Motion for Order Regarding Filing of Objections [Docket No. 648], filed by Injection Research Specialists, Inc., and Pacer Industries, Inc., is DENIED.

2. The Unopposed Motion Regarding Page Limitations for Objections [Docket No. 650], filed by Arctic Cat, Inc., and Suzuki Motor Corporation is DENIED.

Dated: October 15, 2004

s/ Michael J. Davis
Judge Michael J. Davis
United States District Court