IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CERTIFICATE OF SERVICE

**Arctic Cat, Inc. v. Injection Research Specialists, Inc. et al., 01-CV-543 MJD/RLE**

I hereby certify that on February 23, 2005, I caused the following documents:

1. Unopposed Motion to Extend Page Limits Regarding Objections to February 18, 2005, Report and Recommendation of Magistrate Judge

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Annamarie A. Daley (e-mail: AADaley@rkmc.com)
Robins Kaplan Miller & Ciresi
2800 LaSalle Plaza; 800 LaSalle Avenue
Minneapolis, MN 55402

William F. Forsyth (e-mail: wforsyth@hensonefron.com)
Henson & Efron, P.A.
220 South Sixth Street, Suite 1800
Minneapolis, MN 55402

Thomas H. Jenkins (tom.jenkins@finnegan.com)
Finnegan, Henderson, Farabow, Garrett & Dinner, LLP
1300 "I" Street N.W.
Washington, D.C. 20005-3115

Dated: February 23, 2005

s/ David P. Pearson
David P. Pearson
Winthrop & Weinstine, P.A.
**Attorneys for Injection Research Specialists, Inc. and Pacer Industries, Inc.**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
(612) 604-6692; FAX: (612) 604-6892
dpearson@winthrop.com

2140745v4