WINTHROP & WEINSTINE

ATTORNEYS AND COUNSELORS AT LAW

February 24, 2005

David P. Pearson
(612) 604-6692 (direct)
(612) 604-6892 (direct fax)
dpearson@winthrop.com

The Honorable Michael J. Davis
Judge of U.S. District Court
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

***Via e-filing***

**Re:** ***Arctic Cat, Inc. v. Injection Research Specialists, Inc. and Pacer Industries, Inc.***
Civil Case No. 01-CV-543 MJD/RLE

Dear Judge Davis:

This letter is to confirm a message left with your clerk, Deb, that the Injection Research Specialists, Inc.'s and Pacer Industries, Inc.'s Unopposed Motion to Extend Page Limits Regarding Objections to February 18, 2005, Report and Recommendation of Magistrate Judge which was e-filed yesterday as Docket Nos. 686 and 687 is being withdrawn.

Very truly yours,

WINTHROP & WEINSTINE, P.A.

David P. Pearson
DPP:mmr
cc: Annamarie Daley (via facsimile)
William Forsyth (via facsimile)
Thomas Jenkins (via facsimile)
2196862v1