**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

ARCTIC CAT, INC., a Minnesota corporation,

Plaintiff,

v.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Defendant.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES INC., a Missouri corporation,

Counterclaimants,

v.

ARCTIC CAT, INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,

Counterdefendants.

No. 01-CV-543 MJD/RLE

**NOTICE OF INJECTION RESEARCH SPECIALISTS, INC.'S AND PACER INDUSTRIES, INC.'S CORRECTED UNOPPOSED MOTION TO EXTEND PAGE LIMITS REGARDING OBJECTIONS TO FEBRUARY 18, 2005, REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

TO: Plaintiff Arctic Cat, Inc., and their attorneys, Annamarie A. Daley of Robins, Kaplan, Miller & Ciresi, 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402 and Defendant Suzuki Motor Corporation and their attorneys, William F. Forsyth of Henson & Efron, PA, 220 South Sixth Street, Suite 1800, Minneapolis, MN 55402-4503 and Thomas H. Jenkins of Finnegan Henderson Farabow Garrett & Dunner, LLP, 901 New York Avenue, NW, Washington, DC 20001-4413

PLEASE TAKE NOTICE that at a time and place convenient to the Honorable Michael J. Davis, Judge of the United States District Court for the District of Minnesota, 14E U.S.

Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, Defendants and Counterclaimants Injection Research Specialists, Inc., and Pacer Industries, Inc. will move this Court for an order granting Injection Research Specialists, Inc., and Pacer Industries, Inc.'s Corrected Unopposed Motion to Extend Page Limits Regarding Objections to February 18, 2005, Report and Recommendation of Magistrate Judge.

Dated: February 24, 2005

/s/Robert J. Blanch

Anthony de Alcuaz (Pro Hac Vice)
Robert J. Blanch (Pro Hac Vice)
Attorneys for Defendants and Counterclaimants Injection Research Specialists, Inc. and Pacer Industries, Inc.
MCDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
(650) 813-5000

and

David P. Pearson (#84712)
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
(612) 604-6693