# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

ARCTIC CAT, INC., a Minnesota corporation,

Plaintiff,

v.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Defendant.

No. 01-CV-543 MJD/RLE

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES INC., a Missouri corporation,

Counterclaimants,

v.

ARCTIC CAT, INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,

Counterdefendants.

## [PROPOSED] ORDER GRANTING INJECTION RESEARCH SPECIALISTS, INC.'S AND PACER INDUSTRIES, INC.'S CORRECTED UNOPPOSED MOTION TO EXTEND PAGE LIMITS RE OBJECTIONS TO FEBRUARY 18, 2005 REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

This matter is before the Court on Defendants' and Counterclaimants' Injection Research Specialists, Inc.'s and Pacer Industries, Inc.'s Corrected Unopposed Motion to Extend Page Limits Re Objections to February 18, 2005 Report and Recommendation of Magistrate Judge.

Based on the evidence of record, the motion papers submitted, the arguments of counsel, and the lack of opposition,

**IT IS HEREBY ORDERED:**

That Defendants' and Counterclaimants' Corrected Unopposed Motion to Extend Page Limits Re Objections to February 18, 2005 Report and Recommendation of Magistrate Judge is granted. The parties shall have a total of 40 pages within which to state both their objections to the Report and Recommendation of the Magistrate Judge and their responses to the opposing party's objections, which page limit may be allocated between the parties' objections and responses to the other party's objections, as the parties may elect.

Dated:_______________

HONORABLE MICHAEL J. DAVIS
UNITED STATES DISTRICT COURT JUDGE

MPK 87183-1.054249.0012