IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CERTIFICATE OF SERVICE

**Arctic Cat, Inc. v. Injection Research Specialists, Inc. et al., 01-CV-543 MJD/RLE**

I hereby certify that on February 24, 2005, I caused the following documents:

1. Notice of Injection Research Specialists, Inc.'s and Pacer Industries, Inc.'s Corrected Unopposed Motion to Extend Page Limits Regarding Objections to February 18, 2005, Report and Recommendation of Magistrate Judge

2. Injection Research Specialists, Inc.'s and Pacer Industries, Inc.'s Corrected Unopposed Motion to Extend Page Limits Re Objections to February 18, 2005, Report and Recommendation of Magistrate Judge

3. [Proposed] Order Granting Injection Research Specialists, Inc.'s and Pacer Industries, Inc.'s Corrected Unopposed Motion to Extend Page Limits Re Objections to February 18, 2005 Report and Recommendation of Magistrate Judge

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Annamarie A. Daley (e-mail: AADaley@rkmc.com)
Robins Kaplan Miller & Ciresi
2800 LaSalle Plaza; 800 LaSalle Avenue
Minneapolis, MN 55402

William F. Forsyth (e-mail: wforsyth@hensonefron.com)
Henson & Efron, P.A.
220 South Sixth Street, Suite 1800
Minneapolis, MN 55402

Thomas H. Jenkins (tom.jenkins@finnegan.com)
Finnegan, Henderson, Farabow, Garrett & Dinner, LLP
1300 "I" Street N.W.
Washington, D.C. 20005-3115

Dated: February 24, 2005

**/s/Robert J. Blanch**
Robert J. Blanch
McDermott Will & Emery LLP
**Attorneys for Injection Research Specialists, Inc. and Pacer Industries, Inc.**
3150 Porter Drive
Palo Alto, CA 94304
(650) 813-5133
rblanch@mwe.com

MPK 87299-1.054249.0012