UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ARCTIC CAT, INC., a Minnesota Corporation,

Plaintiff,

v.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Defendants.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Counterclaimants,

v.

ARCTIC CAT, INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,

Counterdefendants.

No.: 01-CV-543 MJD/RLE

**FILED UNDER SEAL**

NOTIFICATION OF CONVENTIONAL FILING OF INJECTION RESEARCH SPECIALISTS, INC.'S AND PACER INDUSTRIES INC.'S OBJECTIONS TO FEBRUARY 18, 2005 REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE.

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

INJECTION RESEARCH SPECIALISTS, INC.'S AND PACER INDUSTRIES INC.'S OBJECTIONS TO FEBRUARY 18, 2005 REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE.

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason:

_X__ Item Under Seal* (Document number of protective order: 92 )

* Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

2220486v1