**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 21st day of March 2005, I caused the following document:

1. Arctic Cat's and Suzuki's Response to IRS's Objections to Magistrate Judge Erickson's Report and Recommendation of February 18, 2005

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Anthony de Alcuaz
Robert J. Blanch
McDERMOTT, WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304-1212

and

David P. Pearson
WINTHROP & WEINSTINE, P.A.
Suite 3500
225 South Sixth Street
Minneapolis, MN 55402

ATTORNEYS FOR DEFENDANTS-COUNTERCLAIMANTS

Dated: March 21, 2005.

By: s/Aaron A. Myers
Aaron A. Myers