**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ARCTIC CAT, INC., a Minnesota Corporation,

Plaintiff,

vs.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado Corporation, and PACER INDUSTRIES, INC., a Missouri Corporation,

Defendants,

and

INJECTION RESEARCH SPECIALISTS, INC., a Colorado Corporation, and PACER INDUSTRIES, INC., a Missouri Corporation,

Counterclaimants,

vs.

ARCTIC CAT, INC., a Minnesota Corporation, and SUZUKI MOTOR CORPORATION, a Japanese Corporation,

Counterdefendants.

Civ. No. 01-543 (MJD/RLE)

---

**ORDER SEALING DOCUMENT**

---

It having coming to the Court's attention that Arctic Cat's and Suzuki's Objections to Magistrate Judge Erickson's Report and Recommendation of March 14, 2005 (Document Number 704) was erroneously filed electronically, when it should have been filed conventionally under seal;

SCANNED
MAR 3 0 2005
U.S. DISTRICT COURT MPLS

**IT IS HEREBY ORDERED** that Arctic Cat's and Suzuki's Objections to Magistrate Judge Erickson's Report and Recommendation of March 14, 2005 (Document Number 704) shall be removed from the electronic docket and shall be filed conventionally under seal pursuant to the Protective Order in this matter (Document Number 92).

Dated: March 30, 2005.

BY THE COURT:

Michael J. Davis

Judge Michael J. Davis
United States District Court