**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 30th day of March 2005, I caused the following document:

ARCTIC CAT'S AND SUZUKI'S OBJECTIONS TO MAGISTRATE JUDGE ERICKSON'S REPORT AND RECOMMENDATION OF MARCH 14, 2005
**FILED UNDER SEAL**

to be served by facsimile and Federal Express on:

Anthony de Alcuaz
McDERMOTT, WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304-1212

and by messenger on:

David P. Pearson
WINTHROP & WEINSTINE, P.A.
Suite 3500
225 South Sixth Street
Minneapolis, MN 55402

ATTORNEYS FOR DEFENDANTS-COUNTERCLAIMANTS

Dated March 30, 2005

By: /s/________________________
Gail H. Antrim

251320.DOC