**STATE OF MINNESOTA**

**COUNTY OF HENNEPIN**

**AFFIDAVIT OF SERVICE**

**METRO LEGAL SERVICES**

Paul Wagner, being duly sworn, on oath says: that on the 30th day of March, 2005, at 5:08 p.m. (s)he served the attached Artic Cat's and Suzuki's Objections to Magistrate Judge Erickson's Report and Recommendation of March 14, 2005 upon David P. Pearson therein named, personally at 225 2nd Avenue South, #3600, Minneapolis, County of Hennepin, State of Minnesota, by handing to and leaving with Lindsay Halickson, Agent for Legal Process, an expressly authorized agent for service for said David P. Pearson, a true and correct copy thereof.

Subscribed and sworn to before me,
March 31, 2005.

Notary Public

JOSEPH WAGNER
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

Re: 5882.36514