UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ARCTIC CAT, INC., a Minnesota Corporation,

Plaintiff,

v.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Defendants.

---

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Counterclaimants,

v.

ARCTIC CAT, INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,

Counterdefendants.

---

No.: 01-CV-543 MJD/RLE

**FILED UNDER SEAL**

**NOTIFICATION OF CONVENTIONAL FILING OF IRS AND PACER'S RESPONSE TO ARCTIC CAT'S AND SUZUKI'S OBJECTIONS TO MAGISTRATE JUDGE ERICKSON'S REPORT AND RECOMMENDATION OF MARCH 14, 2005**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**IRS and Pacer's Response to Arctic Cat's and Suzuki's Objections to Magistrate Judge Erickson's Report and Recommendation of March 14, 2005 (UNDER SEAL)**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason:

_X__ Item Under Seal* (Document number of protective order: __92__)

* Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

2272177v1