**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| ARCTIC CAT INC.,<br>a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INJECTION RESEARCH SPECIALISTS, INC., a Colorado Corporation, and PACER INDUSTRIES, INC., a Missouri Corporation,<br><br>Defendants. | Civil Action No. 01-CV-543 (MJD/RLE)<br><br>Hon. Michael J. Davis<br>Hon. Raymond L. Erickson (Magistrate)<br><br>**Filed Under Seal**<br>**Pursuant to Protective Order** |
| INJECTION RESEARCH SPECIALISTS, INC., a Colorado Corporation, and PACER INDUSTRIES, INC., a Missouri Corporation,<br><br>Counterclaimants,<br><br>v.<br><br>ARCTIC CAT INC.,<br>a Minnesota Corporation, and<br>SUZUKI MOTOR CORPORATION,<br>a Japanese Corporation,<br><br>Counterclaim Defendants. | **NOTICE OF CONVENTIONAL FILING OF ARCTIC CAT'S AND SUZUKI'S RESPONSE TO IRS'S OBJECTIONS TO THE MARCH 14, 2005 REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE ERICKSON** |

This filing is in conventional or physical form only, and is on file with the Clerk's Office. If you are a participant in this case, this filing will be served upon you in conventional format. This filing was not e-filed for the following reason(s):

______ Voluminous Document (PDF file size larger than the e-filing system allows)*

______ Unable to Scan Documents

______ Physical Object (description):

______ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X____ Item Under Seal* (Document number of protective order: 92):

**Arctic Cat's and Suzuki's Response to IRS's Objections to the March 14, 2005 Report and Recommendation of Magistrate Judge Erickson**

______ Conformance with the Judicial Conference Privacy Policy (General Order 53)

______ Other (description)

*Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).