IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CERTIFICATE OF SERVICE

**Arctic Cat Inc. v. Injection Research Specialists, Inc. et al. 01-CV-543 MJD/RLE**

I do hereby certify that on this 11th day of April 2005, I caused the following document:

NOTIFICATION OF CONVENTIONAL FILING OF ARCTIC CAT'S AND SUZUKI'S RESPONSE TO IRS'S OBJECTIONS TO THE MARCH 14, 2005 REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE ERICKSON

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Anthony de Alcuaz, Esq. (e-mail: adealcuaz@mwe.com)
McDERMOTT, WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304-1212
FAX: (650) 813-5100

David P. Pearson, Esq. (e-mail: dpearson@winthrop.com)
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402-4629

Due to the conventional filing **UNDER SEAL**, I further certify that I caused a copy of the conventionally filed document to be delivered via messenger to David P. Pearson, Esq. and via facsimile and Federal Express to Anthony de Alcuaz, Esq.

Dated: April 11, 2005

By: **/s/ Aaron A. Myers**

Aaron A. Myers
Robins, Kaplan, Miller & Ciresi L.L.P.
**Attorneys for Arctic Cat Inc.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8488; FAX: (612) 339-4181
aamyers@rkmc.com