UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ARCTIC CAT, INC., a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,<br><br>Defendants.<br><br>INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,<br><br>Counterclaimants,<br><br>v.<br><br>ARCTIC CAT, INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,<br><br>Counterdefendants. | No.: 01-CV-543 MJD/RLE<br><br>**FILED UNDER SEAL**<br><br>**NOTIFICATION OF CONVENTIONAL FILING OF DECLARATION OF MICHAEL S. WILCOX IN SUPPORT OF IRS AND PACER'S RESPONSE TO ARCTIC CAT'S AND SUZUKI'S OBJECTIONS TO MAGISTRATE JUDGE ERICKSON'S REPORT AND RECOMMENDATION OF MARCH 14, 2005** |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**Declaration of Michael S. Wilcox in Support of IRS and Pacer's Response to Arctic Cat's and Suzuki's Objections to Magistrate Judge Erickson's Report and Recommendation of March 14, 2005 (UNDER SEAL)**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason:

_X__ Item Under Seal* (Document number of protective order: __92__)

* Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

2272185v1