IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CERTIFICATE OF SERVICE

**Arctic Cat, Inc. v. Injection Research Specialists, Inc. et al., 01-CV-543 MJD/RLE**

I hereby certify that on March 28, 2005, I caused the following documents (UNDER SEAL):

**NOTIFICATION OF CONVENTIONAL FILING OF ERRATA SHEET TO INJECTION RESEARCH SPECIALISTS, INC.'S AND PACER INDUSTRIES, INC. OBJECTIONS TO MARCH 14, 2005 REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE ERICKSON(UNDER SEAL)**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Annamarie A. Daley (e-mail: AADaley@rkmc.com)
Robins Kaplan Miller & Ciresi
2800 LaSalle Plaza; 800 LaSalle Avenue
Minneapolis, MN 55402

William F. Forsyth (e-mail: wforsyth@hensonefron.com)
Henson & Efron, P.A.
220 South Sixth Street, Suite 1800
Minneapolis, MN 55402

Thomas H. Jenkins (tom.jenkins@finnegan.com)
Finnegan, Henderson, Farabow, Garrett & Dinner, LLP
1300 "I" Street N.W.
Washington, D.C. 20005-3115
FAX: (212) 408-4400

Due to the fact that the aforementioned documents are **UNDER SEAL,** I further certify that I caused a copy of the foregoing documents to be delivered via messenger to Annamarie Daley and William Forsyth and via facsimile transmission and federal express mail to Thomas Jenkins.

Dated: March 28, 2005

**s/ David P. Pearson**
David P. Pearson
Winthrop & Weinstine, P.A.
**Attorneys for Injection Research Specialists, Inc. and Pacer Industries, Inc.**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
(612) 604-6692; FAX: (612) 604-6892
dpearson@winthrop.com