IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

ARCTIC CAT, INC., a Minnesota corporation,

Plaintiff,

v.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Defendant.

No. 01-CV-543 MJD/RLE

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Counterclaimants,

v.

ARCTIC CAT, INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,

Counterdefendants.

**INJECTION RESEARCH SPECIALISTS, INC.'S AND PACER INDUSTRIES, INC.'S RESPONSE TO NOTICE OF INTENT TO CLAIM AWARD OF ATTORNEY FEES**

Injection Research Specialists, Inc. and Pacer Industries, Inc. (collectively "IRS") hereby respond to Arctic Cat, Inc.'s and Suzuki Motor Corporation's Joint Notice of Intent to Claim Awards of Attorney Fees Prior to Entry of Final Judgment.

**DEFENDANTS' JOINT NOTICE IS PREMATURE AND PROCEDURALLY IMPROPER**

Arctic Cat and Suzuki have filed their notice of intent to claim attorney's fees **before** final judgment, purportedly "pursuant" to Local Rule 54.3(b)(2). Local Rule 54.3(b)(2) permits a party to file notice of an intent to claim an award of attorney's fees "**after** the entry of judgment in the case". There is no provision in the Local Rules for such a notice prior to the entry of final judgment. Rule 54(d)(2)(B) F.R.C.P. similarly provides for a motion for attorney's fees **after** the entry of judgment.

No final judgment has been entered in this case. Until such final judgment is entered, Arctic Cat and Suzuki have no basis to seek attorney's fees either under Local Rule 54.3 or under Rule 54 F.R.C.P. IRS believes that this Court should enter final judgment pursuant to F.R.C.P. 54(b) and intends to move for Rule 54(b) certification. The timing and procedures for any attorney's fees motion should be considered after such judgment is entered.

In addition to being premature, the "notice" is also an improper motion to extend the word limits and to set a briefing schedule without a showing of good cause and without first meeting and conferring with IRS. The new Local Rules provide that briefs should not exceed 12,000 words (about 35 pages). L.R. 7.1(c). Arctic Cat and Suzuki request 17,500 words, but fail to show cause why 5,500 more words (about 15 more

pages) are necessary.

As for the briefing schedule, Local Rule 54.3 provides that **after** a final judgment, a party can suggest a briefing schedule for its motion to seek attorney's fees. The schedule proposed by Arctic Cat and Suzuki is not, in any event, reasonable. The Local Rules for dispositive motions provide at least 25 days – nearly a month – for the responding party to prepare its opposition. L.R. 7.1(b). The moving party then has eight days to reply. Id. Rule 54(d)(2)(D) allows the reference of attorney's fees applications to a magistrate judge "as if it were a dispositive pretrial matter". Here, Arctic Cat and Suzuki, again without cause, vary the applicable rules and propose giving IRS only two weeks to respond, but still give themselves a week for their reply. IRS would have suggested a more equitable schedule in a meet and confer had Arctic Cat or Suzuki bothered to raise these issues with IRS before filing their "notice". Arctic Cat and Suzuki never informed IRS of its intent to file this "notice" and no such conference occurred. If and when such motion for attorney's fees is filed, the briefing schedule should be that for dispositive motions or such other schedule as the parties may request, after conferring, and the Court approves.

In short, this Court should not entertain Arctic Cat's and Suzuki's premature notice of intent to seek attorney's fees before final judgment or take any action upon their unsupported motions to extend the word limits and set an unfair briefing schedule.

Dated: May 12, 2005

McDERMOTT WILL & EMERY LLP

/s/Anthony de Alcuaz

Anthony de Alcuaz
Robert J. Blanch
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000

and

David J. Pearson (#84712)
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3400
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400

***Attorneys for Defendants and Counterclaimants Injection Research Specialists, Inc. and Pacer Industries, Inc.***