IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CERTIFICATE OF SERVICE

**Arctic Cat, Inc. v. Injection Research Specialists, Inc. et al., 01-CV-543 MJD/RLE**

I hereby certify that on May 12, 2005, I caused the following document:

INJECTION RESEARCH SPECIALISTS, INC.'S AND PACER INDUSTRIES, INC.'S RESPONSE TO PREMATURE NOTICE OF INTENT TO CLAIM AWARD OF ATTORNEY FEES

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Annamarie A. Daley (e-mail: aadaley@rkmc.com)
Robins Kaplan Miller & Ciresi
2800 LaSalle Plaza; 800 LaSalle Avenue
Minneapolis, MN 55402-2015

William F. Forsyth (e-mail: wforsyth@hensonefron.com)
Henson & Efron, P.A.
220 South Sixth Street, Suite 1800
Minneapolis, MN 55402-2500

Thomas H. Jenkins (e-mail: tom.jenkins@finnegan.com)
Finnegan, Henderson, Farabow, Garrett & Dinner, L.L.P.
1300 "I" Street N.W.
Washington, D.C. 20005-3115

ATTORNEYS FOR PLAINTIFF AND COUNTERDEFENDANTS

Dated: May 12, 2005

**/s/Anthony de Alcuaz**
Anthony de Alcuaz
McDermott Will & Emery LLP
**Attorneys for Injection Research Specialists, Inc. and Pacer Industries, Inc.**
3150 Porter Drive
Palo Alto, CA 94304
(650) 813-5193
adealcuaz@mwe.com