**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

ARCTIC CAT INC.,
a Minnesota corporation,

Plaintiff,

v.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Defendants.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Counterclaimants,

v.

ARCTIC CAT INC.,
a Minnesota corporation, and
SUZUKI MOTOR CORPORATION,
a Japanese corporation,

Counterclaim Defendants.

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING ARCTIC CAT'S AND SUZUKI'S REPLY TO IRS'S AND PACER'S RESPONSE TO NOTICE OF INTENT TO CLAIM AWARD OF ATTORNEY FEES**

Civil Action No. 01-CV-543 (MJD/RLE)

I, Annamarie A. Daley, certify that Arctic Cat's and Suzuki's Reply to IRS's and Pacer's Response to Notice of Intent to Claim Award of Attorney Fees complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word Version 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 1,145 words.

Date: May 18, 2005

s/ Annamarie A. Daley

Annamarie A. Daley (MN #158112)
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaze
800 LaSalle Avenue
Minneapolis, MN 55402-2015
612-349-8431

ATTORNEYS FOR PLAINTIFF