**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

ARCTIC CAT, INC., a Minnesota corporation,

Plaintiff,

v.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Defendant.

No. 01-CV-543 MJD/RLE

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Counterclaimants,

v.

ARCTIC CAT, INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,

Counterdefendants.

**CERTIFICATE OF COMPLIANCE**

**WITH LR 7.1 (c) AND (e)**

Pursuant to Rule LR 7.1 (c) and (e), the undersigned hereby certifies, as counsel for Defendants and Counterclaimants, Injection Research Specialists, Inc. and Pacer Industries, Inc., that Injection Research Specialists, Inc.'s And Pacer Industries, Inc.'s Memorandum In Support Of Motion To Enter Final Judgment, To Dismiss Remaining Declaratory Judgment Claims Without Prejudice, And To Stay Arctic Cat's And Suzuki's Attorney Fees Claim Pending Appeal was prepared in Microsoft Word 2002 using 13-point font.

The undersigned further certifies that Injection Research Specialists, Inc.'s And Pacer Industries, Inc.'s Memorandum In Support Of Motion To Enter Final Judgment, To Dismiss Remaining Declaratory Judgment Claims Without Prejudice, And To Stay Arctic Cat's And Suzuki's Attorney Fees Claim Pending Appeal complies with the type-length limitation as there are 3,762 words in this Memorandum, according to Microsoft Word 2002's word count including headings, footnotes and quotations.

Dated: May 24, 2005

McDERMOTT WILL & EMERY LLP

/s/ Anthony de Alcuaz

Anthony de Alcuaz
Robert J. Blanch
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000

and

David J. Pearson (#84712)
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3400
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400

***Attorneys for Defendants and Counterclaimants Injection Research Specialists, Inc. and Pacer Industries, Inc.***

MPK 91580-1.054249.0012