IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CERTIFICATE OF SERVICE

I do hereby certify that on this 24th day of May, 2005, I caused the following documents:

1. **Injection Research Specialists, Inc.'s And Pacer Industries, Inc.'s Memorandum In Support Of Motion To Enter Final Judgment, To Dismiss Remaining Declaratory Judgment Claims Without Prejudice, And To Stay Arctic Cat's And Suzuki's Attorney Fees Claim Pending Appeal;**

2. **Injection Research Specialists, Inc.'s And Pacer Industries, Inc.'s Notice Of Motion And Motion To Enter Final Judgment, To Dismiss Remaining Declaratory Judgment Claims Without Prejudice, And To Stay Arctic Cat's And Suzuki's Attorney Fees Claims Pending Appeal;**

3. **Certificate of Compliance With LR 7.1 (c) and (3)**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Annamarie A. Daly, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Facsimile: (612) 339-4181
*Attorney for Plaintiff/Counterdefendant Arctic Cat, Inc.*

William F. Forsyth, Esq.
Henson & Efron Professional Association
220 South Sixth Street, Suite 1800
Minneapolis, MN 55402-4503
Facsimile: (612) 339-6364
*Attorney for Plaintiff/Counterdefendant Suzuki Motor Corporation*

Thomas H. Jenkins, Esq.
Bruce C. Zotter, Esq.
Naoki Yoshida, Esq.
Finnegan, Henderson, et al.
901 New York Avenue, NW
Washington, DC 20001-4413
Facsimile: (202) 408-4400
*Attorney for Plaintiff/Counterdefendant Suzuki Motor Corporation*

I further certify that I caused a copy of the foregoing documents to be sent by facsimile transmission to aforementioned attorneys to the facsimile numbers set forth after their names:

**4. [Proposed] Order Granting Injection Research Specialists, Inc.'s and Pacer Industries, Inc.'s Motion to Enter Final Judgment, to Dismiss Remaining Declaratory Judgment Claims Without Prejudice, and to Stay Adjudication of Attorney Fees Claims Pending Appeal;**

**5. [Proposed] Final Declaratory Judgment.**

Dated: May 24, 2005 By: /s/ Anthony de Alcuaz
Anthony de Alcuaz

MPK 91668-1.054249.0012