# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ARCTIC CAT, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,<br><br>Defendant. | Civil Action No. 01-CV-543 MJD/RLE<br><br>**ORAL ARGUMENT REQUESTED** |
| INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,<br><br>Counterclaimants,<br><br>v.<br><br>ARCTIC CAT, INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,<br><br>Counterdefendants. | |

## INJECTION RESEARCH SPECIALISTS, INC.'S AND PACER INDUSTRIES, INC.'S NOTICE OF MOTION AND MOTION TO ENTER FINAL JUDGMENT, TO DISMISS REMAINING DECLARATORY JUDGMENT CLAIMS WITHOUT PREJUDICE, AND TO STAY ARCTIC CAT'S AND SUZUKI'S ATTORNEY FEES CLAIMS PENDING APPEAL

TO: Plaintiff Arctic Cat, Inc., and its attorneys, Annamarie A. Daley of Robins, Kaplan, Miller & Ciresi, 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402 and Defendant Suzuki Motor Corporation and its attorneys, William F. Forsyth of Henson & Efron, PA, 220 South Sixth Street, Suite 1800, Minneapolis, MN 55402-4503 and Thomas H. Jenkins of Finnegan Henderson Farabow Garrett & Dunner, LLP, 901 New York Avenue, NW, Washington, DC 20001-4413

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that at a time and place convenient to the Honorable Michael J. Davis, Judge of the United States District Court for the District of Minnesota, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, Defendants and Counterclaimants Injection Research Specialists, Inc., and Pacer Industries, Inc. will move this Court for an order granting Injection Research Specialists, Inc. and Pacer Industries, Inc.'s Motion To Enter Final Judgment, To Dismiss Remaining Declaratory Judgment Claims Without Prejudice, And To Stay Arctic Cat's And Suzuki's Attorney Fees Claims Pending Appeal.

This Motion is brought pursuant to Rule 54(a) and 58(d) of the Federal Rules of Civil Procedure, and is based on the accompanying Memorandum of Law, oral argument of counsel to be presented at hearing, and the records and proceedings in this case.

A proposed order and a proposed final declaratory judgment are submitted herewith.

Dated: May 24, 2005

McDERMOTT WILL & EMERY LLP

/s/ Anthony de Alcuaz

Anthony de Alcuaz
Robert J. Blanch
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000

and

David J. Pearson (#84712)
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3400
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400

***Attorneys for Defendants and Counterclaimants Injection Research Specialists, Inc. and Pacer Industries, Inc.***

MPK 91552-1.054249.0012