**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

ARCTIC CAT, INC., a Minnesota corporation,

Plaintiff,

v.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Defendant.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Counterclaimants,

v.

ARCTIC CAT, INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,

Counterdefendants.

Civil Action No. 01-CV-543 MJD/RLE

**ORAL ARGUMENT REQUESTED**

Hearing Date: September 7, 2005
Hearing Time: 9:00 a.m.
Assigned to: The Honorable Michael J. Davis

**INJECTION RESEARCH SPECIALISTS, INC.'S AND PACER INDUSTRIES, INC.'S NOTICE OF MOTION TO ENTER FINAL JUDGMENT, TO DISMISS REMAINING DECLARATORY JUDGMENT CLAIMS WITHOUT PREJUDICE, AND TO STAY ARCTIC CAT'S AND SUZUKI'S ATTORNEY FEES CLAIMS PENDING APPEAL**

TO: Plaintiff Arctic Cat, Inc., and its attorneys, Annamarie A. Daley of Robins, Kaplan, Miller & Ciresi, 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402 and Defendant Suzuki Motor Corporation and its attorneys, William F. Forsyth of Henson & Efron, PA, 220 South Sixth Street, Suite 1800, Minneapolis, MN 55402-4503 and Thomas H. Jenkins of Finnegan Henderson Farabow Garrett & Dunner, LLP, 901 New York Avenue, NW, Washington, DC 20001-4413

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that at 9:00 a.m. on September 7, 2005 before the Honorable Michael J. Davis, Judge of the United States District Court for the District of Minnesota, located at U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, Defendants and Counterclaimants Injection Research Specialists, Inc. and Pacer Industries, Inc. will move this Court for an order granting Injection Research Specialists, Inc.'s and Pacer Industries, Inc.'s Motion To Enter Final Judgment, To Dismiss Remaining Declaratory Judgment Claims Without Prejudice, And To Stay Arctic Cat's And Suzuki's Attorney Fees Claims Pending Appeal.

Per the Court's instructions, any opposition to this motion shall be filed no later than noon on August 18, 2005.

Any reply to the opposition shall be filed no later than noon on August 26, 2005.

The Court has granted each side fifteen (15) minutes to argue this motion on September 7, 2005.

Dated: June 17, 2005

McDERMOTT WILL & EMERY LLP

/s/ Anthony de Alcuaz

Anthony de Alcuaz
Robert J. Blanch
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000

and

David J. Pearson (#84712)
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3400
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400

***Attorneys for Defendants and Counterclaimants Injection Research Specialists, Inc. and Pacer Industries, Inc.***

MPK 91552-2.054249.0012