**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I do hereby certify that on June 17, 2005, I caused the following document:

**INJECTION RESEARCH SPECIALISTS, INC.'S AND PACER INDUSTRIES, INC.'S NOTICE OF MOTION TO ENTER FINAL JUDGMENT, TO DISMISS REMAINING DECLARATORY JUDGMENT CLAIMS WITHOUT PREJUDICE, AND TO STAY ARCTIC CAT'S AND SUZUKI'S ATTORNEY FEES CLAIMS PENDING APPEAL**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Annamarie A. Daly, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Facsimile: (612) 339-4181
*Attorney for Plaintiff/Counterdefendant*
*Arctic Cat, Inc.*

William F. Forsyth, Esq.
Henson & Efron Professional Association
220 South Sixth Street, Suite 1800
Minneapolis, MN 55402-4503
Facsimile: (612) 339-6364
*Attorney for Plaintiff/Counterdefendant*
*Suzuki Motor Corporation*

Thomas H. Jenkins, Esq.
Bruce C. Zotter, Esq.
Naoki Yoshida, Esq.
Finnegan, Henderson, et al.
901 New York Avenue, NW
Washington, DC 20001-4413
Facsimile: (202) 408-4400
*Attorney for Plaintiff/Counterdefendant*
*Suzuki Motor Corporation*

Dated: June 17, 2005

By: /s/ Anthony de Alcuaz
Anthony de Alcuaz

MPK 92971-1.054249.0012