UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No.: 01-543 (MJD/RLE)

ARCTIC CAT, INC.,

Plaintiff.

v. **ORDER**

INJECTION RESEARCH SPECIALISTS, INC., et al.,

Defendants.

---

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Raymond L. Erickson is designated to conduct hearings on the motion to dismiss, motion for entry of final judgment and motion to stay [all docket # 724]. In regard to dispositive motions, Magistrate Judge Erickson is to submit proposed findings of fact and recommendations of law on the motions previously listed. Any such motions shall be noticed for hearing before Magistrate Judge Raymond L. Erickson.

Dated: June 20, 2005

s/Michael J. Davis
MICHAEL J. DAVIS
United States District Court Judge