UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Arctic Cat, Inc.,

Plaintiff,

vs. NOTICE OF HEARING

Injection Research Specialists,
Inc., et al.,

Defendants. Civ. No. 01-543(MJD/RLE)

* * * * * * * * * * * * * * * * * * *

Pursuant to Title 28 U.S.C. §636(b)(1)(B), and Order of Reference dated June 20, 2005, the Motion to Enter Final Judgment, To Dismiss Remaining Declaratory Judgment Claims Without Prejudice, and To Stay Arctic Cat's and Suzuki's Attorney Fees Claims Pending Appeal [Docket No. 724] is set for Hearing before the undersigned on **Tuesday, July 26, 2005, at 1:30 p.m.**, in Court Room 12W, United States Courthouse, 300 South Fourth, Minneapolis, Minnesota. The parties are directed to the Local Rules for the District of Minnesota and the Electronic Case Filing Procedures for the District of Minnesota/Civil.

BY THE COURT:

DATED: June 27, 2005

s/Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE