ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

**Annamarie A. Daley**
**612-349-8431**

July 5, 2005

***Via Facsimile***
The Honorable Raymond L. Erickson
United States District Court
515 West 1st Street Room 412
Duluth, MN 55802-1397

**Re:** ***Arctic Cat Inc. v. Injection Research Specialists, Inc. and Pacer Industries, Inc.***
**Civil Case No. 01-CV-543 MJD/RLE**
**Our File No.: 121363.0029**

Dear Judge Erickson:

This letter is being sent to confirm the conference call that counsel for all parties (Tom Jenkins, Anthony deAlcuaz and Annamarie Daley) had last Friday with your clerk, Victoria Miller, regarding rescheduling of the hearing on Injection Research Specialists, Inc.'s and Pacer Industries, Inc.'s Motion to Enter Final Judgment, to Dismiss Remaining Declaratory Judgment Claims without Prejudice, and to Stay Arctic Cat's and Suzuki's Attorney Fees Claims Pending Appeal. The hearing on this motion was referred to Your Honor by Order of Judge Davis, dated June 20, 2005. The original hearing on this motion had been set for July 26, 2005—a date which fell during a long-planned vacation with my family. All counsel have agreed that the hearing can be rescheduled for August 24, 2005 at 9:00 a.m. We understand that the hearing on that date will occur at the Minneapolis Federal Courthouse.

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Annamarie A. Daley
Counsel for Arctic Cat Inc.

AAD/vr

cc: Tom Jenkins, counsel for Suzuki
Anthony deAlcuaz, counsel for Injection Research Specialists, Inc. and Pacer Industries Inc


ATLANTA · BOSTON · LOS ANGELES | MINNEAPOLIS | NAPLES · SAINT PAUL · WASHINGTON, D.C.