IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CERTIFICATE OF SERVICE

**Arctic Cat Inc. v. Injection Research Specialists, Inc. et al. 01-CV-543 MJD/RLE**

I do hereby certify that on this 5th day of July 2005, I caused the following document:

JULY 5, 2005, LETTER TO THE COURT

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Anthony de Alcuaz
Robert J. Blanch
McDERMOTT, WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304-1212

David P. Pearson
WINTHROP & WEINSTINE, P.A.
Suite 3500
225 South Sixth Street
Minneapolis, MN 55402

Thomas H. Jenkins, Esq.
Bruce C. Zotter, Esq.
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001

William F. Forsyth
HENSON & EFRON, P.A.
220 South Sixth Street, Suite 1800
Minneapolis, Minnesota 55402-4503

Dated: July 5, 2005.

By: s/Annamarie A. Daley
Annamarie A. Daley