UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Arctic Cat, Inc.,

Plaintiff,

vs. ORDER

Injection Research Specialists, Inc.,
et al.,

Defendants. Civ. No. 01-543 (MJD/RLE)

* * * * * * * * * * * * * * * * * *

A Notice of Hearing was issued on June 27, 2005, setting the Motion to Enter Final Judgment, To Dismiss Remaining Declaratory Judgment Claims Without Prejudice, and To Stay Arctic Cat's and Suzuki's Attorney Fees Claims Pending Appeal [Docket No. 724] for hearing on July 26, 2005. Counsel for Arctic Cat, Inc., has requested that the hearing date be reschedule, due to a scheduled family vacation. A telephone conference was conducted with counsel for the parties and the undersigned's Judicial Assistant, and there was no objection for the parties to rescheduling the hearing date. The informal request to reschedule the hearing date will be granted.

ACCORDINGLY, It is --

ORDERED:

That the informal request to reschedule the hearing date [Docket No. 729] is GRANTED. The hearing date on the pending Motion [Docket No. 724] is reset for **9:00 a.m., on Wednesday,**

**August 24, 2005, before Magistrate Judge Raymond L. Erickson, in Court Room 12W, United States Courthouse, Minneapolis, Minnesota**.

BY THE COURT:

s/Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: July 6, 2005