**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| ARCTIC CAT INC.,<br>a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC.,<br>a Missouri corporation,<br><br>Defendants. | **LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING ARCTIC CAT'S AND SUZUKI'S RESPONSE TO INJECTION RESEARCH SPECIALISTS, INC.'S AND PACER INDUSTRIES, INC.'S MOTION TO ENTER FINAL JUDGMENT, TO DISMISS REMAINING DECLARATORY JUDGMENT CLAIMS WITHOUT PREJUDICE AND TO STAY ATTORNEYS FEES CLAIMS PENDING APPEAL**<br><br>Civil Action No. 01-CV-543 (MJD/RLE) |
| INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC.,<br>a Missouri corporation,<br><br>Counterclaimants,<br><br>v.<br><br>ARCTIC CAT INC.,<br>a Minnesota corporation, and<br>SUZUKI MOTOR CORPORATION,<br>a Japanese corporation,<br><br>Counterclaim Defendants. | |

I, Annamarie A. Daley, certify that Arctic Cat's and Suzuki's Response to Injection Research Specialists, Inc.'s and Pacer Industries, Inc.'s Motion to Enter Final Judgment, to Dismiss Remaining Declaratory Judgment Claims Without Prejudice and to Stay Attorneys Fees Claims Pending Appeal complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word Version 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 7,670 words.

Date: August 4, 2005

s/ Annamarie A. Daley
Annamarie A. Daley (MN #158112)
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaze
800 LaSalle Avenue
Minneapolis, MN 55402-2015
612-349-8431

ATTORNEYS FOR PLAINTIFF