**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ARCTIC CAT INC., a Minnesota Corporation,

Civ. No. 01-543 (MJD/RLE)

Plaintiff,

vs.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado Corporation, and PACER INDUSTRIES, INC., a Missouri Corporation,

Defendants,

and

INJECTION RESEARCH SPECIALISTS, INC., a Colorado Corporation, and PACER INDUSTRIES, INC., a Missouri Corporation,

Counterclaimants,

vs.

ARCTIC CAT INC., a Minnesota Corporation, and SUZUKI MOTOR CORPORATION, a Japanese Corporation,

Counterdefendants.

**DECLARATION OF ANNAMARIE A. DALEY**

I, ANNAMARIE A. DALEY, declare:

1. I am a partner with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and am one of the attorneys representing plaintiff Arctic Cat Inc. (“Arctic Cat”) in this matter. I make this declaration in support of Arctic Cat’s and Suzuki’s Response to Injection Research

Specialists, Inc.'s and Pacer Industries, Inc.'s Motion to Enter Final Judgment, to Dismiss Remaining Declaratory Judgment Claims Without Prejudice and to Stay Attorneys Fees Claims Pending Appeal.

2. Exhibit A is a true and correct copy of a letter from Robert Cummins to Roger Skime, dated February 11, 1991.

3. Exhibit B is a true and correct copy of a letter from John Balch to Christopher Twomey, dated March 23, 2001.

4. Exhibit C is a true and correct copy of a letter from John Bernstein to Gary Lozow and Peter Van Mieghem, dated April 5, 2002.

5. Exhibit D is a true and correct copy of an e-mail from Peter Clark to John Bernstein, dated March 29, 2002.

6. Exhibit E is a true and correct copy of an e-mail from Peter Clark to John Bernstein, dated April 4, 2002.

7. Exhibit F is the cover page and excerpts from the Kutak Rock 30(b)(6) depositions, dated June 5, 2003 and May 6, 2004.

8. Exhibit G is a true and correct copy of a letter from Peter Clark to Bradley Beck, dated December 16, 2002.

9. Exhibit H is a true and correct copy of a letter from John Bernstein to Jeffer Ali, dated December 23, 2002.

10. Exhibit I is the cover page and excerpts from the Kutak Rock 30(b)(6) deposition, dated June 5, 2003.

11. Exhibit J is the cover page and excerpts from the deposition of Conrad Bagne, dated September 2, 2003.

12. Exhibit K is a true and correct copy of the Patent Assignment and License Agreement, dated August 1, 2001 (executed by Pacer on Sept. 13, 2001).

13. Exhibit L is the cover page and excerpts from the Dana 30(b)(6) deposition, dated August 13, 2003.

14. Exhibit M contains excerpts from a true and correct copy of the "Memorandum of Agreement," dated April 13, 2000.

15. Exhibit N is a true and correct copy of an e-mail from Peter Clark to Angela Rodriguez, dated December 30, 2002.

16. Exhibit O is the cover page and excerpts from the deposition of John Balch, dated June 12, 2003.

17. Exhibit P is the cover page and excerpts from the deposition of Glenn Paton, dated August 14, 2003.

18. Exhibit Q is a true and correct copy of an unpublished Order in *Transclean Corporation v. Bridgewood Services, Inc.*, dated February 6, 2001.

To the best of my knowledge and belief, I declare, under penalty of perjury, that all of the statements made herein are true.

FURTHER DECLARANT SAITH NAUGHT.

Dated: August 4, 2005.

s/Annamarie A. Daley
Annamarie A. Daley