# Exhibit N



"Clark, Peter W."
<Peter.Clark@KutakRock.com>

12/30/2002 10:32 AM

To: <arodriguez@mwe.com>
cc:
Subject: Kutak Rock index of boxes in storage

Hi, Angela.

Here is the updated index which reflects which boxes were destroyed.

Peter Clark
Paralegal
Kutak Rock - Denver
(303) 297-2400

<<Echlin index to boxes in storage.DOC>>

######################################################################
The information contained in this electronic mail transmission (including any accompanying attachments) is intended solely for its authorized recipient(s), and may be confidential and/or legally privileged. If you are not an intended recipient, or responsible for delivering some or all of this transmission to an intended recipient, you have received this transmission in error and are hereby notified that you are strictly prohibited from reading, copying, printing, distributing or disclosing any of the information contained in it. In that event, please contact us immediately by telephone (402)346-6000 or by electronic mail at postmaster@kutakrock.com and delete the original and all copies of this transmission (including any attachments) without reading or saving in any manner.

Thank you.
######################################################################

Echlin index to boxes in storage.DC

Exhibit No.: 1037
Deponent: Beck
Date/RPR: 5/5/04 MH
Hunter + Geist, Inc.

# INDEX TO BOXES IN STORAGE ON 15TH FLOOR (KUTAK ROCK)

## ECHLIN 3297/02-002
## *IRS V. POLARIS* and ARCTIC CAT case

| BOX NO. | DESCRIPTION | COMMENTS/FILE JACKETS |
|---|---|---|
| 100 | Polaris May Use 1-264 | Shredded 5/3/02 |
| 101 | Polaris May Use 265-380 | Shredded 5/3/02 |
| 102 | Polaris May Use 382-522 | Shredded 5/3/02 |
| 103 | Polaris May Use 523-699 | Shredded 5/3/02 |
| 104 | Polaris May Use 700-1035 | Shredded 5/3/02 |
| 105 | Polaris May Use 1036-1445 | Shredded 5/3/02 |
| 106 | Polaris May Use 1446-1770 | Shredded 5/3/02 |
| 107 | Polaris May Use 1771-2010 | Shredded 5/3/02 |
| 108 | Polaris May Use 2011-End | Shredded 5/3/02 |
| 109 | Polaris Will Use and Demonstratives | Shredded 5/3/02 |
| 110 | Fuji May Use 1-430 | Shredded 6/5/02 |
| 111 | Fuji May Use 431-845 | Shredded 6/5/02 |
| 112 | Fuji May Use 846-1080 | Shredded 6/5/02 |
| 113 | Fuji May Use 1081-1239 | Shredded 6/5/02 |
| 114 | Fuji May Use 1240-End | Shredded 6/5/02 |
| 115 | Fuji Will Use | Shredded 6/5/02 |
| 116 | Fuji Trial Exhibits pulled from May Use/Will Use: "F" Order (1) | Shredded 6/5/02 |
| 117 | Fuji Trial Exhibits pulled from May Use/Will Use: "F" Order (2) | Shredded 6/5/02 |
| 118 | IRS May Use 1-188 | Shredded 5/3/02 |
| 119 | IRS May Use 189-499 | Shredded 5/3/02 |
| 120 | IRS May Use Box 3 | Shredded 5/3/02 |
| 121 | Copies of Documents Chosen By Arctic Cat for Copying from 60 Boxes (Copies from Boxes 1-17) Copies for Niro, Scavone | 12/19/01 sent to Peter Van Mieghem |
| 122 | Copies of Documents Chosen By Arctic Cat for Copying from 60 Boxes (Copies from Boxes 18-29) Copies for Niro, Scavone | 12/19/01 sent to Peter Van Mieghem |
| 123 | Copies of Documents Chosen By Arctic Cat for Copying from 60 Boxes (Copies from Boxes 30-33) Copies for Niro, Scavone | 12/19/01 sent to Peter Van Mieghem |
| 124 | Japanese Translation Folders from Hanes & Schutz (mostly deposition exhibits) | JECS to Brad Beck, remainder shredded 6/02 |

IRS/AC0266606

02-33674.01

| BOX NO. | DESCRIPTION | COMMENTS/FILE JACKETS |
|---|---|---|
| 125 | IRS Translations (Bates Order)<br>Duplicate copies of handwritten translations on Hanes' Desk<br>Loose Translation Documents received from Hanes & Schutz | **JECS to Brad Beck, remainder shredded 6/02** |
| 126 | Loose Translation Documents received from Hanes & Schutz | **JECS to Brad Beck, remainder shredded 6/02** |
| 127 | Hanes & Schutz Files on Expert Witnesses | **Shredded 5/3/02** |
| 128 | Translation Files from Hanes & Schutz | **JECS to Brad Beck, remainder shredded 6/02** |
| 129 | Box 1 of Documents Produced by Polaris 8/95 from review by P. Clark and T. Schutz in Minneapolis (Documents not Bates stamped; all confidential) | **Shredded 5/3/02** |
| 130 | Box 2 of Documents Produced by Polaris 8/95 from review by P. Clark and T. Schutz in Minneapolis (Documents not Bates stamped; all confidential) | **Shredded 5/3/02** |
| 131 | Box 3 of Documents Produced by Polaris 8/95 from review by P. Clark and T. Schutz in Minneapolis (Documents not Bates stamped; all confidential) | **Shredded 5/3/02** |
| 132 | Box 4 of Documents Produced by Polaris 8/95 from review by P. Clark and T. Schutz in Minneapolis (Documents not Bates stamped; all confidential) | **Shredded 5/3/02** |
| 133 | Box 5 of Documents Produced by Polaris 8/95 from review by P. Clark and T. Schutz in Minneapolis (Documents not Bates stamped; all confidential) | **Shredded 5/3/02** |
| 134 | Box 6 of Documents Produced by Polaris 8/95 from review by P. Clark and T. Schutz in Minneapolis (Documents not Bates stamped; all confidential) | **Shredded 5/3/02** |
| 135 | Box 7 of Documents Produced by Polaris 8/95 from review by P. Clark and T. Schutz in Minneapolis (Documents not Bates stamped; all confidential) | **Shredded 5/3/02** |
| 136 | Box 8 of Documents Produced by Polaris 8/95 from review by P. Clark and T. Schutz in Minneapolis (Documents not Bates stamped; all confidential) | **Shredded 5/3/02** |
| 137 | Box 9 of Documents Produced by Polaris 8/95 from review by P. Clark and T. Schutz in Minneapolis (Documents not Bates stamped; all confidential) | **Shredded 5/3/02** |
| 138 | Box 10 of Documents Produced by Polaris 8/95 from review by P. Clark and T. Schutz in Minneapolis (Documents not Bates stamped; all confidential) | **Shredded 5/3/02** |

