IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CERTIFICATE OF SERVICE

**Arctic Cat Inc. v. Injection Research Specialists, Inc. et al. 01-CV-543 MJD/RLE**

I do hereby certify that on this 4th day of August 2005, I caused the following documents:

1. Arctic Cat's and Suzuki's Response to Injection Research Specialists, Inc.'s and Pacer Industries, Inc.'s Motion to Enter Final Judgment, to Dismiss Remaining Declaratory Judgment Claims Without Prejudice and to Stay Attorneys Fees Claims Pending Appeal;

2. Declaration of Annamarie A. Daley; and

3. LR 7.1(c) Word Count Compliance Certification.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Anthony de Alcuaz
Robert J. Blanch
McDERMOTT, WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304-1212

and

David P. Pearson
WINTHROP & WEINSTINE, P.A.
Suite 3500
225 South Sixth Street
Minneapolis, MN 55402

ATTORNEYS FOR DEFENDANTS-COUNTERCLAIMANTS

Dated: August 4, 2005.

By: s/Annamarie A. Daley
Annamarie A. Daley