**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| ARCTIC CAT, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,<br><br>Defendant. | No. 01-CV-543 MJD/RLE |
| INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,<br><br>Counterclaimants,<br><br>v.<br><br>ARCTIC CAT, INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,<br><br>Counterdefendants. | |

**CERTIFICATE OF COMPLIANCE**

**WITH LR 7.1 (c) AND (e)**

Pursuant to Rule LR 7.1 (c) and (e), the undersigned hereby certifies, as counsel for Defendants and Counterclaimants, Injection Research Specialists, Inc. and Pacer Industries, Inc., that Injection Research Specialists, Inc.'s and Pacer Industries, Inc.'s Reply to Arctic Cat's and Suzuki's Response to Injection Research Specialists, Inc.'s and Pacer Industries, Inc.'s Motion to Enter Final Judgment, to Dismiss Remaining Declaratory Judgment Claims Without Prejudice and to Stay Attorneys' Fees Claims Pending Appeal was prepared in Microsoft Word 2002 using 13-point font.

The undersigned further certifies that Injection Research Specialists, Inc.'s and Pacer Industries, Inc.'s Reply to Arctic Cat's and Suzuki's Response to Injection Research Specialists, Inc.' and Pacer Industries, Inc.'s Motion to Enter Final Judgment, to Dismiss Remaining Declaratory Judgment Claims Without Prejudice and to Stay Attorneys' Fees Claims Pending Appeal complies with the type-length limitation as there are 2,850 words in this Reply, according to Microsoft Word 2002's word count including headings, footnotes and quotations, and the cumulative word count of the original memorandum and the reply memorandum does not exceed 12,000 words.

Dated: August 12, 2005

McDERMOTT WILL & EMERY LLP

/s/ Anthony de Alcuaz

Anthony de Alcuaz
Robert J. Blanch
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000

and

David J. Pearson (#84712)
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3400
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400

***Attorneys for Defendants and Counterclaimants Injection Research Specialists, Inc. and Pacer Industries, Inc.***

MPK 95784-1.054249.0012

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 12th day of August, 2005, I caused the following documents:

1. **Injection Research Specialists, Inc.'s And Pacer Industries, Inc.'s Reply to Arctic Cat's and Suzuki's Response to Injection Research Specialists, Inc.'s and Pacer Industries, Inc.'s Motion to Enter Final Judgment, to Dismiss Remaining Declaratory Judgment Claims Without Prejudice and to Stay Attorneys' Fees Claims Pending Appeal; and**

2. **Certificate of Compliance With LR 7.1 (c) and (e).**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Annamarie A. Daly, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Facsimile: (612) 339-4181
*Attorney for Plaintiff/Counterdefendant*
*Arctic Cat, Inc.*

William F. Forsyth, Esq.
Henson & Efron Professional Association
220 South Sixth Street, Suite 1800
Minneapolis, MN 55402-4503
Facsimile: (612) 339-6364
*Attorney for Plaintiff/Counterdefendant*
*Suzuki Motor Corporation*

Thomas H. Jenkins, Esq.
Bruce C. Zotter, Esq.
Naoki Yoshida, Esq.
Finnegan, Henderson, et al.
901 New York Avenue, NW
Washington, DC 20001-4413
Facsimile: (202) 408-4400
*Attorney for Plaintiff/Counterdefendant*
*Suzuki Motor Corporation*

Dated: August 12, 2005

By: /s/ Anthony de Alcuaz
Anthony de Alcuaz

MPK 95789-1.054249.0012