**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 12th day of August, 2005, I caused the following documents:

1. **Injection Research Specialists, Inc.'s And Pacer Industries, Inc.'s Reply to Arctic Cat's and Suzuki's Response to Injection Research Specialists, Inc.'s and Pacer Industries, Inc.'s Motion to Enter Final Judgment, to Dismiss Remaining Declaratory Judgment Claims Without Prejudice and to Stay Attorneys' Fees Claims Pending Appeal; and**

2. **Certificate of Compliance With LR 7.1 (c) and (e).**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Annamarie A. Daly, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Facsimile: (612) 339-4181
*Attorney for Plaintiff/Counterdefendant Arctic Cat, Inc.*

William F. Forsyth, Esq.
Henson & Efron Professional Association
220 South Sixth Street, Suite 1800
Minneapolis, MN 55402-4503
Facsimile: (612) 339-6364
*Attorney for Plaintiff/Counterdefendant Suzuki Motor Corporation*

Thomas H. Jenkins, Esq.
Bruce C. Zotter, Esq.
Naoki Yoshida, Esq.
Finnegan, Henderson, et al.
901 New York Avenue, NW
Washington, DC 20001-4413
Facsimile: (202) 408-4400
*Attorney for Plaintiff/Counterdefendant Suzuki Motor Corporation*

Dated: August 15, 2005

By: /s/ Anthony de Alcuaz
Anthony de Alcuaz

MPK 95789-1.054249.0012