UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * 

Arctic Cat, Inc., a Minnesota corporation,

Plaintiff,

vs. NOTICE OF HEARING

Injection Research Specialists, Inc., a Colorado corporation, et al.,

Defendants. Civ. No. 01-543(MJD/RLE)

* * * * * * * * * * * * * * * * * * 

The Motion to Enter Final Judgment, to Dismiss Remaining Declaratory Judgment Claims Without Prejudice, and to Stay Arctic Cat's and Suzuki's Attorney Fees Claims Pending Appeal [Docket No. 724] is set for Wednesday, August 24, 2005, at 9:00 a.m., in Court Room 12W, Minneapolis, Minnesota. The Court has been advised that the Court Room is no longer available and, therefore, the Motion Hearing will now take place in **Court Room No. 8E, United States Courthouse, Minneapolis, Minnesota**.

Dated: August 18, 2005

BY THE COURT:

s/Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE