**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

ARCTIC CAT, INC., a Minnesota corporation,

Plaintiff,

v.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Defendant.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado corporation, and PACER INDUSTRIES, INC., a Missouri corporation,

Counterclaimants,

v.

ARCTIC CAT, INC., a Minnesota corporation, and SUZUKI MOTOR CORPORATION, a Japanese corporation,

Counterdefendants.

No. 01-CV-543 MJD/RLE

**INJECTION RESEARCH SPECIALISTS, INC.'S AND PACER INDUSTRIES, INC.'S NOTICE OF WITHDRAWAL OF MOTION TO ENTER FINAL JUDGMENT, TO DISMISS REMAINING DECLARATORY JUDGMENT CLAIMS WITHOUT PREJUDICE AND TO STAY ATTORNEYS' FEES CLAIMS PENDING APPEAL**

Injection Research Specialists, Inc. (IRS) and Pacer Industries, Inc. (Pacer) hereby withdraw their Motion to Enter Final Judgment, to Dismiss Remaining Declaratory Judgment Claims Without Prejudice and to Stay Attorneys' Fees Claims Pending Appeal presently set for hearing on August 24, 2005. IRS and Pacer's withdrawal of this motion is in furtherance of the pending settlement discussions between all parties.

Dated: August 22, 2005

McDERMOTT WILL & EMERY LLP

/s/ Anthony de Alcuaz

Anthony de Alcuaz
Robert J. Blanch
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000

and

David J. Pearson (#84712)
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3400
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400

***Attorneys for Defendants and Counterclaimants***
***Injection Research Specialists, Inc. and Pacer Industries, Inc.***

MPK 96181-1.054249.0012