IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CERTIFICATE OF SERVICE

**Arctic Cat Inc. v. Injection Research Specialists, Inc. et al. 01-CV-543 MJD/RLE**

I do hereby certify that on this 1st day of February 2006, I caused the Settlement Agreement and Stipulation of Dismissal with Prejudice to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Anthony de Alcuaz
Robert J. Blanch
McDERMOTT, WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304-1212

David P. Pearson
WINTHROP & WEINSTINE, P.A.
Suite 3500
225 South Sixth Street
Minneapolis, MN 55402

William F. Forsyth
HENSON & EFRON, P.A.
220 South Sixth Street, Suite 1800
Minneapolis, MN 55402-4503

Thomas H. Jenkins
Bruce C. Zotter
Christopher W. Day
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413

Dated: February 1, 2006.

By: s/Annamarie A. Daley
Annamarie A. Daley