UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ARCTIC CAT INC., a Minnesota
Corporation,

        Plaintiff,

vs.

INJECTION RESEARCH SPECIALISTS, INC.,
a Colorado Corporation, and
PACER INDUSTRIES, INC., a Missouri
Corporation,

        Defendants,

and

INJECTION RESEARCH SPECIALISTS, INC.,
a Colorado Corporation, and
PACER INDUSTRIES, INC., a Missouri
Corporation,

        Counterclaimants,

vs.

ARCTIC CAT INC., a Minnesota
Corporation, and SUZUKI MOTOR
CORPORATION, a Japanese Corporation,

        Counterdefendants.

Civ. No. 01-543 (MJD/RLE)

## ORDER OF DISMISSAL WITH PREJUDICE

    The parties have executed a Settlement Agreement and Stipulation of Dismissal with Prejudice, a copy of which is attached to this Order and herein incorporated by reference. The

parties also stipulate and agree that this Court shall retain jurisdiction to enforce the terms of the Settlement Agreement and Stipulation of Dismissal with Prejudice.

Based on and subject to the foregoing, **IT IS HEREBY ORDERED** that this matter is dismissed with prejudice without fees or costs to any party.

Dated this _2_ day of _February_, 2006.

**BY THE COURT:**

__s/Michael J. Davis_____
Michael J. Davis
United States District Court Judge