**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ARCTIC CAT INC., a Minnesota Corporation, — Civ. No. 01-543 (MJD/RLE)

Plaintiff,

vs.

INJECTION RESEARCH SPECIALISTS, INC., a Colorado Corporation, and PACER INDUSTRIES, INC., a Missouri Corporation,

Defendants,

and

INJECTION RESEARCH SPECIALISTS, INC., a Colorado Corporation, and PACER INDUSTRIES, INC., a Missouri Corporation,

Counterclaimants,

vs.

ARCTIC CAT INC., a Minnesota Corporation, and SUZUKI MOTOR CORPORATION, a Japanese Corporation,

Counterdefendants.

**ORDER OF DISMISSAL WITH PREJUDICE**

The parties have executed a Settlement Agreement and Stipulation of Dismissal with Prejudice, a copy of which is attached to this Order and herein incorporated by reference. The

parties also stipulate and agree that this Court shall retain jurisdiction to enforce the terms of the Settlement Agreement and Stipulation of Dismissal with Prejudice.

Based on and subject to the foregoing, **IT IS HEREBY ORDERED** that this matter is dismissed with prejudice without fees or costs to any party.

Dated this _2_ day of _February_, 2006.

**BY THE COURT:**

**__s/Michael J. Davis_____________**
Michael J. Davis
United States District Court Judge