AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Arctic Cat, Inc.

V.

Injection Research Specialists, Inc. and Pacer Industries, Inc.

V.

Injection Research Specialists, Inc. and Pacer Industries, Inc.

V.

Arctic Cat, Inc. and Suzuki Motor Corporation

## JUDGMENT IN A CIVIL CASE

Case Number: 01-543 MJD/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
this matter is dismissed with prejudice without fees or costs to any party.

February 3, 2006
Date

RICHARD D. SLETTEN, CLERK

s/Amy Linner
(By) Amy Linner, Deputy Clerk