IRS/AC0266607

| BOX NO. | DESCRIPTION | COMMENTS/FILE JACKETS |
|---|---|---|
| 139 | Box 11 of Documents Produced by Polaris 8/95 from review by P. Clark and T. Schutz in Minneapolis (Documents not Bates stamped; all confidential) | **Shredded 5/3/02** |
| 140 | Box 12 of Documents Produced by Polaris 8/95 from review by P. Clark and T. Schutz in Minneapolis (Documents not Bates stamped; all confidential) | **Shredded 6/26/02** |
| 141 | Box 13 of Documents Produced by Polaris 8/95 from review by P. Clark and T. Schutz in Minneapolis (Documents not Bates stamped; all confidential) | **Shredded 5/3/02** |
| 142 | Box 14 of Documents Produced by Polaris 8/95 from review by P. Clark and T. Schutz in Minneapolis (Documents not Bates stamped; all confidential) | **Shredded 5/3/02** |
| 143 | Box 15 of Documents Produced by Polaris 8/95 from review by P. Clark and T. Schutz in Minneapolis (Documents not Bates stamped; all confidential) | **Shredded 5/3/02** |
| 144 | Box 16 of Documents Produced by Polaris 8/95 from review by P. Clark and T. Schutz in Minneapolis (Documents not Bates stamped; all confidential) (small box) | **Shredded 5/3/02** |
| 145 | Box 1 of Boxes of Documents Not Produced from 60 Boxes (**not** produced in either litigation) | 12/19/01 sent to Peter Van Mieghem |
| 146 | Box 2 of Boxes of Documents Not Produced from 60 Boxes (**not** produced in either litigation) | 12/19/01 sent to Peter Van Mieghem |
| 147 | Box 3 of Boxes of Documents Not Produced from 60 Boxes (**not** produced in either litigation) | 12/19/01 sent to Peter Van Mieghem |
| 148 | Box 4 of Boxes of Documents Not Produced from 60 Boxes (**not** produced in either litigation) | 12/19/01 sent to Peter Van Mieghem |
| 149 | Box 5 of Boxes of Documents Not Produced from 60 boxes (**not** produced in either litigation) | 12/19/01 sent to Peter Van Mieghem |
| 150 | Box 6 of Boxes of Documents Not Produced from 60 boxes (**not** produced in either litigation) | 12/19/01 sent to Peter Van Mieghem |
| 151 | Documents given to experts to review (includes E00000 to E01597) | **Shredded 6/26/02** Jackets S-1 to S-5 |
| 152 | Documents given to experts to review | **Shredded 6/26/02** Jackets S-6 to S-8 |
| 153 | Documents referenced in Goldscheider's Report – Rhodes's file: Antitrust | **Shredded 6/26/02** Jackets S-9 to S-12; Z-1 to Z-2 |

| BOX NO. | DESCRIPTION | COMMENTS/FILE JACKETS |
|---|---|---|
| 154 | Videotapes of Depositions:<br>Charles Baxter (5 tapes; 6/93)<br>Robert Bergeron (4 tapes; 7/95)<br>Gordon Blair (4 tapes; 12/8/95)<br>Wesley Blakeslee (3 tapes; 6/93)<br>William L. Cahoon (1 tape; 8/25/95)<br>Martin Chader (1 tape; 1/17/96)<br>Ron Chasteen (13 of 15 tapes; missing tapes 1 and 13; 6/93)<br>Ward Gatza (2 tapes; 6/25/93)<br>Jan Hedlund (8 tapes; 7/95)<br>Suzanne Maier (1 tape; 12/1/95)<br>James Nierstrom (3 tapes; 8/14/95)<br>Robert Nygaard (1 tape; 6/10/93) | 7/25/02 sent to Brad Beck |
| 155 | Videotapes of Depositions:<br>Jerry Rivard (2 tapes; 1/25/96)<br>Richard Staerzel (2 tapes; 2/6/96)<br>Charles D. Strang (1 tape; 8/14/95)<br>Yoshiki Yuzuriha (8 tapes; 11/95)<br>Takoa Nakauchi (2 tapes; 11/95)<br>Shinichi Kurosu (7 tapes; 11/95)<br>Fusao Tachibana (2 tapes; 11/95)<br>Mitsuhiko Shibata (7 tapes; 11/95)<br>Mitsugi Chonan (3 tapes; 11/95)<br>Tsutomu Kimura (4 tapes; 11/95)<br>Yohsuke Ishizuki (3 tapes; 11/95) | 7/25/02 sent to Brad Beck |
| 156 | Videotapes of Depositions: Edited tapes prepared for possible use in trial | 7/25/02 sent to Brad Beck |
| 157 | Videotapes of Depositions:<br>John Tate (3 tapes; 12/12/95)<br>Gary Divel (6 tapes; 6/93)<br>Gerhard Maier (8 tapes; 12/95)<br>Sealed transcripts of Japanese depositions (7 volumes) | 7/25/02 sent to Brad Beck |
| 158 | Sealed deposition transcripts:<br>Wesley Blakeslee (Vol. 2)<br>Robert Nygaard (Vol. 1)<br>Original transcripts of Japanese depositions<br>Copies of Japanese depositions | 7/25/02 sent to Brad Beck |
| 159 | Hancs & Schutz miscellancous deposition filcs<br>Extra copies of miscellaneous depositions | **Shredded 6/26/02** |
| 160 | Hanes & Schutz miscellaneous deposition files | **Shredded 6/26/02** |

IRS/AC0266609

| BOX NO. | DESCRIPTION | COMMENTS/FILE JACKETS |
|---|---|---|
| 161 | Extra copies of depositions:<br>Jan Hedlund (Vols. 1-5)<br>Gerhard Maier (Vols. 1-4 and IL case)<br>Rodney Preisser (11/15/90; 2 copies)<br>Charles Strang (8/14/95; 2 copies)<br>James Nerstrom (8/14/95; 2 copies) | **Shredded 5/3/02** |
| 162 | Extra copies of depositions:<br>Ron Chasteen (Vol. 1 thru 10)<br>Fusao Tachibana (11/13/95; several copies)<br>Yoshiki Yuzuriha (11/95; 2 copies)<br>Mitsuhiko Shibata (11/6/95; 2 copies)<br>John Balch (1/30/96) | **Shredded 5/3/02** |
| 163 | Cassandra Sasso's files:<br>Japanese depositions<br>O'Meara deposition<br>Rhodes<br>Defendants' experts<br>Costs<br>Echlin documents<br>Gatza deposition<br>Hedlund printout<br>Pacer<br>Bergeron deposition<br>Deposition exhibits<br>To Excell<br>New patents<br>Market share information<br>Old timelines<br>Document information<br>Bills | **Shredded 5/3/02** |

IRS/AC0266610

| BOX NO. | DESCRIPTION | COMMENTS/FILE JACKETS |
|---|---|---|
| 164 | Cassandra Sasso's files:<br>Potential deponents<br>Paradox database<br>Japanese discovery responses<br>IRS privileged log redactions<br>Documents produced by Fuji<br>RELA deposition<br>Marvin Jorgensen deposition<br>Miscellaneous law<br>Goldscheider<br>Echlin Agreement/Pacer Agreement<br><br>Sidley & Austin files:<br>Correspondence<br>Documents<br>Pleadings<br>IRS v. Maier | **Shredded 5/3/02** |
| 165 | Expert witness files:<br>Donald Banner (DBP000001-735)<br>Bernard Cuzzillo (BC documents)<br>Raymond Sims (RS860001-138 | **Shredded 6/26/02**<br>Jackets G46-G47<br>Jackets G52-G56<br>Jacket G74 |
| 166 | Expert witness files:<br>John Daily (JD830001-963)<br>Robert Goldscheider (IRSG00001-1450)<br>Aron Levko (CLP000001-159) | **Shredded 6/26/02**<br>Jackets G57-58<br>Jackets G77-G79<br>Jackets G50-G51 |
| 167 | Expert witness files:<br>Edward Kubasiewicz (IRSK00001-2122)<br>David Foster<br>William Ribbens (IRSB00001-5)<br>Richard King (DKP000001-331) | **Shredded 6/26/02**<br>Jackets G60-G63<br>Jacket G59<br>Jacket G54<br>Jacket G49 |
| 168 | Expert witness file:<br>George Rhodes (IRSR00001-936)<br><br>Word Perfect database printout<br>Documents from review of Polaris originals in Minneapolis<br>Database searches | **Shredded 6/26/02**<br>Jackets G75-G76<br><br>Jacket N5<br><br><br>Jackets E4-E5 |
| 169 | Bickel & Brewer's files | **Shredded 6/26/02** |
| 170 | Bickel & Brewer's files<br>(includes file from Sidley & Austin) | **Shredded 6/26/02** |
| 171 | Chasteen deposition preparation | **Shredded 6/26/02** |
| 172 | Translations | **JECS to Brad Beck, remainder shredded 6/02** |

IRS/AC0266611

| BOX NO. | DESCRIPTION | COMMENTS/FILE JACKETS |
|---|---|---|
| 173 | Translations-including IRS translations with Fuji comments | **JECS to Brad Beck, remainder shredded 6/02** |
| 174 | Translations in chronological order (undated-1995) | **JECS to Brad Beck, remainder shredded 6/02** |
| 175 | Notebooks (Trial):<br>Plaintiff's exhibits for testimony of Dr. George Rhodes<br>Plaintiff's exhibits for testimony of Ron Chasteen (Vol. 1)<br>Plaintiff's exhibits for testimony of Ron Chasteen (Vol. 2)<br>Plaintiff's exhibits for testimony of Jan Hedlund (Vol. 1)<br>Plaintiff's exhibits for testimony of Jan Hedlund (Vol. 2)<br>Plaintiff's exhibits for testimony of John Balch (Vol. 1)<br>Plaintiff's exhibits for testimony of John Balch (Vol. 2)<br><br>Notebooks:<br>Printout of database from Word Perfect<br>PWC's notebook of Japanese depositions and translations<br>PWC's notebook of correspondence with co-counsel | **Shredded 6/26/02** |
| 176 | Notebooks:<br>Fuji & JECS documents printout in Bates order<br>Polaris documents printout in Bates order (Vol. 1) (used in MN)<br>Polaris documents printout in Bates order (Vol. 2) (used in MN)<br>Chronological printout of the entire database (Vols. 1-3) | **Shredded 6/26/02** |
| 177 | Notebooks:<br>Invoices<br>Bill of Costs receipts from IRS<br>Bill of Costs<br>Bill of Costs: Supporting documentation<br><br>Jackets:<br>Bill of Costs (Supporting documents)<br>Motion for Fees/Supporting documents | **Shredded 5/3/02**<br><br><br><br><br><br><br>Jacket L5<br>Jacket L6 |

IRS/AC0266612

| BOX NO. | DESCRIPTION | COMMENTS/FILE JACKETS |
|---|---|---|
| 178 | Notebooks:<br>IRS's discovery requests to Fuji and JECS (Vols. 1 & 2)<br>Fuji/JECS discovery requests to IRS<br>Polaris' Responses to IRS's Third Set of Interrogatories and Fourth Set of Document Requets<br>Polaris' discovery requests to IRS (Vol. 1)<br>Polaris 9/17/96 Motion to Dismiss<br>Objections to the IRS exhibits to be used on direct<br>PWC's notebook of trial exhibits list | **Shredded 5/3/02** |
| 179 | Documents from Pretrial Order (2 jackets)<br>Documents left from preparation for hearing on Motion for Summary Judgments<br><br>Notebooks:<br>IRS discovery requests to Polaris (Vols. 1 and 2) | **Shredded 5/3/02** |
| 180 | Disclosures documentation including:<br>Exhibit lists; revised lists; etc.<br>(Potential trial exhibits) | **Shredded 5/3/02** |
| 181 | Jackets:<br>Chasteen witness files, undated; 1986-1988<br>Chasteen witness file 1989-1993<br>Chasteen witness file – Prior Art ( 2 jackets)<br>OMC deposition preparation | **Shredded 5/3/02**<br><br><br><br>Jacket G36 |
| 182 | Jackets:<br>Chasteen witness file: undated, 1986-1988<br>Chasteen witness file: 1989-1993<br>Chasteen witness file: Prior Art (2 jackets)<br>Chasteen witness file: formulas, diagrams & pictures<br>Chasteen witness file: EFI/Carbs Comparisons; software docs/fuel maps | **Shredded 5/3/02**<br>Jacket G4<br>Jacket G5<br>Jackets G6,-G7<br>Jacket G8<br><br>Jacket G9 |
| 183 | Jackets:<br>Jan Hedlund witness file (Bickel & Brewer)<br>C. Beach witness file (Bickel & Brewer)<br>T. Crocker witness file (Bickel & Brewer)<br>W. Gatza witness file (Bickel & Brewer)<br>Kevin Hamman witness file (Bickel & Brewer)<br>R. Preisser witness file (Bickel & Brewer)<br>Hearing, conf. & Misc. transcripts (Bickel & Brewer)<br>R. Chasteen witness file<br>Chasteen witness file – formulas, diagrams and pictures<br>Original deposition exhibits (incomplete) | **Shredded 5/3/02** |

| BOX NO. | DESCRIPTION | COMMENTS/FILE JACKETS |
|---|---|---|
| 184 | Jackets:<br>John Balch deposition preparation<br>Don Chasteen deposition preparation<br>Japanese deposition materials<br><br>Notebooks:<br>Deposition notices and correspondence<br>Extra copies of deposition exhibits 1040-1093<br>Witness preparation – Land & Sea; Bergeron; OMC | **Shredded 5/3/02**<br>Jacket G65 |
| 185 | Notebooks:<br>Disclosures: Polaris & Fuji indices and IRS' objections<br>Disclosures: IRS indices, defendants' objections, translation indices; disclosures correspondence<br><br>Jackets (Trial Preparation):<br>Fuji/JECS exhibit/witness lists<br>IRS exhibit/witness lists<br>Polaris exhibit/witness lists | **Shredded 6/26/02**<br><br><br><br><br><br>Jacket L2<br>Jacket L3<br>Jacket L1 |
| 186 | Computer Disks:<br>Japanese translations<br><br>Jackets:<br>Billing/expenses<br>Trial preparation (includes jury instructions, jury information<br><br>Jackets:<br>Main File Jacket 3<br>Subfiles:<br>Discovery memos/notes (TKS)<br>Legal bill audit<br>Background information – Fuji<br>Paradox database – printout of articles<br>Dr. Conrad H. Hoeppner – witness<br>Drafts | **JECS disks to Brad Beck, rest of box shredded 6/26/02**<br><br>Jacket A16<br><br>Jacket L4<br><br><br>Jacket MF3 |

IRS/AC0266614

| BOX NO. | DESCRIPTION | COMMENTS/FILE JACKETS |
|---|---|---|
| 187 | Tana Simard's files:<br>Rhodes<br>Supplementation<br>Status Reports<br>Disclosures<br>Joint and several<br>King report<br>Other experts<br>Orders<br>Polaris decl. action materials<br>Protective Order<br>Translations<br>Rebuttal witness<br>Witness lists<br>Disclosure lists | Shredded 5/3/02 |
| 188 | Jackets:<br>Patent documents (patent papers Vols. 1-3)<br>Patent documents<br>Subfiles:<br>Patents<br>Assignment of Patent No. 34,079<br>Patent reexamination request<br>205 patent exam<br>701 reexam<br>Patent lists<br>Drafts–patent materials<br>Extras-patent materials<br>Patent report – from Hanes office<br><br>Main File Jacket 1<br>Subfiles:<br>Litigation Agreement<br>Privileged document log<br>Client documents<br>Dun & Bradstreet information<br>A guide to JECS<br>Yen to dollar exchange rates<br>Patents by Tachibana and/or Chonan<br>Protective Order Agreements<br>Employment Agreement<br>Confidential Statement<br>Drafts | Shredded 6/26/02<br>Jacket Q1<br>Jacket Q2<br><br><br><br><br><br><br><br><br><br><br><br>Jacket MF1 |

| BOX NO. | DESCRIPTION | COMMENTS/FILE JACKETS |
|---|---|---|
| 188 (cont.) | Main File Jacket 2<br>Subfiles:<br>Exhibits<br>Serevice<br>Translators<br>Hague (service) forms<br>Berlitz Agreement<br>Document index<br>Experts' reports<br>News releases<br>Original discovery | **Shredded 6/26/02**<br>Jacket MF2 |
| 189 | IRS original documents (000000-0001864) | 7/25/02 sent to Peter Van Mieghem<br>Jackets F1-F4 |
| 190 | IRS original documents (0001865-0003060) | 7/25/02 sent to Peter Van Mieghem<br>Jackets F5-F6 |
| 191 | IRS original documents (0003061-0006050 (incomplete) | 7/25/02 sent to Peter Van Mieghem<br>Jackets F7-F9 |
| 192 | IRS original documents (0008679-012438) (engineering notebooks) | 7/25/02 sent to Peter Van Mieghem<br>Jackets F10-F13 |
| 193 | IRS original documents (012439-030044 incomplete) (engineering notebooks) | 7/25/02 sent to Peter Van Mieghem<br>Jackets F14-F15 |
| 194 | IRS original documents:<br>(030561-030613 incomplete)<br>(030614-031470 Ladas & Parry files)<br>Original binder given to Polaris (similar to Bates 311-500)<br>Redacted copies of documents originally produced redacted (produced unredacted 12/95) | 7/25/02 sent to Peter Van Mieghem<br>Jackets F8 and Z3 |
| 195 | Legislative history documents (damages) Pleadings re remittitur | Jackets N8-N10<br>**Shredded 5/3/02** |
| 196 | Legal Research<br>Trade secret research<br>Attorney/client privilege research<br>Case law<br>Additional unmarked files | Jackets X2, E2, E3, E6, E9<br><br>**Shredded 5/3/02** |
| 197 | Legal research<br>(including patents, consumer protection) | Jackets E11-E14; E1, C2<br>**Shredded 5/3/02** |

IRS/AC0266616

| BOX NO. | DESCRIPTION | COMMENTS/FILE JACKETS |
|---|---|---|
| 198 | Legal Research:<br>Joint defense<br>Prejudgment interest<br><br>Background:<br>Documents re computer disks<br>Fuel maps<br>Confidentiality issue<br><br>Publicity | Jackets X3, E10<br><br><br><br>Jackets N1-N3, V1<br>**Shredded 5/3/02** |
| 199 | Attorney notes<br>Kris Pestl working file<br>Tana Simard working file<br>includes: timelines<br>Background – Polaris financial | **Shredded 5/3/02**<br>Jacket B1; Jacket X1<br>Jacket X1<br><br>Jacket N7 |
| 200 | Notebooks:<br>Dr. Rhode's notebooks of documents received from counsel<br><br>Loose documents – IRS financials for Dr. Rhodes | **Shredded 5/3/02** |
| 201 | Notebooks:<br>Polaris/IRS "unknown" documents<br>IRS-OMC documents (IRS created)<br>IRS correspondence 1991 (IRS created)<br>IRS correspondence 1990 (IRS created) | **Shredded 6/26/02** |
| 202 | Notebooks:<br>Patent information, Vol. I, Tabs 1-50 (2 copies) (IRS created)<br>Patent information, Vol. II, Tabs 51-75 (IRS created)<br>Patent information, Vol. III, Tabs 76-91 (IRS created)<br>IRS presentation to Polaris, Sept. 1987 (IRS created) | **Shredded 6/26/02** |
| 203 | Notebooks:<br>Patent information, Vol. III, Tabs 76-91 (IRS created)<br>IRS-Gerhard Maier, Vol. 1, 1-50 (2 copies) (IRS created)<br>IRS – Polaris (IRS created) | **Shredded 6/26/02** |

IRS/AC0266617

| BOX NO. | DESCRIPTION | COMMENTS/FILE JACKETS |
|---|---|---|
| 204 | Notebooks:<br>IRS, Inc. Strategic Plan (5/28/91) (2 copies) (IRS created)<br>IRS, Inc. Strategic Plan (variation) (IRS created)<br>IRS, Inc. Strategic Plan (variation) (2 copies) (IRS created)<br>IRS, Inc. Strategic Plan (1/24/89) (IRS created)<br>IRS, Inc. manufacturing data and vendors (IRS created) | **Shredded 6/26/02** |
| 205 | Notebooks:<br>IRS photographs, Book 2 (IRS created)<br>Technical data given to Polaris (IRS created)<br>Support documentation: IRS-Polaris settlement meeting (3/25/91) (2 copies) (IRS created)<br>Correspondence from Bickel & Brewer regarding IRS lawsuit against Polaris (12/21/90-6/6/91) (IRS created<br>Patents: information and correspondence 1989-1990 (IRS created)<br>Polaris rebuttals by Ron Chasteen | **Shredded 6/26/02** |
| 206 | Notebooks:<br>Sasso's deposition notebooks, Vols. I and II<br>Motions/briefs regarding adding Echlin and Pacer as parties<br>Arguments on Polaris's Motion for Stay Pending Reexamination of Patents | **Shredded 5/3/02** |
| 207 | Notebooks:<br>Case law – antitrust, trade secrets<br>Proof of claims<br>Patent law notebook<br>(loose legal research – patents)<br>Legal research notebook – Vol. 1<br>Infringement analysis cases<br>Gerhard Maier witness notebook (undated-1988)<br>Gerhard Maier witness notebook (1989-1995) (2 Vols.)<br>Document chronologies-cost comparisons, engineering minutes, patents | **Shredded 5/3/02** |

IRS/AC0266618

| BOX NO. | DESCRIPTION | COMMENTS/FILE JACKETS |
|---|---|---|
| 208 | Notebooks:<br>Patent searches<br>IRS/Pacer asset sale<br>Sasso's Fuji-JECS MTD cases<br>Excell, Inc. capabilities presentation (2 copies)<br>Maier chronology<br>Chasteen patent documents<br>10/30/95 Motion to Compel from Polaris re discovery – related correspondence<br>Trade secrets: Polaris documents re information given them by IRS<br>Documents received from Ron Chasteen (Bickel & Brewer?) | **Shredded 5/3/02** |
| 209 | Notebooks:<br>Index of potential purchasers of technology (2 Vols.)<br>Experts: correspondence and Protective Order<br>Expert reports: IRS experts and Polaris' experts<br>Expert reports: Fuji/JECS experts<br>Expert reports: IRS<br>Expert reports: Defendants | **Shredded 5/3/02** |
| 210 | Notebooks:<br>Correspondence re: discovery 1990-8/31/95, Vol. 1<br>Correspondence re: discovery 9/1/95-11/30/95, Vol. II<br>Correspondence re: discovery 12/1/95-2/29/96, Vol. III<br>Correspondence re: discovery 3/1/96-end, Vol. IV<br>Fuji exhibits, SJ-TT, Vol. 1, Plaintiff's copy<br>Fuji exhibits, TU-UY, Vol. 2, Plaintiff's copy<br>IRS/Polaris pleadings, Vol. 1, TKS notebook<br>TKS trial notebook | **Shredded 5/3/02** |
| 211 | Polaris documents P-100001-P102109A | Jackets H2.01-2.03<br>**Shredded 5/3/02** |
| 212 | Polaris documents P-102110-P104199 | Jackets H2.04-2.06<br>**Shredded 5/3/02** |
| 213 | Polaris documents P104200-P106508 | Jackets H2.07-2.10<br>**Shredded 5/3/02** |
| 214 | Polaris documents P106509-P108728 | Jackets H2.11-2.15<br>**Shredded 5/3/02** |
| 215 | Polaris documents P108729-P112816 | Jackets H2.16-2.18 and H2.3<br>**Shredded 5/3/02** |
| 216 | Polaris documents P112817-P115195 | Jackets H2.19-H2.22<br>**Shredded 5/3/02** |

| BOX NO. | DESCRIPTION | COMMENTS/FILE JACKETS |
|---|---|---|
| 217 | Polaris documents P115196-P117920 | Jackets H2.23-2.26<br>**Shredded 5/3/02** |
| 218 | Polaris documents P117921-P120876 | Jackets H2.27-2.29 and H2.31<br>**Shredded 5/3/02** |
| 219 | Polaris documents P120877-end | Jackets H.2.32-2.35<br>**Shredded 5/3/02** |
| 220 | Documents produced redacted by Polaris and later exchanged for un-redacted copies<br>Copies of Polaris documents that are probably duplicates<br>Disks: P105610<br>P107275<br>P107277<br>P107279 (2 disks) | **Shredded 5/3/02** |
| 221 | Fuji documents F00000-1-F001040; F4000001-F4001500 | **Shredded 6/26/02**<br>Jackets H1.01-1.05 |
| 222 | Fuji documents F4001501—F4003947 | **Shredded 6/26/02**<br>Jackets H1.06-1.10 |
| 223 | Depositions:<br>Ron Anderson<br>John Balch<br>Charles Baxter (2 files) | 7/25/02 sent to Brad Beck<br>Jacket G83<br>Jackets G1, G68<br>Jacket G2 |
| 224 | Depositions:<br>Bob Bergeron<br>Gordon Blair<br>Wes Blakeslee<br>David Buchele<br>W. Les Cahoon<br>Martin Chader<br>Mitsugi Chonan<br>Brian Clarke (Echlin)<br>Randy Davis | 7/25/02 sent to Brad Beck<br>Jacket G3<br>Jacket G80<br>Jacket G29<br>Jacket G41<br>Jacket G84<br>Jacket G85<br>Jacket G37<br>Jacket G82<br>Jacket G81 |
| 225 | Depositions:<br>Ron Chasteen (includes 30(b)(6) deposition) | 7/25/02 sent to Brad Beck<br>Jackets G22, G23, G27, G72 |

IRS/AC0266620

| BOX NO. | DESCRIPTION | COMMENTS/FILE JACKETS |
|---|---|---|
| 226 | Depositions:<br>Gary Divel<br>Echlin (Charles O'Connor)<br>David Foster<br>Ward Gatza<br>Kevin Hamann<br>Yohsuke Ishizuka<br>Marvin Jorgenson<br>Tsutomu Kimura | 7/25/02 sent to Brad Beck<br>Jacket G21<br>Jacket G86<br>Jacket G87<br>Jacket G26<br>Jacket G32<br>Jacket G39<br>Jacket G89<br>Jacket G44 |
| 227 | Depositions:<br>Jan Hedlund<br>Shinichi Kurosu | 7/25/02 sent to Brad Beck<br>Jackets G20, G25, G31<br>Jacket G43 |
| 228 | Depositions:<br>Kenneth Larson<br>Susanne Maier<br>Gerhard Maier | 7/25/02 sent to Brad Beck<br>Jacket G33<br>Jacket G71<br>Jackets G30, G70 |
| 229 | Depositions:<br>Robert Moe<br>Robert Nygaard<br>Takoa Nakauchi<br>William O'Meara<br>OMC (Strang & Nerstrom)<br>Rodney Preisser<br>Jerry Rivard<br>Mitsuhiko Shibata<br>Fusao Tachibana | 7/25/02 sent to Brad Beck<br>Jacket G34<br>Jacket G35<br>Jacket G40<br>Jacket G66<br>Jacket G24<br>Jacket G28<br>Jacket G73<br>Jacket G45<br>Jacket G42 |
| 230 | Depositions:<br>Richard Staerzl<br>John Tate<br>Yoshiki Yuzuriha<br><br>Maier deposition preparation (from Hanes & Schultz) | 7/25/02 sent to Brad Beck<br>Jacket G69<br>Jacket G67<br>Jacket G38 |
| 231 | Notebooks:<br>Deposition exhibits 1-182 | 7/25/02 sent to Brad Beck |
| 232 | Notebooks:<br>Deposition exhibits 183-599 | 7/25/02 sent to Brad Beck |
| 233 | Notebooks:<br>Deposition exhibits 600-866 | 7/25/02 sent to Brad Beck |
| 234 | Notebooks:<br>Deposition exhibits 867-1039 | 7/25/02 sent to Brad Beck |
| 235 | Notebooks:<br>Deposition exhibits 1040-1199 | 7/25/02 sent to Brad Beck |

| BOX NO. | DESCRIPTION | COMMENTS/FILE JACKETS |
|---|---|---|
| 236 | Notebooks:<br>Deposition exhibits 1200-end, plus index | 7/25/02 sent to Brad Beck |
| 237 | Trial exhibits – Plaintiffs 1-100 | **Shredded 5/3/02** |
| 238 | Trial exhibits – Plaintiffs 101-165 | **Shredded 5/3/02** |
| 239 | Trial exhibits – Defendants P-FZ | **Shredded 5/3/02** |
| 240 | Trial exhibits – Defendants GA-SY | **Shredded 5/3/02** |
| 241 | Trial exhibits – Defendants SZ-WF | **Shredded 5/3/02** |
| 242 | Plaintiffs' trial exhibits – Originals | **Shredded 5/3/02** |
| 243 | Original Echlin documents (without Bates numbers)<br>Bickel & Brewer file: Client papers<br>Miscellaneous documents | 7/25/02 sent to Peter Van Mieghem |
| 244 | Documents withheld from production<br>Notebooks: Deposition summaries (2 Vols.) | 7/25/02 sent to Brad Beck<br>Jacket J58 |
| 245 | Stuff from Hanes & Schutz | **Shredded 5/3/02** |

| BOX NO. | DESCRIPTION | COMMENTS/FILE JACKETS |
|---|---|---|
| 246 | Videotapes:<br>"2 Stroke Engine" (4 copies) (PTX 142)<br>"This is Diesel Kiki" (006282)<br>"IRS Snowmobile Presentation" (013468) (PTX 158 (5 copies)<br>"Marine Outboard Demo" (013467) (2 copies)<br>"Two Stroke Scavenging Process Animation" (PTX 136) (2 copies)<br>"ESPN Spot with IRS Fuel Injection" (013469)<br><br>"Echlin Technical Center<br>Polaris Snowmobile-Kawasaki Motorcycle – ECU Swap<br>4 Stroke Controller on 2 Stroke Engine<br>-Does Not Work!" (2 copies) (Beach Video)<br>"IRS Field Testing-Winter/Spring 1/89 From 8 MM"<br>"Mercury Outboard Demo"<br>"IRS Field Video"<br>"Frontline-Japan"<br>"Norton on Dyno"<br>"Field Tests – PSI-IRS/Dustin/Cottonwood"<br>"OMC Engine"<br>"FPSD-Electronic Fuel Injection 1988"<br>"IRS Snowmobile Presentation 7:00" (damaged-see 013468)<br>"Preparing for a Deposition in a Business Case"<br>"MIT Enterprise Forum of Colorado, Roman Labs, Inc., January, 1990"<br><br>Hardware:<br>3 ECU's (No Bates Nos. – produced ?)<br><br>Cassette Tape of Divel and Baxter conversation 11/21/88; tape produced 11/6/90 by Don Peterson of Bickel & Brewer (IRS's counsel)<br><br>Kutak transcript of tape to Ron re: computer instructions | 7/25/02 sent to Peter Van Mieghem |
| 247 | Magazines (includes Snowmobiles, Watercraft, etc.) | Trash 5/3/02 |
| 248 | Copies of pleadings filed under seal (returned by Brad Beck, August 2000) | 7/25/02 sent to Brad Beck |
| 249 | Correspondence: 1990 – 8/93 | 12/16/02 sent to Brad Beck |

| BOX NO. | DESCRIPTION | COMMENTS/FILE JACKETS |
|---|---|---|
| 250 | Correspondence: 9/93 – 8/7/95 | 12/16/02 sent to Brad Beck |
| 251 | Correspondence: 8/8/95 – 11/30/95 | 12/16/02 sent to Brad Beck |
| 252 | Correspondence: 12/1/95 – 7/31/96 | 12/16/02 sent to Brad Beck |
| 253 | Correspondence: 8/1/96 – 6/30/97 | 12/16/02 sent to Brad Beck |
| 254 | Correspondence: 7/1/97 – end<br>File: Polaris, Fuji, JECS documents reviewed by Chasteen and/or Balch (shredded 7/25/02) | 12/16/02 sent to Brad Beck |
| 255 | Documents produced by JECS:<br>J00001-73; J6000001-2233 | To Brad Beck 5/29/02 |
| 256 | Pleadings: from prior law firm; 1 – 47<br>File: Letters, etc. re: representation of IRS | 7/25/02 sent to Brad Beck |
| 257 | Pleadings: 48 – 179 | 7/25/02 sent to Brad Beck |
| 258 | Pleadings: 180 – 357 | 7/25/02 sent to Brad Beck |
| 259 | Pleadings: 358 – 490 | 7/25/02 sent to Brad Beck |
| 260 | Pleadings: 491 – 611 | 7/25/02 sent to Brad Beck |
| 261 | Pleadings: 612 – 643 | 7/25/02 sent to Brad Beck |
| 262 | Pleadings: 644 – 795 | 7/25/02 sent to Brad Beck |
| 263 | Pleadings: 796 – 900 | 7/25/02 sent to Brad Beck |
| 264 | Pleadings: 901 – 992 | 7/25/02 sent to Brad Beck |
| 265 | Pleadings: 993 – 1039<br>Settlement documents<br>Notebook: TKS – Agreements/Stipulations re: Protective Order | 7/25/02 sent to Brad Beck |
| 266 | Appellate pleadings and appendix | 7/25/02 sent to Brad Beck |
| 267 | Privileged documents | 12/19/01 sent to<br>Peter Van Mieghem |

# Exhibit O

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ARCTIC CAT, INC., a Minnesota Corporation,

Plaintiff,

vs.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado Corporation, and PACER INDUSTRIES, INC., a Missouri Corporation,

Defendants,

and

INJECTION RESEARCH SPECIALISTS, INC., a Colorado Corporation, and PACER INDUSTRIES, INC., a Missouri Corporation,

Counterclaimants,

vs.

ARCTIC CAT, INC., a Minnesota Corporation,and SUZUKI MOTOR CORPORATION, a Japanese Corporation,

Counterclaim Defendants.

Civil Action No. 01-CV-543 MJD/RLE

CERTIFIED COPY

VIDEOTAPED DEPOSITION OF JOHN BALCH

Palo Alto, California

Thursday, June 12, 2003

Reported by:
AMANDA BLOMSTROM, CSR, CRR, RMR
CSR No. 12681
Job No. 43527

A Right.

Q -- Arctic Slope Regional Corporation, Pacer and Dana Corporation; right?

A Let me just look at this for a second.

Yes.

Q Now, what led to the execution of the Memorandum of Agreement that's Exhibit 380?

A This document was put together so that we'd have a basis to move forward with potential litigation with Arctic Cat.

Q Did you have a copy of the Memorandum of Agreement in your personal files that you recently delivered to McDermott Will in response to a subpoena served on you?

A This document?

Q "This document" being Exhibit 380.

A I don't know if this document came from me or not.

Q You don't know one way or the other?

A No, I don't.

Q Now, at the time that Exhibit 380 was executed on April 13, 2000, IRS had on appeal before the Tenth Circuit the dismissal of its trade secret lawsuit against Arctic Cat, Suzuki, and JECS; correct?

A What's the date again, please?

03:56 Q Now, under Page 6, Section (H) of Paragraph 2, are there -- are any recoveries of money or property resulting from a judgment, settlement, royalty agreement, or otherwise from the Arctic Cat litigation shared 75 percent to IRS, 25 percent to Pacer?

03:57 A Correct.

03:57 Q What did IRS pay to Pacer to get this right to pursue the litigation, the patent infringement litigation, against Arctic Cat and Suzuki?

03:57 A Nothing.

03:57 Q Why did IRS pay nothing to Pacer for that right?

03:57 A This was an agreement that came out, it was a verbal agreement that came out years before in the Polaris case, what was a modified, modified agreement with Pacer on follow-on litigation.

03:58 Q And did Pacer actually pay to IRS the sum of $400,000 as consideration for this agreement as reflected on Page 8?

03:58 A Yes.

03:58 Q I want to talk about some of these certain current and former employees of IRS.

03:58 Mark this Exhibit 381, please.

(Deposition Exhibit No. 381 was marked for

03:58 identification by the court reporter.)

BY MS. DALEY:

04:09 A I think so, yes.
04:09 Q What's your vested interest in the outcome of the counterclaims IRS has filed against Arctic Cat and Suzuki?
04:09 A I'd have to see the exact terms in the document.
04:09 Q What do you believe it is, approximately?
04:09 A Approximately 20 to 25 percent of whatever the settlement comes in at.
04:09 Q You would get personally?
04:09 A Approximately, yes.
04:09 Q And Arctic Slope Regional Corporation gets the remaining percentage of IRS's portion?
04:09 A They get -- they get a remaining percentage.
04:09 Q Do they get the full remaining percentage, or does it go to somebody else as well?
04:09 A No, Ron Chasteen gets a -- he's involved and so is Rodney Preisser.
04:09 Q Okay. So let's find out what everybody gets.
04:10 You would get 20 to 25 percent of whatever the outcome is; right?
04:10 A There's a better way to do it, if you're --
04:10 Q What is the better way to do it?
04:10 A Assume a hundred dollars. It's a 75/25 split.
04:10 Q How does that 75/25 split work?
04:10 A 75 percent goes to Arctic Slope Regional

04:10 Corporation and 25 percent goes to Pacer or Dana.
04:10 Q Okay. And then what happens from there?
04:10 A Ron Chasteen gets 10 percent after expenses of
04:10 Arctic Slope's --
04:10 Q 75 percent?
04:11 A -- recovery; right.
04:11 Q Okay. What does Mr. Preisser get?
04:11 A And then I get -- this is where it gets a little
04:11 muddy. I'd have to look at the document, I really would,
04:11 because now it gets a little muddy. I'm not positive
04:11 because it was written, I believe, almost three years
04:11 ago.
04:11 Q Do you believe that you had in your personal
04:11 possession a copy of this disbursement agreement?
04:11 A Yes.
04:11 MS. DALEY: Mr. de Alcuaz, this document was not
04:11 contained within the box -- eleven boxes of documents
04:11 produced by the lawyers in your office in response to the
04:11 subpoena served on Mr. Balch.
04:11 MR. de ALCUAZ: I'll confer with Mr. Balch when
04:11 we're off the record and see what we can do about that.
04:11 MS. DALEY: Can we go off the record right now
04:11 and can you have that conference?
04:11 MR. de ALCUAZ: If you like.
04:11 MS. DALEY: Yes.